# EXHIBIT B

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**West Palm Beach Division**

**Case No.: 1:25-cv-81008-RS**

| | |
|---|---|
| | ) |
| TJ BIOTECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AGROSOURCE, INC. | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF DR. MARK SCHOCKEN**

## TABLE OF CONTENTS

I.    QUALIFICATIONS ...................................................................1

II.    ASSIGNMENT AND SCOPE OF MY OPINION ........................1

III.    SUMMARY OF OPINIONS ....................................................2

IV.    LEGAL FRAMEWORK FOR MY OPINIONS ........................2

    A.    Infringement ..............................................................2

    B.    Obviousness...............................................................3

V.    LEVEL OF ORDINARY SKILL IN THE ART .........................5

VI.    CLAIM CONSTRUCTION ....................................................5

VII.    NON-INFRINGEMENT ........................................................8

VIII.    THE METHOD OF CLAIMS 1-4 OF THE '956 PATENT WOULD HAVE BEEN OBVIOUS AT THE TIME OF THE ALLEGED INVENTION ...................................................................10

    A.    OTC Is Inherently Acidic and Is Unstable In Water...........................10

    B.    The Use Of OTC Injections To Treat Citrus Greening Disease Were Well-Known Long Before 2021 .................................................11

    C.    In 2020, The University Of Florida Injected OTC Solutions At pH 1.8 Into Orange Trees To Treat Citrus Greening Diseases ...........12

    D.    Other OTC Products On The Market In 2021 Were Also Acidic.......13

    E.    No Unexpected Results ..............................................13

    F.    The Claimed Methods Were Obvious When TJ Biotech Filed Its Patent Application In 2021.........................................14

IX.    SUPPLEMENTATION .........................................................17

Defendant AgroSource has retained me as an expert in the above-referenced action brought by TJ Biotech ("TJ Biotech"), asserting U.S. Patent 12,382,956.  At the request of counsel for AgroSource, I hereby submit this declaration.

## I.    QUALIFICATIONS

1.    I own and am employed by Schocken Enterprises, LLC.  Schocken Enterprises, LLC provides consulting services related to various scientific and regulatory aspects of agrochemical registrations.[1]

2.    I have a Ph.D in Pharmacognosy (Natural Products Chemistry) from the University of Maryland, Baltimore.  After obtaining my Ph.D., I was a postdoctoral fellow in applied environmental microbiology at the University of Texas for 3 years.  Over the next 20+ years, I worked in industry where I studied the metabolism, environmental fate, residue chemistry and ecotoxicology of agrochemicals in the capacity of bench scientist, manager and director.

3.    Attached as Exhibit 1 is an accurate description of my education and experience.

4.    I am being compensated for my time in connection with this matter at my standard consulting rate, which is $150 per hour.  My compensation does not depend in any way on my opinions or the outcome of this litigation.

## II.    ASSIGNMENT AND SCOPE OF MY OPINION

5.    I have been asked to provide my expert opinion regarding how a person of ordinary skill in the art ("POSA") would understand the claims of the U.S. Patent 12,382,956 ("the '956 patent").

---

[1] Documents referred to as "Ex. __" are attached to this Declaration.

6.      I have been asked to provide my opinion about whether the subject matter of claims 1-4 of the '956 patent would have been obvious to a POSA at the time of the alleged invention.

7.      I understand that TJ Biotech has asserted claims 1-4 of the '956 patent against AgroSource.  I have only been asked to consider those claims.

## III.    SUMMARY OF OPINIONS

8.      It is my opinion that the steps recited in claims 1-4 must be performed in the order listed in the claims.

9.      It is my opinion that the method of claim 1-4 would have been obvious at the time of the alleged invention.  Not only was it obvious to treat infections in citrus trees with an acidified solution of oxytetracycline, but the claimed method was known and used by others before TJ Biotech filed its patent application.

## IV.    LEGAL FRAMEWORK FOR MY OPINIONS

10.      For the purposes of forming my opinion, I have been informed by counsel of the legal framework applicable to the requirements for infringement and obviousness.

### A.    Infringement

11.      I have been informed by counsel that a determination of patent infringement involves a two-step process: (1) the Court determines the meaning of the claim terms; and (2) the properly construed claim is compared to the accused composition or accused method to

determine whether all of the elements of the asserted claim are present.  In order for direct infringement to exist, an accused product or method must practice all of the claim elements.

12.     I have been informed by counsel that the claims of a patent are to be construed as they would have been understood by a POSA.

13.     I have been informed by counsel that the claims of the patent define the scope of the patent invention.

14.     I have been informed by counsel that the steps in a method claim must be performed in a particular order when the claim language, as a matter of logic or grammar, requires that the steps be performed in the order written.

15.     I have been informed by counsel that the claims should be read in view of the specification of the patent, but that the limitations from the specification may not be read into the claims.

16.     I have been informed by counsel that the prosecution history may also shed light on the meaning of claim terms by demonstrating how the inventor understood the invention and whether the inventor limited the invention in the course of prosecution. I understand that the prosecution history is the written record of the correspondence to and from the Patent Office in connection with the application for the patent.

**B.     Obviousness**

17.     I understand that when one considers whether the claims would have been obvious, those considerations are from the perspective of a POSA as of the filing date of the patents.  Here, I considered the knowledge of a POSA as of November 1, 2021, because that is the filing date for the '956 patent.

18.     Counsel has informed me that the determination of whether patent claims would have been obvious to a person of ordinary skill in the art at the time of the alleged invention

requires considering four factors: the scope and content of the prior art, the level of ordinary skill in the art, the differences between the prior art and the claimed invention, and so-called objective considerations of non-obviousness.

19.     I understand that the obviousness inquiry only requires that the prior art provide a POSA with a reasonable expectation of success in making a composition or carrying out a process embraced by the claims.  No guarantee or absolute predictability of success is required to establish obviousness.  As such, obviousness cannot be avoided simply by a showing of some degree of unpredictability in the art, so long as the prior art establishes a reasonable probability that a POSA would have made a composition or carried out a process embraced by a claim such that it would work for its intended purpose.

20.     I understand that a conclusion of obviousness can be based on a single prior art reference or a combination of two or more prior art references.  As long as the POSA would have arrived at the claimed invention by selecting and/or modifying prior art embodiments and had a good reason (i.e., motivation) to do so, the invention would have been obvious.

21.     While I understand that the references themselves may provide a POSA with a teaching, suggestion, or motivation to modify or combine the prior art, I understand that motivation can also be based on the ordinary skill and common sense possessed by a POSA. This is because an obviousness analysis considers the inferences and creative steps a POSA would employ under the circumstances.

22.     I understand that all the evidence relating to obviousness, including objective evidence of non-obviousness, must be considered in evaluating whether a patent claim is obvious.  I understand from counsel that certain evidence relating to objective considerations of

non-obviousness, such as evidence relating to unexpected results, commercial success, satisfaction of a long-felt need, and praise in industry can be considered.

23.     I understand that objective evidence of non-obviousness is only relevant where the evidence of non-obviousness is a direct result of the unique characteristics of the claimed invention.  I also understand that if the evidence of non-obviousness is due to an unclaimed feature of the invention or if the feature that causes the evidence of non-obviousness was known in the prior art, the evidence is not relevant.

## V.     LEVEL OF ORDINARY SKILL IN THE ART

24.     I understand that TJ Biotech's expert, Dr. James Graham, has provided the following definition of a POSA: "a person of ordinary skill in the art for the '956 Patent would have had at least the equivalent of an undergraduate degree in biological sciences, biology, molecular biology, or a closely related field, and at least two years of industry or academic experience with plant pathology, diseases, or similar experience. Additional relevant industry experience may compensate for lack of formal education or vice versa." Without agreeing or disagreeing with Dr. Graham's definition, based on my background and experience, I qualify as at least a "person of ordinary skill in the art," relating to the subject matter of the '956 Patent under Dr. Graham's definition.[2]

## VI.    CLAIM CONSTRUCTION

25.     I have analyzed claims 1-4 of the '956 patent.

26.     I understand that Dr. Graham contends that the "claims do not logically or grammatically require the steps of adding the antibiotic and the acid to occur in a specific order." (DE 15-1,Graham Decl. at ¶ 25).  I disagree.

---

[2] DE 15-1, Graham Decl. at ¶ 18.

27.    Each claim of the '956 patent requires "adding an antibiotic to a solvent sufficient to generate a <u>first</u> solution" and "titrating the <u>first</u> solution using an acid to generate a <u>second</u> solution having a pH of from 1.5 to less than 4.0."[3] (emphases added).  The use of the words "first" and "second" make clear that the "first solution" must be made before the "second solution.  Each step refers to the prior step and subsequent steps cannot be performed without first performing the prior step.  For example, the second step requires titrating the "first solution." It is not possible to titrate the first solution unless the first solution has been created. The last step of the claim is "delivering the second solution systematically to a plant." This step must necessarily come after the second solution is created.  Thus, in my opinion, the claims require a specific order of steps.

28.    My opinion is also based the specification of the '956 patent. The specification states that "[t]he present invention anticipates a method (FIG. 6) of generating an acidified antibiotic solution and its use in treating a bacterial infection in a plant." (DE 1-3, '956 patent at col. 4, lines 6-8).  The specification describes Fig. 6, reproduced below, as a "flow diagram" (*Id*. at col. 3, lines 25-28):

---

[3] DE 1-3, '956 patent at col. 6, lines 18-24.



**FIG 6**

29.     The written description of Fig. 6 in the specification mimics the claim language and refers to a "first step" and "first solution" and then a "second step" and "second solution." (DE 1-3, '956 patent at col. 4, lines 6-22).

30.     Dr. Graham relies on the statement in the specification that "the order of addition of the antibiotic and the acid to the solvent can be reversed upon determination of the quantities of each required to achieve a desired pH of the antibiotic solution." (DE 1-3, '956 patent at col. 4, lines 18-22; DE 15-1, Graham Decl. at ¶ 24 n.1).  This portion of the specification does not just change the order of steps. Instead, it adds an entirely new step of "determination of the quantities of each required to achieve a desired pH of the antibiotic solution." That step is necessary to "reversing" the order of the steps, but it is not recited in any of the claims.  I further discuss the necessity of this step below in Section VII.

31.     I understand that TJ Biotech emphasized a specific order of steps during prosecution of the '956 patent with the Patent Office.  TJ Biotech submitted to the Patent Office two declarations from Josh Steinbronn, who is a consultant for TJ Biotech.  (Exs. 2-3, Decls. of Josh Steinbronn, dated 7/31/24 and 2/10/2025). The Steinbronn Declarations discussed the obviousness rejection made by the Examiner and in the course of those discussion, Mr. Steinbronn "reproduced claim 16 as currently amended, but re-arranged and with added numbers in italics for clarity, to facilitate discussion."  (*Id.*) (emphases added).

> 9.     I have reproduced claim 16 as currently amended, but re-arranged and with added step numbers in italics for clarity, to facilitate discussion:
>
> 16.     A method of generating an acidified antibiotic solution and for its use in treating a bacterial infection in a plant, the method comprising the steps of:
>
> *Step 1* - adding an antibiotic to a solvent in an amount sufficient to generate a first solution having a concentration of the antibiotic sufficient to treat the bacterial infection in the plant;
>
> the antibiotic comprises oxytetracycline or streptomycin;
>
> the antibiotic has a concentration of 500 to 25,000 parts per million;
>
> *Step 2* - titrating the first solution using an acid to generate a second solution having a pH of from 1.5 to less than 4.0;
>
> the acid comprises an inorganic acid titrated into the first solution in an amount sufficient to generate a second solution having a pH of in a range of 1.8-2.5;
>
> the inorganic acid comprises hydrochloric acid; and
>
> *Step 3* - delivering the second solution systemically to a plant; wherein the solvent comprises water.

32.     Mr. Steinbronn's use of "Step 1," "Step 2," and "Step 3," reinforces the plain language of the claim ("first solution" and "second solution") that requires a specific order of steps.

## VII.   NON-INFRINGEMENT

33.     I agree with Dr. Graham that the label for Rectify™ tells customers to create a solution having a pH of 1.8-2.0 by adding muriatic acid to water and then adding Rectify™ to the acidified solution.  This method of acidifying a solution *before* adding an antibiotic is the

exact opposite of the claimed method that requires acidifying the solution *after* adding an antibiotic and therefore does not meet the literal requirements of claims 1-4.

34.     I understand that Dr. Graham contends that the use of Rectify nevertheless infringes under the "doctrine of equivalents."  I disagree.

35.     First, changing the order of the steps results in a different product.  In the claimed method, the pH of the final solution is set – the solution is titrated to a specific pH and the solution delivered to the tree has that specific pH.  However, in the method described in the Rectify™ and ReMedium® labels, oxytetracycline hydrochloride ("OTC") is added to the solution after the pH is adjusted to 1.8-2.0.  OTC has acidic properties and adding OTC to the first solution will change the pH of the final solution that is administered to the tree.  Thus, changing the order of the steps changes the pH of the final product that is delivered to the tree and the two methods are not equivalent.

36.     Second, if one wanted to reverse the order of the steps but still create a product that has the same pH as the product that results from the claimed method, then, as discussed above, one would have to add an entirely new step that requires "determination of the quantities of each required to achieve a desired pH of the antibiotic solution."  Adding this step is a substantially different way of creating the solution..

37.     Third, I have been informed by counsel that the doctrine of equivalents may not be applied so broadly that it ignores claim limitations.  Here, reversing the order of the steps is the exact opposite of what is claimed and it would ignore the order of steps expressly required by the asserted claims.

## VIII. THE METHOD OF CLAIMS 1-4 OF THE '956 PATENT WOULD HAVE BEEN OBVIOUS AT THE TIME OF THE ALLEGED INVENTION

38.     There is extensive literature describing the use of OTC to treat diseases in plants and trees long before TJ Biotech filed its patent application in 2021.  I will not review all of that literature but will instead focus on several key references that show that the methods described in the claims of the '956 patent were not only obvious but were in actual use by others before November 1, 2021.

### A.     OTC Is Inherently Acidic and Is Unstable In Water

39.     OTC is an antibiotic that has been used to treat infections in humans, animals, and plants for decades before 2021.  As a result, its basic physical and chemical properties had been fully elucidated by 2021.

40.     When OTC hydrochloride is dissolved in water to create a 1% w/v solution, the resulting pH is 2.0-3.0. (Ex. 4, Indian Pharmacopeia (2018)) and 2.3 – 2.9 (Ex. 5, European Pharmacopeia (2008)).

41.     It has long been known that OTC is unstable in aqueous solutions.  In 1959, U.S. Patent No. 2,909,466 to Neumann ("Neumann") reported that "oxytetracycline salts hydrolyze in aqueous solution, whereby free oxytetracycline partially precipitates out, and that the aqueous solution decomposes and discolors upon standing for a few days." (Ex. 6, Neumann, col. 1, lines 46-50).  Neumann stated that "the stability of aqueous oxytetracycline hydrochloride solutions decreases rapidly above a pH of 2" and that "the stability of aqueous oxytetracycline hydrochloride solutions depends largely upon the pH-value and on the temperature."  (*Id*. at col. 1, 53-59).

42.     In the years since Neumann, additional studies have re-confirmed that an aqueous OTC solution is most stable at a pH of 2. In 2008, Loftin published the results of his study

10

regarding the effect of pH on the stability of OTC.  (*See* Ex. 7, Loftin, K.A, Adams, C.D.,

Meyer, M.T. & Surampalli, R., *Effects of Ionic Strength, Temperature, and pH on Degradation of Selected Antibiotics*, Journal of Environmental Quality, 37, 378-386 (2008) ("Loftin")).

Loftin studied solutions at pH 2, 5, 7, 9, and 11.  Loftin adjusted the pH of the solutions (i.e.

titrated) by adding hydrochloric acid. (Ex. 7, Loftin at 380) ("followed by pH adjustment with

aqueous hydrochloric acid").  The results of those studies show that OTC was most stable at pH

2.  For example, the half-life of room-temperature OTC in solution at pH of 2 was 1052 hours

(48.8 days), but, at a pH of 7, the half-life was just 41 hours (1.7 days).  This means that OTC

degrades over 25 times faster at pH 7 than at pH 2, and, after just two days at pH 7, over half of

the OTC in solution was no longer present as OTC. This teaches toward acidification of OTC

solutions because a POSA would not want to create a solution in which OTC is unstable and

rapidly degrades. Instead, a POSA would have been motivated to create a solution that provides

the most stable environment for OTC.

**B.   The Use Of OTC Injections To Treat Citrus Greening Disease Were Well-Known Long Before 2021**

43.   In June 2016, Hu published a paper that describes the history of using OTC to

treat citrus greening disease.  (Ex. 8, Hu, J. & Wang, N., *Evaluation of the Spatiotemporal Dynamics of Oxytetracycline and Its Control Effect Against Citrus Huanglongbing via Trunk Injection*, Phytopathology 2016, 106, 1495–1503 ("Hu")).  Hu noted that "[t]runk injection

represents a target-precise and environmental friendly method for delivery of chemicals and

nutrients directly into plants." (*Id*. at 1496).  The goal of the Hu study "was to evaluate the

11

effectiveness of trunk-injected OTC on saving Las-infected trees under natural field conditions."[4] (*Id.* at 1496).

44.     The OTC solutions used in the Hu study were made from Arbor-OTC.  (*Id.*). Arbor OTC is a commercially-available product that is supplied in the form of a dry powder and must be put in solution before injection into a tree.  (Ex. 9, Arbor-OTC Label).  In the Hu study, the Arbor-OTC was dissolved in water at a ratio of 2g of OTC per 600 ml of water.  This is equivalent to a concentration of 3330 ppm.  In order to inject the OTC solution into the tree, "[h]oles on the trunk were drilled" and then "trunk injection was carried out."  (Ex. 8, Hu at 1496).

45.     Hu concluded that "[i]njected OTC provided long-lasting suppression of Las populations in Las-infected trees and prevented further tree decline" and that "trunk injection can be used as an effective measure for integrated management of citrus HLB and reduce the potential negative impact of bactericide on the environment."  (*Id*. at 1502).

**C.     In 2020, The University Of Florida Injected OTC Solutions At pH 1.8 Into Orange Trees To Treat Citrus Greening Diseases**

46.     The University of Florida has been involved in research regarding citrus greening disease and products and methods that can be used to treat citrus greening disease since at least 2019.

47.     In 2023, two researchers from the University of Florida, Ute Albrecht and Leigh Archer, published a paper entitled "Evaluation of Trunk Injection Techniques for Systemic Delivery of Huanglongbing Therapies in Citrus," HortScience 58(7), 768-778 (2023) ("Albrecht") (Ex. 10).  The Albrecht article discloses the results of a 3-year study of various

---

[4] "Las" refers to "*Candidatus* Liberibacter asiatucus" which is the cause of citrus greening disease.  Hu at 1495.

HLB treatments and techniques.  (*Id*. at 768).  The study involved injections of two therapeutic compounds to HLB-affected orange trees, one of which was OTC.  (*Id*. at 768).  The injections occurred in June and October 2020, which is over one year before TJ Biotech filed the application for the '956 patent.  (*Id*. at 768-69).

48.     Like Hu, the OTC solution used in Albrech was made using Arbor-OTC.  (*Id.* at 769).  The Albrecht solution had a concentration of 0.792 g of OTC, dissolved in 40 mL of water, which is equivalent to 19,800 ppm or 1.98%.  Albrecht reported that "[t]he OTC formulation had a pH of 1.8." (*Id*. at 774).  This is consistent with the published standards for OTC that report a 1% OTC formulation has a pH of 2.0-3.0. (Ex. 4, Indian Pharmacopeia) and a pH of 2.3 – 2.9 (Ex. 5, European Pharmacopeia).

49.     Based on the study results, Albrecht concluded that "[t]his study confirmed the efficacy of trunk-injected OTC for management of HLB in young citrus trees."[5]

**D.     Other OTC Products On The Market In 2021 Were Also Acidic**

50.     MycoJet Ultra is a "systemic antibiotic for tree injection" that was available in November 2021.  (Ex. 11).  MycoJet is a pre-made OTC solution, and it had a pH of 3.18.  (*Id*.).  MycoJet was labeled for the treatment of diseases in ornamental trees and shrubs.  (*Id.*).

**E.     No Unexpected Results**

51.     As discussed above, the results of using acidified OTC to treat citrus greening disease in orange trees via injection were known and predictable.  Therefore, there are no unexpected results.

52.     The '956 patent reports that injections of acidified OTC solutions resulted in a higher vigor rating than foliar application of an unacidified OTC solution.  (*See* '956 patent,

---

[5] Ex. 10, Albrecht at 776.

Table 1).  However, this table does not suggest that there are any unexpected results attributable to the use of an acidified solution for multiple reasons.  First, the pH of the foliar solution reported in Table 1 is not disclosed so the effect of pH, if any, cannot be discerned.  Second, the two application methods in Table 1 are fundamentally different (foliar vs. injection) so it is not possible to determine if any difference in vigor is attributable to the use of different solutions (acidified vs. unacidified) or different application techniques.  Finally, the efficacy of OTC injections in treating citrus greening diseases was already known, so the increased vigor reported in Table 1 is not surprising.  (*See* Hu.).

   **F.     The Claimed Methods Were Obvious When TJ Biotech Filed Its Patent Application In 2021**

   53.     As discussed above, the use of OTC injections to treat citrus greening disease in orange trees was well known by the time TJ Biotech filed its patent application in 2021.   TJ Biotech's only basis for the alleged patentability of its claims is the acidification step.  However, it was obvious to acidify an aqueous solution of OTC because it was known that the most stable pH for an aqueous OTC solution was pH 2.0.  Indeed, OTC is inherently acidic and any solution of 1% OTC in deionized water would have a very acidic pH between 2 and 3.  Moreover, in 2020, Dr. Albrecht at the University of Florida had already deployed the method of treating orange trees with aqueous OTC at pH 1.8 to treat citrus greening disease.  For the reasons discussed above and in the following claim chart, a POSA would have had a reasonable expectation of successfully creating an OTC solution having a pH of 1.8-2.5 and delivering it to an orange tree by injection to treat citrus greening disease.  Thus, the claimed methods are neither new nor non-obvious.

   54.     The following chart summarizes my analysis and specifies where each limitation is found in the prior art:

14

| Claim Element | Prior Art |
|---|---|
| 1. A method of generating an acidified antibiotic solution and for its use in treating a bacterial infection in a plant, the method comprising the steps of: | Hu discloses adding an antibiotic to a solution for treating a bacterial infection in a plant. Specifically, Hu disclosed mixing OTC with water and using that solution to treat citrus greening disease in orange trees. (Ex. 8, Hu at 1496) ("Each tree received… 2 g of active ingredient (AI) oxytetracycline hydrochloride, dissolved in 600 ml of distilled water."). |
| adding an antibiotic to a solvent in an amount sufficient to generate a first solution having a concentration of the antibiotic sufficient to treat the bacterial infection in the plant; | Hu discloses creating a solution by adding 2g of OTC to 600 ml of water.  (Ex. 8, Hu at 1496). That amount was sufficient to treat citrus greening.  (*Id.* at Abstract). |
| titrating the first solution using an acid to generate a second solution having a pH of from 1.5 to less than 4.0; | Loftin taught that the most stable pH for OTC is pH 2.  (Ex. 7, Loftin at 384, Table 1).  It would have been obvious for a POSA to adjust, by titration with an acid, the pH to the most stable pH for OTC, which is pH 2. In addition, the OTC solution used in Albrecht had a pH of 1.8 (Ex. 10) and MycoJet had a pH of 3.18. (Ex. 11). |
| delivering the second solution systemically to a plant; wherein | Hu teaches injecting the OTC solution systemically to the vascular network of a tree through holes drilled into the rootstock or trunk of a tree. (Ex. 8, Hu at 1496) ("Trunk injection was carried out . . .  Holes on the trunk were drilled"). |
| the solvent comprises water; | The solvent in Hu was "600 ml of distilled water." (*Id.* at 1496). |
| the acid comprises an inorganic acid titrated into the first solution in an amount sufficient to generate the second solution having a pH of in a range of 1.8-2.5; | Loftin teaches the use of hydrochloric acid to titrate the OTC solution to a pH 2. (Ex. 7, Loftin at 380) ("followed by pH adjustment with aqueous hydrochloric acid").  In addition, the OTC solution used in Albrecht had a pH of 1.8. (Ex. 10). |
| the antibiotic comprises oxytetracycline or streptomycin; | The antibiotic in Hu was OTC. (Ex. 8, Hu at 1496). |
| the antibiotic has a concentration of 500 to 25,000 parts per million; and | The OTC solution in Hu had an OTC concentration of 3330 ppm (2g OTC per 600 ml water).  (Ex. 8, Hu at 1496). |
| the inorganic acid comprises hydrochloric acid. | Loftin teaches the use of hydrochloric acid to titrate the OTC solution to a pH 2. (Ex. 7, Loftin at 380) ("followed by pH adjustment with aqueous hydrochloric acid")). |

| 2. The method of claim 1, wherein the antibiotic has a concentration of 500-12,000 parts per million. | The OTC solution in Hu had an OTC concentration of 3330 ppm (2g OTC per 600 ml water).  (Ex. 8, Hu at 1496). |
|---|---|

| 3.  A method of generating an acidified antibiotic solution and for its use in treating a bacterial infection in a plant, the method comprising the steps of: | Hu discloses adding an antibiotic to a solution for treating a bacterial infection in a plant. Specifically, Hu disclosed mixing OTC with water and using that solution to treat citrus greening disease in orange trees. (Ex. 8, Hu at 1496) ("Each tree received 2 g of active ingredient (AI) oxytetracycline hydrochloride, dissolved in 600 ml of distilled water.") |
|---|---|
| adding an antibiotic to a solvent in an amount sufficient to generate a first solution having a concentration of the antibiotic sufficient to treat the bacterial infection in the plant, wherein the antibiotic includes oxytetracycline; | Hu discloses creating a solution by adding 2 g of OTC to 600 ml of water.  (Ex. 8, Hu at 1496. That amount was sufficient to treat citrus greening.  (*Id.* at Abstract). |
| titrating the first solution using an acid to generate a second solution having a pH of from 1.5 to less than 4.0; | Loftin taught that the most stable pH for OTC is pH 2.  (Ex. 7, Loftin at 384, Table 1).  It would have been obvious for a POSA to adjust the pH to the most stable pH for OTC, which is pH 2.  In addition, the OTC solution used in Albrecht had a pH of 1.8 (Ex. 10) and MycoJet had a pH of 3.18. (Ex. 11). |
| delivering the second solution systemically to a plant; wherein systemic delivery of the second solution to the plant entails the steps of: | Hu teaches injecting the OTC solution systemically to a plant.  (Ex. 8, Hu at 1496 ("Trunk injection was carried out")). |
| drilling a hole into the rootstock or trunk of a tree or vine; and | Hu teaches injecting the OTC solution through holes drilled into the trunk of a tree. (Ex. 8, Hu at 1496. ("Trunk injection was carried out . . .  Holes on the trunk were drilled")). |
| injecting the second solution into a vascular network of the tree or vine. | Hu teaches injecting the OTC solution to the vascular network of a tree. (Ex. 8, Hu at 1496). ("Trunk injection was carried out") |

| 4. A citrus tree treated according to the method recited in claim 3**.** | The trees tested in Hu were orange trees. (Ex. 8, Hu at 1496) ("Trees of 5-year-old 'Hamlin' sweet orange"). |
|---|---|

## IX.   SUPPLEMENTATION

55.    I reserve the right to supplement my declaration in response to any judicial determinations, in response to the opinions expressed by TJ Biotech's experts in this litigation and/or in light of additional evidence or testimony brought forth at trial or otherwise brought to my attention after the date of my signature below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2025    By: *Mark J. Schocken*

17

# EXHIBIT B-1

# Mark Schocken

Scientific Consultant and Wildlife Photographer

Tampa, Florida, United States

## Contact

www.linkedin.com/in/mark-
schocken-88311232 (LinkedIn)
www.schockenconsulting.com
(Company)

## Top Skills

Analytical Chemistry

GLP

HPLC

## Experience

**Schocken Enterprises, LLC**
Principal
April 2017 - Present (8 years 5 months)
Tampa, Florida, United States

Schocken Enterprises, LLC is comprised of two businesses, Schocken
Consulting and Schocken Nature Photography.

Mark Schocken provides scientific consulting primarily for the agrochemical
industry in such areas as metabolism, residue chemistry, environmental
fate and ecotoxicity testing.  Dr. Schocken is also experienced in exposure
modeling, ecological risk assessment and regulatory aspects of pesticide
registrations.  He has 40 years of experience working for registrant companies,
a well-known consulting firm and as an independent consultant.

Schocken Photography provides images of wildlife and is a joint
venture with Mark's wife Linda.  To view for-sale images, visit
www.schockenphotography.com.  A couple of images are presented.

**Exponent**
Senior Managing Scientist
June 2011 - April 2017 (5 years 11 months)
Tampa, Florida

Provides consulting services related to the fate of chemicals in various
compartments of the environment such as soil, sediment, water and air.  Also
expert in animal, plant and rat metabolism as well as ecotoxicology testing
and residue chemistry.  Based on his background in applied microbiology, he
has developed a program for synthesizing agrochemical and pharmaceutical
metabolite reference standards using selected microbial cultures; more
information can be found in his various publications.  Extensively involved in
placing and monitoring laboratory and field studies at contract laboratories
since 1988 which also provides expertise in data compensation cases.
Regularly conducts exposure modeling using EPA models and uses these
estimates in ecological risk assessments.  His natural products training, with
an emphasis on structural elucidation using spectral methods (including

MS and NMR) and chromatography (TLC and HPLC) provides him with the expertise to identify unknown metabolites and to postulate degradation pathways.

## Schocken Consulting, LLC
Principal
July 2008 - June 2011 (3 years)
Sudbury, Massachusetts

Provides consulting services in areas such as environmental fate and effects of agrochemicals (both conventional and biochemical pesticides), rat, livestock and plant metabolism, metabolite synthesis by microbes, environmental and ecological risk assessments including endangered species, environmental computer modeling, residue chemistry and other related areas.

## Chemtura
Director/Manager
December 1996 - July 2008 (11 years 8 months)
Middlebury, Connecticut

Served as director/manager of various groups including environmental fate, metabolism, residue chemistry and corporate toxicology and risk assessment.

## Springborn Laboratories
Director/Manager of Metabolism and Environmental Fate Programs
June 1992 - November 1996 (4 years 6 months)
Wareham, Massachusetts

Directed metabolism and environmental fate program at this CRO. Served as study director for a variety of studies including aqueous and soil photolysis, aerobic and anaerobic soil metabolism, fish bioaccumulation/metabolite identification, soil mobility and related studies. Also developed a program for generating authentic metabolite reference standards and predicting degradative pathways using microbial cultures. Managed the Microbiology Group with particular emphasis on substrate-induced respiration and fumigation-extraction methods for determining microbial biomass in soils and sediments.

## FMC
Senior Chemist/Manager
June 1987 - May 1992 (5 years)
Princeton, New Jersey

Senior research chemist working in area of environmental fate testing of pesticides. Developed microbial program for generating metabolite reference

standardsd.  Later managed the Agricultural Chemical Division's Metabolism and Environmental Fate Group.

Mobay
Senior Chemist
June 1985 - May 1987 (2 years)
Kansas City, Missouri

Conducted pesticide plant and animal metabolism studies as well as environmental fate studies and prepared reports for submission to EPA.

_____

## Education

University of Texas Austin
Postdoctoral Fellow, Applied Environmental Microbiology · (1982 - 1985)

University of Maryland Baltimore
Ph.D., Pharmacognosy (Natural Products Chemistry) · (1977 - 1982)

University of Maryland School of Pharmacy
B. S., Pharmacy · (1966 - 1971)

# EXHIBIT B-2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Patent Application of | ) |
|     Thomas D. Johnson | ) |
| Serial No.: 17/516,229 | ) |
| Filed: 11/01/2021 | ) |
| For: ANTIMICROBIAL COMPOSITIONS AND METHODS FOR TREATING | ) |
|     PLANT DISEASES | ) |
| Examiner: Kevin M. Dennis | ) |
| Group Art Unit: 3647 | ) |
| Attorney: Brendan B. Dix | ) |

Mail Stop AF
Honorable Assistant Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### DECLARATION UNDER 37 C.F.R. § 1.132

I, Josh Steinbronn, hereby declare and state as follows:

1.      I am a citizen of the United States, residing in Winter Haven, Florida.

2.      I earned a Bachelor of Science ("BS") in Microbiology with Specialization in Infectious Disease in 2009 from South Dakota State University.

3.      I have acted as a research consultant to TJ BioTech, LLC ("TJ BioTech") since TJ BioTech's inception and have collaborated with Thomas D. Johnson on numerous projects since 2017. I work directly with Thomas D. Johnson, the sole inventor of the above captioned application, and founder and CEO of TJ BioTech.

4.      I have been working in the field of infectious disease with respect to agriculture, including bacterial disease of perennial plants since 2014, and am familiar with the state of the art in treatments for controlling *Candidatus Liberibacter spp.*, a phloem-colonizing bacterial pathogen which is the causal agent of Citrus Greening Disease/HLB.

5.      I am familiar with the contents of the above identified patent application, the claims of the above identified patent application as currently amended, and the pending and prior Office

1

Actions and art cited therein which were issued by the Patent and Trademark Office Examiner in charge of assessing the patentability of the above referenced patent application.

6.      I understand that the Examiner has rejected independent claim 14 of the patent application as being anticipated by Gorman *et al.* (U.S. Pat. 4,173,702), dependent claims 15-17 as being obvious in view of Gorman in view of Neumann *et al.* (U.S. Pat. 2,909,466), dependent claim 18 as being obvious in view of Gorman in view of PurdueExtensionEntm, and dependent claim 19 as being obvious in view of Gorman and PurdueExtensionEntm in further view of Peng *et al.* (CN 105801246). I further understand that the Examiner cited claim 1 of Lynch et al. (WO 2005104843) for the assertion that an aqueous compound, having a pH from 2.0 to 4.5, that is used to treat bacterial disease in citrus trees is known.

7.      In particular, I understand that the Examiner rejected independent claim 14 of the patent application based on the assertion that Gorman discloses the method of claim 14 as currently amended. I am providing the present Declaration to provide evidence that Gorman does not disclose the method of independent Claim 14 and further that the claims as presented are nonobvious given the unexpected results of the claimed method and because one of skill in the art would not have been motivated to combine the cited references to arrive at the presently claimed invention and would not have had a reasonable expectation of success in arriving at the presently claimed invention based on the disclosures of Gorman in view of Neumann, Gorman in view of PurdueExtensionEntm, or Gorman in view of Neumann, PurdueExtensionEntm, and Peng at the time of the filing of the present application. Additionally, the present Declaration provides evidence that the claims as presented are nonobvious given the long-felt, but unsolved need for an effective method of generating an acidified antibiotic solution for treating Citrus Greening Disease in plants, the failure of others in developing such methods, the commercial success and praise for the claimed method of generating TJ BioTech's commercially available Remedium TI® in the treatment of Citrus Greening Disease in citrus trees, and of the copying of the claimed method by others since the filing of the present application.

8.      I have reproduced claim 14 as currently amended, and have added step numbers in italics for clarity and to facilitate discussion:

14.      A method of generating an acidified antibiotic solution and for its use in treating a bacterial infection in a plant, the method comprising the steps of:

*Step 1* - adding an antibiotic to a solvent in an amount sufficient to generate a first solution having a concentration of the antibiotic sufficient to treat the bacterial infection in the plant;

*Step 2* - titrating the first solution using an acid to generate a second solution having a pH of from 1.5 to less than 4.0; and

*Step 3* - delivering the second solution systemically to a plant.

General Knowledge of pH of Trunk Injection Applications

9.      To the best of my knowledge, there are no food-use, commercial products that utilize an antibiotic injectable formulated in the claimed pH range using an acid, nor have I located any examples in the scientific literature or patent databases that claim such a formulation.  More specifically, the prior art teaches away from the pH range of 1.5 to 4.0, especially in the context of oxytetracycline (OTC), as is discussed further below. Moreover, the prior art does not teach a method to create an acidified, stabilized solution *irrespective* of the amount of antibiotic added, especially at the parts per million (ppm) range discussed in the patent.

Gorman's Lack of Relevance and a Lack of pH Range as Claimed

10.      Gorman does not anticipate claim 14 because it does not disclose each of the steps of the method of claim 14 as presently amended as I explain below.  None of the formulations presented by Gorman include the addition of an acid as a step required to alter pH for application purposes.  Instead, Gorman discloses altering pH to create various salts of the *specific* antibiotic A16886 to which Gorman is directed.  More plainly stated, Gorman does not disclose Step 2 of the method since it does not specify a pH range for foliar applications.  Instead, based on Gorman's example formulations, and my understanding of the components and steps involved in the creation of those formulations, it would be understood that the pH of the antibiotic mixture, as tested in application to plants and as stated by Gorman, is greater than a pH of 5.0 and thus outside of the range required by the method of claim 14.  *The only instances in which lower pHs are mentioned in Gorman are in intermediate processing steps, not a final formulation to be delivered systemically to a plant*.

11.      Gorman teaches multiple formulations for plant applications and yet there is a lack of disclosure of a pH falling within the claim as described at multiple locations:

3

- Example 2, Column 8 lines 58-64, includes the antibiotic, water, 1% ethanol, and 0.1% of a surface-active agent.

- Example 3, no formulation described but water was used as the control and implying water as the sole component of the formulation – Column 9 lines 34-38. There is no suggestion of an acidification step.

- Example 4, Column 10 lines 4-6 and include the antibiotic, water, and 353 ppm of a blend of sulfonate-nonionic liquid emulsifiers.

- Example 5, Column 10 lines 39-46 and include the antibiotic, water, and 0.1% of a surface-active agent.

- Example 6, Column 10 line 64 to Column 11 line 3 and include the antibiotic, water, and 353 ppm of a blend of two sulfonate-nonionic liquid emulsifiers.

- Example 7, Column 11 line 32 stated "as per Example 2", which included the antibiotic, water, 1% ethanol, and 0.1% of a surface-active agent.

- Example 8, Column 11 line 67 stated "as per Example 2", which included the antibiotic, water, 1% ethanol, and 0.1% of a surface-active agent.

- Example 9, Column 12 line 22 stated "as the aqueous formulation".

- Column 2 lines 20-22: "Electrometric titration of the monoammonium salt of A16886I in a 66% dimethylformamide-water solution at an initial pH of 6.5".

- Column 3 lines 43-48: "Electrometric titration of the monoammonium salt of A16886II in a 66% dimethylformamide-water solution at an initial pH of 7.5.... In like titration of a later sample, except that it showed an initial pH of 6.8".

- Column 24 lines 5-8: The pH of the monoammonium salt of A16886I in water was measured at pH 5.30.

12.    In the rejection of independent claim 14, I understand the Examiner specifically relies on Example 24 found at Column 23, lines 30-44 of Gorman.

13.    Example 24, upon which forms the basis of the Examiner's position, does not teach a compound, useful for systemic application to plants, having a pH within the claimed range. Instead, Example 24 of Gorman discloses a preparation of A16886I hydrochloride salt, not a solution for systemic delivery to a plant, wherein an intermediary step in making that salt is

disclosed in which HCL is added to adjust a solution of A16886I monoammonium salt to pH 2 *to form a precipitate salt, i.e. A16886I hydrochloride*.

14.     I note that the only time Gorman discloses a pH within the claimed range is during an intermediate step and the final composition would no longer have a pH within the claimed range but would result in a precipitated salt.  For instance, Gorman discloses:

> Salts of antibiotic A16886 are readily obtained by reaction of antibiotic A16886 with a suitable acid or base. Column 1 lines 15-17.  Example 24 in Column 23 discloses such a preparation of a hydrochloride salt of antibiotic A16886I made by:
>
> > 1) dissolving antibiotic A16886I monoammonium salt in water,
> >
> > 2) adjusting the pH of the solution to 2.0 and concentrating the solution under reduced pressure to near dryness,
> >
> > 3) adding water, methanol, and acetone to *precipitate* the desired hydrochloride salt, and
> >
> > 4) removing the hydrochloride salt by filtration, where the filtered salt is washed with acetone and dried.

15.     The pH adjustment in step two above is an intermediate step for the preparation of the salt. Example 24 of Gorman is not directed to a solution for systemic delivery to a plant having the claimed pH.  Gorman, above, instead teaches a pH selected to cause the formation and precipitation of A16886I hydrochloride.

16.     Tellingly is the comparison between Example 24 and Example 25 of Gorman.  This comparison makes clear that Gorman is not teaching an application at a specific pH level but is teaching the creation of various salts.  Example 24 uses an acid while Example 25 utilizes a base. Example 24 teaches the addition of an acid to render the final product A16886I hydrochloride while Example 25 directs the addition of NaOH to adjust the A16886I monoammonium salt to pH 10.5 for the purpose of forming a A16886I disodium salt.  Taken in context, ***Example 24 is only a method of forming a chloride salt while Example 25 is only a method of forming a sodium salt***. There is no teaching or suggestion that that these final products should be pH adjusted to within the claimed range for the purpose of any use, let alone usage on a plant.

5

Gorman's Lack of Teaching Injection as a Systemic Method of Delivery

17.     The claims of the present application are directed to a systemic application to plants and the specification of the application is clear that the systemic application is by injection.

18.     Initially I note that, while Gorman claims a single antibiotic, all examples of testing on plants used a mixture of antibiotics, which may lead to synergistic antibacterial effect on a bacterial pathogen.  A16886 is not a single antibiotic but a combination of A16886 Factor I and Factor II, which have different molecular structures.  Gorman showed varying efficacy data for Factors I and II on human/animal pathogenic species, which may be due to targeting of different sites.  Gorman did not test the two Factors individually on plant pathogenic organisms.

19.     A16886 is also not commercially available to one skilled in the art.  A16886 would require obtaining the organism, going through the necessary fermentation steps, multiple purification and precipitating steps, and then testing A16886.  A16886 is also not particularly stable as, per Gorman (col.2, lines 3-9), A16886 should be stored at very cool temperatures, and, when stored under relatively normal storage conditions, loses half of its activity within 4 days.  From a practical standpoint, citrus greening is a tropical disease where temperatures are routinely well above 25°C.  Consequently, A16886 would not generally be considered a commercially viable antibiotic for citrus trees.

20.     Gorman's specification teaches systemic delivery of an antibiotic (Step 3 of Claim 14) but it does not disclose systemic delivery of an antibiotic at a pH of 1.5 to less than 4.0. Gorman's approach to application of the antibiotic is very broad.  From Column 7: "the precise manner of application of antibiotic A16886 or a salt thereof to plants is not critical.  Generally, initial contact of the causative organism is with plant foliage.  For this reason foliar antibiotic is preferred…However, A16886 and salts thereof are translocated; consequently, applications can also be made to stems, flowers, seeds, roots or other plant parts to obtain bactericidal effect throughout the plant."  The diseases presented as examples by Gorman are dominantly pathogenic to annual crop species.  The one exception is *Erwinia amylovora* (fire blight in apples), but this was tested only *in vitro* assays and was not tested *in vivo*.

21.     The evidence of translocation that Gorman presents results from bare root drench, foliar application, and stem application.  Gorman does not contemplate trunk injection as an application method for the antibiotic.  Stem application is unfeasible, and would not result in systemic delivery, for perennial crop species having thick, outer bark, such as for crop trees, including citrus trees.  Root soak as an application method for crops is likewise unfeasible due to leaching through the soil profile and unnecessary environmental exposure.  The EPA specifically prohibits soil applications due to non-target organism exposure.  Thus, one familiar with citrus trees would not look to Gorman for guidance as to application.

22.     The methods of application taught by Gorman simply will not work with citrus trees.  "To target phloem-limited pathogens, antibiotics applied using foliar application should be able to cross the leaf surface and travel through the plant vascular system. However, the presence of cuticles on the surface of plant leaves significantly reduces the rate at which applied chemicals can pass into the apoplast and subsequently into the vascular system. Uptake and loading into the phloem adds an additional subsequent limitation to systemic delivery in the phloem.  To enhance the uptake of agrochemicals by plant leaves, these chemicals are mixed with different types of adjuvants before being delivered using a foliar application." [Vincent, C.I.; Hijaz, F.; Pierre, M.; Killiny, N. Systemic Uptake of Oxytetracycline and Streptomycin in Huanglongbing-Affected Citrus Groves after Foliar Application and Trunk Injection. *Antibiotics* 2022, *11*, 1092. https://doi.org/10.3390/ antibiotics11081092].  Citrus trees have leaves with a thick, waxy cuticle layer that impedes uptake of large, charged molecules, which render foliar application ineffective.  For example, foliar applications of antibiotics, such as Oxytetracycline HCl, Oxytetracycline Calcium Complex, and Streptomycin Sulfate, for treatment of bacterial infection in citrus have been used but have failed to adequately control citrus greening disease due to their large molecular size and lipophobic (charged) nature.  This is true even when the antibiotics were combined with adjuvants and surfactants to increase leaf absorption.  The conclusion of the Vincent reference cited above states "... neither oxytetracycline nor streptomycin was successfully delivered by the foliar application even after mixing these antibiotics with adjuvants."  Therefore, again, Gorman would not be considered a prior art reference for any methods utilizing oxytetracycline.

Lynch's Disclosure Does Not Cure the Deficiencies of Gorman

23.     I understand that the Examiner relied on Lynch in responding to Applicant's prior response related to Gorman. While Lynch is cited for the reasoning of utilizing the claimed pH range, it is not relevant art for a plurality of reasons. First and foremost, Lynch never states why it is using the claimed pH and in fact that range is not found anywhere within its specification outside of claim 1, and one must rely on conjecture as to why no test results are provided by Lynch. Second, Lynch is not being used with OTC nor the specific antibiotic disclosed in Gorman.  The antimicrobial compounds suggested by Lynch are not antibiotics and based on my understanding, Lynch teaches away from using micro-biocides such as OTC at pages 1 and 2 of the publication. Thus, it is unclear how a reference can be pertinent when the underlying compositions share no commonality.  Third, Lynch states that its formulation is not for injection but a topical (see page 13) and is not a micro-biocide due to phytotoxicity concerns.  Instead, Lynch is notably designed to control Citrus Canker, a topical leaf pathogen, without testing or presenting any data to show efficacy.  As such, Lynch would not be considered prior art to the claims.

<u>Unexpected Results and Long Felt but Unresolved Need for Use of OTC at the Claimed pH Range</u>

24.     I understand that the Gorman patent issued in 1970 and the Neumann patent issued in 1959. Despite the issuance of those patents over 50 years ago there has not been a commercially available antibiotic solution for treating a bacterial infection in a perennial plant that is generated according to the method of independent claim 14 until the commercial launch of TJ BioTech's ReMedium TI® in January 2023. Citrus Greening Disease has been a significant problem for citrus trees in Florida at least since it was first identified in 2005, and globally is considered the limiting factor in citrus production. There has been a long felt but unresolved need for an effective treatment for Citrus Greening Disease which has devastated both the citrus industry.  That need has not been resolved until the introduction of ReMedium TI® which was made possible due to the unexpected results of the present invention.

25.     Additionally, the use of trunk injection to deliver oxytetracycline to trees, in particular citrus trees, has been the subject of extensive study.  The prior art teaches in some cases that the pH of OTC formulations is "unimportant" and in other cases teaches that OTC formulated at the pH range of 1.5 to 4.0 is injurious to trees.  The importance of the discovery resulting from our extensive research, which is the subject of the present patent application, is now becoming

well recognized.  For example, in AgNet Media's "Research Update on Oxytetracycline Injection for HLB Management" from October 16, 2023 (Exhibit 1), Dr. Ute Albrecht writes: "The plant physiology program at the University of Florida Institute of Food and Agricultural Sciences (UF/IFAS) Southwest Florida Research and Education Center (SWFREC) in Immokalee has conducted numerous field studies since 2020. These studies found that oxytetracycline (OTC) formulated for injection can reduce fruit drop, increase fruit yield and improve fruit quality significantly. The positive effects were particularly striking in younger trees."

26.     "The trees in ongoing trials are all sweet orange.  These trials have several objectives. They include a comparison of the injection method that has been used in past research studies and the method *recommended on the label that was approved in October 2022*.  Different rates of OTC, different months of injection and other factors are also being investigated.  The results from these studies have been consistently positive so far.  Yield increases of 30% or higher were routinely observed, along with significant increases (10% to 20%) in juice Brix, fruit size and coloration after one injection." (emphasis added)

27.     The *"label that was approved in October 2022"* refers to the label approved for the formulation that is an embodiment of the present invention.  See Exhibit 2.  Dr. Albrecht previously did not test OTC at lower pH, presumably for the reasons stated above.  As recently as 2022 Dr. Albrecht stated that she did not know if pH mattered.  In her presentation at Florida Citrus Mutual, June 2024, she now has a slide stating "pH matters" and depicting OTC fully solubilized at pH 2 and increasingly less solubilized at pH 3 and pH 4, per the label that was approved in October 2022.  See Exhibit 3.1.  In the same presentation, Dr. Albrecht cited Dr. Jim Graham, retired from the University of Florida and presently employed by Syngenta, who also noted that the OTC trunk injection reversed HLB tree decline and increased root mass, which is a leading indicator of restoration of canopy density, fruit quality, and fruit quantity.  See Exhibit 3.2.

28.     These results were surprising and unexpected and could not have been predicted based on the teachings of Gorman, Neumann, PurdueExtensionEntm, Peng, and/or Lynch, or the state of the art in general as of the time of filing of this patent application.

Commercial Success and Praise

9

29.     TJ BioTech's OTC treatment which is generated in accordance with the method of independent Claim 14 has received strong commercial success and praise.  The following is from AgNet Media's "The Relationship Between Roots and OTC Treatments" from June 12, 2024 (Exhibit 4) containing comments from Jim Graham, retired UF/IFAS professor of soil microbiology:

> "With what is known about HLB, hurricanes and root loss, Graham says the ability to inject OTC the year after Hurricane Ian was a life saver.  'I am pretty certain of this,' he says.  'Had we not had OTC treatments, it could have put these trees in the economic gutter after Ian [Hurricane Ian, 2022].  Why am I so sure of this? After Irma [Hurricane Irma, 2017], we suffered root loss with no real recovery. These trees could not have absorbed another level of root loss like that after Ian.'"

30.     But after OTC treatments began in 2023, the soil assay data showed things were different following Ian. Graham says there's a high level of confidence that growers who are utilizing the Syngenta service also are using trunk-injection therapy. This allows for observations on how the treatments affect roots.  "Where we measured the massive root loss after Hurricane Irma the following year, we see that root mass (statewide) after Ian is essentially the same," Graham says. "That's good news. So, why didn't we see overall increases in root mass after the first treatment of OTC? Because some of the groves that took a big hit from Ian won't recover or at least not in the first year. The fact that statewide root mass is holding steady is a great sign."

31.     In areas that did not take the brunt of Hurricane Ian's wrath, the data is even more promising. Root assay sample data pulled this year at two groves south of the hurricane's path shows a 25% and 30% increase in root mass.  "When you see that kind of massive increase in root density in one season, it is a huge turnaround for tree health," Graham says. "This is unprecedented, and I believe turning these trees in the right direction for the first time since HLB began impacting these groves."

32.     These above discussed effects on citrus due to the efficacy of OTC treatments generated in accordance with the method of independent claim 14 were praised in a FOX4 news spot in Florida, which noted that Florida citrus is on the road to recovery due to the new treatment

available for Citrus Greening Disease.  In the news spot, VC Hollingsworth, owner of VC Management Inc. a citrus grower, and Matt Joyner, CEO of Citrus Mutual, highlight the efficacy and miraculous achievements of the new treatments for Citrus Greening Disease even after the impact of hurricane Ian.  See https://www.youtube.com/watch?v=nQacPvwScfc.  I understand this new treatment to be TJ BioTech's ReMedium TI® and the copy of ReMedium TI® discussed below.

33.     The Citrus Research and Development Foundation ("CRDF") has also praised TJ BioTech's OTC treatment. The following discussed column (Exhibit 5) from CRDF, "Tough Questions, Difficult Answers" from June 2024 asks whether injecting OTC will save the industry until a resistant tree solves the problem. In response, Rick Dantzler, CRDF's chief operating officer has "heard growers say in public forums that it is, hands down, the most effective and promising therapy of anything they have tried…. Root mass is being restored. Trials show substantially better fruit quality and stabilization of yield when compared to untreated trees."  The column further notes that positive results are being seen on all rootstocks and scions.  The growers' question in the column of whether they will have something to inject in year three has also now been answered as explained below.

34.     TJ BioTech's original label (Exhibit 2), a special local need label from the Florida Department of Agriculture and Consumer Services, just recently had the requirement that limited applications of OTC to two years in a row for the treatment of Citrus Greening Disease removed so that citrus growers will be able to make a third trunk-injection application to further the gains made over the past two seasons. See Exhibit 6.

Copying by others

35.     To the best of my knowledge, there are only two OTC products that have obtained labels for use that practice the method claimed in independent claim 14. The first being for TJ BioTech's ReMedium TI®, which was commercially available in January 2023, and the second being a copy of TJ BioTech's ReMedium TI® marketed by another company, AgroSource, LLC. AgroSource released its copy, Rectify, later in February 2023, which purports to be identical to ReMedium TI® and whose label instructions are a copy of those of TJ BioTech's ReMedium TI® (Exhibit 2). See Exhibits 7-8. Prior to ReMedium TI®, there was no such injectable product for

Citrus Greening Disease having ReMedium TI®'s formulation and given the unexpected results and resulting commercial success in Florida of ReMedium TI®'s formulation and application method in the fight against Citrus Greening Disease, a competitor quickly copied TJ BioTech's invention and entered the marketplace.

Conclusion

36.     Had research not been undertaken which was counter to prevailing wisdom in the field, and thus non-obvious, this remarkable industry saving product would not be commercially available.

37.     I hereby declare that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under § 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Date:      7/31/2024                              _____

                                                 Josh Steinbronn

# EXHIBIT B-3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Patent Application of | ) |
|     Thomas D. Johnson | ) |
| Serial No.: 17/516,229 | ) |
| Filed: 11/01/2021 | ) |
| For: ANTIMICROBIAL COMPOSITIONS AND METHODS FOR TREATING | ) |
|     PLANT DISEASES | ) |
| Examiner: Kevin M. Dennis | ) |
| Group Art Unit: 3647 | ) |
| Attorney: Brendan B. Dix | ) |

Mail Stop AF
Honorable Assistant Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## DECLARATION UNDER 37 C.F.R. § 1.132

I, Josh Steinbronn, hereby declare and state as follows:

1.      I am a citizen of the United States, residing in Winter Haven, Florida.

2.      I earned a Bachelor of Science ("BS") in Microbiology with Specialization in Infectious Disease in 2009 from South Dakota State University.

3.      I have acted as a research consultant to TJ BioTech, LLC ("TJ BioTech") since TJ BioTech's inception and have collaborated with Thomas D. Johnson on numerous projects since 2017. I work directly with Thomas D. Johnson, the sole inventor of the above captioned application, and founder and CEO of TJ BioTech.

4.      I have been working in the field of infectious disease with respect to agriculture, including bacterial disease of perennial plants since 2014, and am familiar with the state of the art in treatments for controlling *Candidatus Liberibacter spp.*, a phloem-colonizing bacterial pathogen which is the causal agent of Citrus Greening Disease/HLB.

5.      I am familiar with the contents of the above identified patent application, the claims of the above identified patent application as currently amended, and the pending and prior Office

1

Actions and art cited therein which were issued by the Patent and Trademark Office Examiner in charge of assessing the patentability of the above referenced patent application.

6.      I understand that the Examiner has rejected independent claim 16 and dependent claim 17 of the patent application as being obvious by Gorman *et al.* (U.S. Pat. 4,173,702) in view of Neumann *et al.* (U.S. Pat. 2,909,466) and Solorzano *et al.* (WO 2019064219), independent claim 18 as being obvious by Gorman in view of Solorzano and PurdueExtensionEntm, and dependent claim 19 as being obvious by Gorman in view of Solorzano, PurdueExtensionEntm, and Peng *et al.* (CN 105801246).

7.      I incorporate my prior statements from my declaration submitted on August 1st, 2024 affirming again that any combination reliant upon Gorman does not disclose the method of claim 16 through claim 19 and would be unobvious given the unexpected results of one practicing the claimed methods.

8.      In the present Action, I understand that the Examiner rejected independent claim 16 of the patent application based on the assertion that Gorman, in combination with Neumann and Solorzano, discloses the method of claim 16 as currently amended. I am providing the present Declaration to provide evidence that not only does this combination not disclose the method of independent Claims 16 and 18 but categorically teaches away from those claims based not only upon my prior statements, but subsequent experimentation of the Examiner's proposed combination providing validation of the unexpected results of the claimed method as well as the unsuccessful results of the Examiner's proposed combination. This experimentation provides empirical data proving the combination suggested by the Examiner would not motivate one skilled in the art to arrive at the claimed method because the combination clearly does not achieve the unexpected success of the claimed method.  Additionally, the present Declaration provides evidence that the claims as presented are nonobvious given the long-felt, but unsolved need for an effective method of generating an acidified antibiotic solution for treating Citrus Greening Disease in plants, the failure of others in developing such methods, the commercial success and praise for the claimed method of generating TJ BioTech's commercially available Remedium TI® for the treatment of Citrus Greening Disease in citrus trees, and of the copying of the claimed method by others since the filing of the present application.

2

9.      I have reproduced claim 16 as currently amended, but re-arranged and with added step numbers in italics for clarity, to facilitate discussion:

> 16.     A method of generating an acidified antibiotic solution and for its use in treating a bacterial infection in a plant, the method comprising the steps of:
>
> *Step 1* - adding an antibiotic to a solvent in an amount sufficient to generate a first solution having a concentration of the antibiotic sufficient to treat the bacterial infection in the plant;
>
> the antibiotic comprises oxytetracycline or streptomycin;
>
> the antibiotic has a concentration of 500 to 25,000 parts per million;
>
> *Step 2* - titrating the first solution using an acid to generate a second solution having a pH of from 1.5 to less than 4.0;
>
> the acid comprises an inorganic acid titrated into the first solution in an amount sufficient to generate a second solution having a pH of in a range of 1.8-2.5;
>
> the inorganic acid comprises hydrochloric acid; and
>
> *Step 3* - delivering the second solution systemically to a plant; wherein the solvent comprises water.

General Knowledge of pH of Trunk Injection Applications

10.     To the best of my knowledge, there are no food-use, commercial products that utilize an antibiotic injectable formulated in the claimed pH range using an acid, nor have I located any examples in the scientific literature or patent databases that claim such a formulation. More specifically, the prior art provides no teaching or motivation of a combination of oxytetracycline (OTC) or streptomycin in a first solution which is titrated to a pH of between 1.5 and 4.0, let alone a pH of between 1.8 and 2.5, with hydrochloric acid to form a solution that is injected into a tree, as is discussed further below. Moreover, the prior art does not teach the method as claimed to create an acidified, stabilized solution *irrespective* of the amount of antibiotic added, especially at the parts per million (ppm) range discussed in the patent.

Gorman's Lack of Relevance

11.     Again, as I previously submitted, Gorman cannot be used to form the basis of an obviousness rejection for any of the remaining claims because Gorman only mentions lower pHs

in association with an intermediate step of forming a salt.  None of the formulations presented by Gorman include the addition of an acid as a step required to alter pH for application purposes. Instead, Gorman discloses altering pH to create various salts of the *specific* antibiotic A16886 to which Gorman is directed.  More plainly stated, Gorman does not disclose Step 2 and would not lead one to Step 2 of the method because it does not anticipate or suggest a specific pH range for foliar applications. Ultimately, the Examiner has simply found a random antibiotic and a random pH citation used to create a salt of the antibiotic to somehow conclude that one in the art would therefore know that the antibiotic should be modified, in solution, to a specific pH for plant applications.  The pH teachings of Gorman have nothing to do with application practice and no one in the art of plant antibiotic treatments could possibly be motivated to such a conclusion based on Gorman.  Thus, Gorman can only be used as a reference for an antibiotic, but that antibiotic has no relationship to the claimed antibiotics, OTC or streptomycin, and Gorman, consequently, is an irrational reference from the start because Gorman's disclosure does not suggest that its teachings could be applied to any antibiotic. This is because modifying the *only* antibiotic, A16886, discussed in Gorman to be OTC or streptomycin would depart from the teachings of Gorman and destroy the principle of operation of Gorman. Thus, as I understand that a modification to a reference that changes its fundamental principle of operation is not obvious, there is no reason  why one of ordinary skill would modify Gorman as the Examiner proposes. In other words, given Gorman, why would one skilled in the art switch the antibiotic and then acidify it to the claimed pH?  The two main points on which the Examiner relies are not taught by Gorman and thus the entire obviousness argument based on Gorman is founded solely on hindsight conjecture.

<u>Gorman's Modification via Neumann and Solorzano by the Examiner does not Overcome Prior Failures</u>

12.     The claims of the present application are directed to a systemic application to plants and the specification of the application is clear that the systemic application is by injection.

13.     As previously and extensively detailed, Gorman claims a single antibiotic, and the Examiner's reliance on Neumann to modify Gorman falls short as there exists no prior reasoning or support to suggest that such a modification would be beneficial, let alone give rise not only to

the unexpected results of the claimed method, which are turning around the US citrus growing industry and stemming the tide of Citrus Greening disease.

14.     I understand that the Examiner, agreeing with the Applicant, that the combination of Gorman and Neumann did not teach the acidification step, i.e. *Step 2* above,is now relying on Solorzano which purportedly teaches a "…sap-compatible formulation for the carrying of active ingredients injectable into the vascular system of woody plants or plants…." (Solorzano *et al.*, Abstract).

15.     An injectable into a tree, as is specified in the claims, must remain in solution for a minimum of 3 days, and preferably 4 or more days, for the injectable to be practical for use. Precipitation at any level will at best slow, and at worst stop, uptake into the tree of the antibiotic. Thus, the solution must remain precipitation free, particularly in the case of Greening Citrus Disease caused by a pathogen which resides within the phloem of the tree.  A lack of sufficient flow prevents the antibiotic from reaching the pathogen and renders the antibiotic useless and likely harmful to the tree.

16.     Solorzano specifically teaches, in numerous locations, a mixture of carboxylic acids, phytopharmacologically acceptable active ingredients, whereby every iteration of the Solorzano mixture *requires* potassium chloride (emphasis added by myself in all instances):

> Page 3, lines 14-17: The Authors of the present invention have discovered that the use of carboxylic acids in combination ***with potassium chloride*** … *significantly improves the effectiveness of diffusion of the carrier* and of any phytotherapeutic product dissolved therein into sap vessels.

> Page 3, lines 25-26: Therefore, object of the invention are a mixture comprising at least one carboxylic acid and ***at least one potassium chloride*** in the appropriate proportions….

> Page 4, lines 18-19: The figure shows how the combination between carboxylic acid ***and potassium chloride*** significantly increases the hydraulic mobility of the mixture.

> Page 4, lines 25-26: The figure shows how the combination of carboxylic acids ***with potassium chloride*** significantly increases the hydraulic mobility of the mixture.

> Page 4, line 35 through Page 5, line 2 (under Detailed Description of the Invention): The present description relates to a mixture consisting of one or more inorganic acids

5

or one or more carboxylic acids, or a combination thereof at a total weight/weight concentration of 20 to 60% *and one or more potassium chloride at a total weight/weight concentration of <u>80 to 40% of said mixture</u>*….

Page 7, lines 3-9: *Potassium chloride is advantageously comprised in the mixture*, since potassium increases, as shown in Figure 3, hydraulic mobility inside xylem vessels, increases anti-oxidizing abilities in the plant and enhances plant resistance to biotic (phytopathogenic microorganisms) and abiotic (drought, excessive exposure to light, etc) stress, and finally, since potassium concentration in the apoplast is usually low, potassium ion tends to accumulate in vacuoles, and, along with chloride ion, increases their osmotic potential.

Page 9, lines 4-11: In short, *the liquid formulate according to the present invention* could be in the form of soluble concentrate (SL), herein "concentrated liquid formulate" or in a form suitable to be injected in-plant (WS - working solution), herein "liquid formulate", and *will comprise*:
1) mono-, di-, tri-carboxylic, polycarboxylic acids …;
2) *potassium chloride*….

Claim 1: A mixture consisting of one or more inorganic acids or one or more carboxylic acids, or a combination thereof at a total weight/weight concentration of 20 to 60%, and one or more *potassium chloride at a weight/weight concentration of 80 to 40% of said mixture* and, optionally, one or more phytopharmacologically acceptable active ingredients.

17.    In order to test the Examiner's supposition that Solorzano would lead one to the claimed methods, I prepared multiple samples according to the teachings of Solorzano utilizing OTC as the "phytopharmacologically acceptable active ingredient." My samples comprised:

1.   80% potassium chloride, 20% citric acid titrated to a pH of 2.00

2.   80% potassium chloride, 20% citric acid titrated to a pH of 2.25

3.   80% potassium chloride, 20% citric acid titrated to a pH of 2.50

4.   80% potassium chloride, 20% citric acid titrated to a pH of 2.75

5.   40% potassium chloride, 60% citric acid titrated to a pH of 2.00

6.   40% potassium chloride, 60% citric acid titrated to a pH of 2.25

7.   40% potassium chloride, 60% citric acid titrated to a pH of 2.50

8.   40% potassium chloride, 60% citric acid titrated to a pH of 2.75

18.     It was noted that in all samples, precipitation was likely to increase in relation to the percentage of potassium chloride in solution and inversely in relation to the pH.  That is, less potassium chloride and a lower pH would lead to a lower observable precipitation.  However, in 100% of the samples, precipitation occurred in less than 48 hours with some samples having precipitation by the 24 hour mark.

19.     Utilizing Solorzano's taught method resulted in precipitation occurring within an unacceptable timeframe required for injection of an antibiotic solution into a fruit tree affected by Citrus Greening and therefore, Solorzano's teachings would lead one of ordinary skill in the art away from the claimed method.  An increase in precipitation will consequently cause a reduction in the tree uptake and increase phytotoxicity and tree damage due to the precipitation of the antibiotic. Since the goal of placing the antibiotic in solution is to retain it in solution for as long as possible, and at minimum of 4 days to ensure delivery of the antibiotic to the pathogen, one skilled in the art of treating citrus trees with injectable antibiotics would unequivocally ignore, and intentionally move in a different direction from, Solorzano. This is particularly the case with OTC where, as the examples show, precipitation would occur within 2 days.

20.     I believe that based on the above observed samples, Solorzano cannot cure Gorman because one practicing Solorzano cannot ignore its teachings requiring potassium chloride for its supposed benefits.  Those skilled in the art of treating plant pathogen, upon reading the Examiner's combination, would learn from the combined teachings of Gorman, which does not disclose the claimed antibiotic, Neumann, which does not teach the claimed antibiotics being injected into a plant, and Solorzano, that the references have no commonality and clearly no motivation to alter Gorman.  Moreover, upon trying to practice the method based upon those references offered by the Examiner, those skilled in the art of treating plants would actually be directed away from the combination because the combination does not work in practice and ultimately does more harm to the plant.

Conclusion

21.     Citrus Greening is a problem causing millions of dollars in damage every year and the research, upon which the claims are based, was clearly non-obvious not only based upon lack

of any evidence of it being obvious, but also upon the prior art continuously teaching away from this solution. In combination with the underlying fact that this problem has been decimating crops without any solution, until now, available, there is no denying that the claimed method must be non-obvious.

22.     I hereby declare that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

_____          Date:  2/10/2025_____

Josh Steinbronn

# EXHIBIT B-4

## Tests

**Water** (2.3.43). Not more than 1.0 per cent, determined on 0.5 g.

**Other tests**. Comply with the tests stated under Eye Ointments.

**Assay**. Weigh 1.0 g and transfer to a separating funnel. Add 25 ml of *peroxide-free ether*, shake well and extract with five quantities, each of 20 ml, of *0.1 M hydrochloric acid*. Combine the extracts and dilute to 200.0 ml with *0.1 M hydrochloric acid*. Dilute a suitable volume of the resulting solution with *buffer solution No 3* (2.2.10), to produce a solution containing 1 μg of oxytetracycline per ml.

Determine by the microbiological assay of antibiotics, Method B (2.2.10), and express the results as a percentage of oxytetracycline hydrochloride taking each mg of oxytetracycline to be equal to 1.079 mg of oxytetracycline hydrochloride, $C_{22}H_{24}N_2O_9$,HCl.

**Storage**. Store protected from light and moisture.

## Oxytetracycline Hydrochloride Injection

Oxytetracycline Hydrochloride Injection is a sterile material consisting of Oxytetracycline Hydrochloride with or without buffering agents and other excipients. It is filled in a sealed container.

The injection is constituted by dissolving the contents of the sealed container in the requisite amount of sterile Water for Injections, immediately before use.

*The constituted solution complies with the requirements for Clarity of solution and Particulate matter stated under Parenteral Preparations (Injections).*

**Storage**. The constituted solution may be used within three days of preparation when stored in a refrigerator (2° to 8°).

Oxytetracycline Hydrochloride Injection contains not less than 90.0 per cent and not more than 115.0 per cent of the stated amount of oxytetracycline, $C_{22}H_{24}N_2O_9$.

*The contents of the sealed container comply with the requirements stated under Parenteral Preparations (Powders for Injection) and with the following requirements.*

**Usual strengths**. The equivalent of 250 mg and 500 mg of oxytetracycline.

**Description**. A pale yellow, crystalline powder.

## Identification

A. Determine by thin-layer chromatography (2.4.17), coating the plate with the substance prepared by mixing 25 g of *silica*
*gel G* with 50 ml of a mixture of 2.5 ml of *glycerin* and 47.5 ml of *0.1 M disodium edetate* previously adjusted to pH 7.0 with *dilute ammonia solution*. After spreading the plate, allow it to stand at room temperature till it is dry (70 to 90 minutes).

*Mobile phase*. The lower layer formed after shaking 200 ml of a mixture of 2 volumes of *ethyl acetate*, 2 volumes of *chloroform* and 1 volume of *acetone* with 25 ml of *0.1 M disodium edetate* previously adjusted to pH 7.0 with *dilute ammonia solution*.

*Test solution*. Dissolve 0.05 g of the substance under examination in 100 ml of *methanol*.

*Reference solution (a)*. A 0.05 per cent w/v solution of *oxytetracycline hydrochloride RS* in *methanol*.

*Reference solution (b)*. A solution containing 0.05 per cent w/v each of *demethylchlortetracycline hydrochloride RS*, *oxytetracycline hydrochloride RS* and *tetracycline hydrochloride RS* in *methanol*.

Apply to the plate 1 μl of each solution, freshly prepared. After development, dry the plate in air, expose to the vapours of ammonia and examine under ultraviolet light at 365 nm. The principal spot in the chromatogram obtained with the test solution corresponds to that in the chromatogram obtained with reference solution (a). The test is not valid unless the chromatogram obtained with reference solution (b) shows three clearly separated spots.

B. To about 0.5 mg add 2 ml of *sulphuric acid*; a red colour is produced. Add the solution to 1 ml of *water*; the colour changes to yellow.

C. Dissolve about 2 mg in 5 ml of a 1 per cent w/v solution of *sodium carbonate* and add 2 ml of *diazotised sulphanilic acid solution*; an orange-red to brownish-red colour is produced.

## Tests

**Appearance of solution**. A 10.0 per cent w/v solution is clear (2.4.1) and yellow.

**pH** (2.4.24). 2.0 to 3.0, determined in a 1.0 per cent w/v solution.

**Light-absorbing impurities**. A. Dissolve 20 mg in sufficient of a mixture of 1 volume of *1 M hydrochloric acid* and 99 volumes of *methanol* to produce 10 ml. Absorbance of the resulting solution at about 430 nm, when measured within 1 hour of preparing the solution, not more than 0.50, calculated on the anhydrous basis (2.4.7).

B. Dissolve 0.1 g in sufficient of a mixture of 1 volume of *1 M hydrochloric acid* and 99 volumes of *methanol* to produce 10 ml. Absorbance of the resulting solution at about 490 nm, when measured within 1 hour of preparing the solution, not more than 0.20, calculated on the anhydrous basis (2.4.7).

**Assay**. Determine by the microbiological assay of antibiotics, method A or B (2.2.10), and express the result in μg of oxytetracycline, $C_{22}H_{24}N_2O_9$, per mg.

**Bacterial endotoxins** (2.2.3). Not more than 0.4 Endotoxin Unit per mg.

**Storage**. Store protected from light and moisture.

**Labelling**. The label states (1) the quantity of Oxytetracycline Hydrochloride contained in it in terms of the equivalent amount of oxytetracycline; (2) that the contents are to be used for intravenous injection only; (3) the names of the buffering agents used.

## Oxytocin

Cys-Tyr-Ile-Gln-Asn-Cys-Pro-Leu-GlyNH$_2$

$C_{43}H_{66}N_{12}O_{12}S_2$                                Mol. Wt.1007.2

Oxytocin is a cyclic nonapeptide hormone obtained by a process of fractionation from the posterior lobe of the pituitary gland of healthy oxen or other mammals or by synthesis that has the property of stimulating contraction of the uterus and milk ejection in receptive animals. It may be presented as a solid or as a solution in a solvent containing an appropriate antimicrobial preservative such as 0.2 per cent w/v solution of chlorbutol.

If it is derived from animal species, Oxytocin contains not less than 95.0 per cent and not more than 105.0 per cent of the stated number of Units of oxytocic activity. If it is a synthetic product presented as a solid, it contains not less than 560 Units per mg, calculated with reference to the peptide content and when presented as a liquid, it contains not less than 150 Units per ml.

By convention, for the purpose of labeling oxytocin preparations, 1 mg of oxytocin peptide ($C_{43}H_{66}O_{12}S_2$) is equivalent to 600 IU of biological activity.

**Category**. Uterine stimulant.

**Dose**. Induction or enhancement of labour, intravenous infusion of a 5 per cent dextrose solution containing 1 Unit oxytocin per 100 ml; third stage labour and puerperlum, 5 to 10 Units intramuscularly, or 5 Units intravenously slowly; cesarean section, 5 Units after delivery.

**Description**. When presented as a solid, a white or almost white powder. When presented as a liquid, a clear colourless liquid.

## Identification

*Test B may be omitted if tests A and C are carried out. Test C may be omitted if tests A and B are carried out.*

A. In the Assay, the principal peak in the chromatogram obtained with the test solution corresponds to the peak in the chromatogram obtained with the reference solution.

B. Amino acid analysis.

*For hydrolysis*—Acid hydrolysis using *hydrochloric acid* containing phenol is the most common procedure used for protein/peptide hydrolysis preceding amino acid analysis. The addition of phenol to the reaction prevents the halogenation of tyrosine.

*Hydrolysis solution*. 6 M hydrochloric acid containing 0.1 per cent to 1.0 per cent of *phenol*.

## Procedure

*Liquid phase hydrolysis*. Place the protein or peptide sample in a hydrolysis tube, and dry (the sample is dried so that water in the sample will not dilute the acid used for the hydrolysis). Add 200 μl of hydrolysis solution per 500 μg of lyophilised protein. Freeze the sample tube in a dry ice-acetone bath, and flame seal in vacuum. Samples are typically hydrolysed at 110° for 24 hours in vacuum or in an inert atmosphere to prevent oxidation. Longer hydrolysis times (e.g. 48 hours and 72 hours) are investigated if there is a concern that the protein is not completely hydrolysed.

*Vapour phase hydrolysis*. This is one of the most common acid hydrolysis procedures, and is preferred for microanalysis when only small amounts of the sample are available. Contamination of the sample from the acid reagent is also minimised by using vapour phase hydrolysis. Place vials containing the dried samples in a vessel that contains an appropriate amount of hydrolysis solution. The hydrolysis solution does not come in contact with the test sample. Apply an inert atmosphere or vacuum (less than 200 μm of mercury or 26.7 Pa) to the headspace of the vessel, and heat to about 110° for a 24 hours hydrolysis time. Acid vapour hydrolysis the dried sample. Any condensation of the acid in the sample vials is to be minimised. After hydrolysis, dry the test sample in vacuum to remove any residual acid.

*For analysis—Post-column ninhydrin derivatisation*. Ion-exchange chromatography with post-column ninhydrin derivatisation is one of the most common methods employed for quantitative amino acid analysis. As a rule, a lithium-based cation-exchange system is employed for the analysis of the more complex physiological samples, and the faster sodium-based cation-exchange system is used for the more simplistic amino acid mixtures obtained with protein hydrolysates (typically containing 17 amino acid components). Separation of the amino acids on an ion-exchange column is accomplished

through a combination of changes in pH and cation strength. A temperature gradient is often employed to enhance separation.

When the amino acid reacts with ninhydrin, the reactant has a characteristic purple or yellow colour. Amino acids, except imino acid, give a purple colour, and show an absorption maximum at 570 nm. The imino acids such as proline give a yellow colour, and show an absorption maximum at 440 nm. The post-column reaction between ninhydrin and amino acids eluted from the column is monitored at 440 nm and 570 nm, and the chromatogram obtained is used for the determination of amino acid composition.

The detection limit is considered to be 10 pmol for most of the amino acid derivatives, but 50 pmol for the proline derivative. Response linearity is obtained in the range of 20-500 pmol with correlation coefficients exceeding 0.999. To obtain good composition data, samples larger than 1 μg before hydrolysis are best suited for this amino acid analysis of protein/peptide.

Express the content of each amino acid in moles. Calculate the relative proportions of the amino acids, taking 1/6 of the sum of the number of moles of aspartic acid, glutamic acid, proline, glycine, isoleucine and leucine as equal to 1.

The values fall within the following limits: aspartic acid: 0.90 to 1.10; glutamic acid: 0.90 to 1.10; proline: 0.90 to 1.10; glycine: 0.90 to 1.10; leucine: 0.90 to 1.10; isoleucine: 0.90 to 1.10; tyrosine: 0.7 to 1.05; half-cystine: 1.4 to 2.1. Not more than traces of other amino acids are present.

C. For biological response, dissect out the uterus from a virgin female rat weighing between 120 to 200 g and in diestrus stage. Immediately before injection confirm the uterine stage of the rat by vaginal smear. Suspend one horn of the uterus in a organ bath containing 9.0 g of *sodium chloride*, 0.42 g of *potassium chloride*, 0.16 g of *calcium chloride*, 0.50 g of *sodium bicarbonate*, 0.25 g of *dextrose*, and 0.0053 g of *magnesium chloride* per litre of the solution. Maintain the bath temperature at 32° or any other suitable temperature at which spontaneous contractions of the uterus are abolished and the preparations maintain its sensitivity. Oxygenate the bath solution with a mixture of 95 per cent *oxygen* and 5 per cent *carbon dioxide*. Record the contractions of the uterine muscle on a recorder, using a suitable instrument producing linear response (for example an isotonic liver with a load of not exceeding 2 g or isotonic and linear transducer). Add to the bath two appropriate dilutions of the oxytocin reference solution, and record the contraction of the muscle following each dilution. The appropriate dilutions (doses) are those dilutions of the reference solution which produce clearly distinctive submaximal contractions. The required dilution normally lies between 0.1 to 5 micro units per ml of the bath solution. When maximal contraction is reached, replace the bath solution by a fresh solution and wait until the muscle is

relaxed completely and the pointer of the recorder returns to the base line. The doses of the different reference solutions should be added at regular intervals depending upon the rate of the recovery of the uterine muscle. Dissolve or dilute the preparation to be tested in a suitable diluent (preferably using bath solution) to obtain responses on the addition of two dilutions similar to the one used with the oxytocin reference solution. The two selected dilutions of the reference solution and preparation under examination should be applied according to a randomised block or Latin square design and at least three responses to each dilution should be recorded. The magnitude of contractions obtained with the reference solution is comparable to the contractions obtained with the test solution.

## Tests

**Peptide.** 90.0 to 110.0 per cent of the stated amount of oxytocin, $C_{43}H_{66}N_{12}O_{12}S_2$ expressed per mg for the solid, and in mg per ml for the liquid.

Determine by liquid chromatography (2.4.14).

*Test solution.* A 0.035 per cent w/v solution of the substance under examination in 1.56 per cent w/v solution of *sodium dihydrogen phosphate.*

*Reference solution.* A 0.035 per cent w/v solution of *oxytocin RS* in 1.56 per cent w/v solution of *sodium dihydrogen phosphate.*

Chromatographic system
– a stainless steel column 12 cm x 4.6 mm, packed with octadecylsilane bonded to porous silica (5 μm),
– mobile phase: appropriate proportions of a 1.56 per cent w/v solution of *sodium dihydrogen phosphate* (mobile phase A) and a mixture of equal volumes of *acetonitrile* and *water* (mobile phase B),
– flow rate: 1 ml per minute,
– spectrophotometer set at 220 nm,
– injection volume: 20 μl

Equilibrate the column with a mixture of 70 volumes of mobile phase A and 30 volumes of mobile phase B and record the chromatograms as follows. Operate by gradient elution increasing continuously and linearly the proportion of mobile phase B by 1.0 per cent v/v per minute for 30 minutes. Finally elute using the same mixture for 15 minutes to re-equilibrate the column.

Calculate the content of the peptide, $C_{43}H_{66}N_{12}O_{12}S_2$.

**Assay.** Determine by liquid chromatography (2.4.14).

*Test solution.* A 0.025 per cent w/v solution of the substance under examination in mobile phase A.

*Reference solution.* Dissolve the contents of one vial of *oxytocin RS* in mobile phase A to produce a solution containing the same concentration as in test solution.

---

Chromatographic system
– a stainless steel column 12.5 cm x 4.6 mm, packed with octadecylsilane bonded to porous silica (5 μm),
– mobile phase: A. a 1.6 per cent w/v solution of *sodium dihydrogen phosphate*,
– B. a mixture of 50 volumes of *acetonitrile* and 50 volumes of *water*,
– a gradient programme using the conditions given below,
– flow rate: 1 ml per minute,
– spectrophotometer set at 220 nm,
– injection volume: 25 μl.

| Time (in min) | Mobile phase A (per cent v/v) | Mobile phase B (per cent v/v) |
|---|---|---|
| 0 | 70 | 30 |
| 30 | 40 | 60 |
| 30.1 | 70 | 30 |
| 45 | 70 | 30 |

Inject the reference solution and the test solution.

Calculate the units of the oxytocic activity or the potency.

*Oxytocin intended for use in the manufacture of parenteral preparations without a further procedure for the removal of bacterial endotoxins complies with the following additional requirement.*

**Bacterial endotoxins** (2.2.3). Not more than 0.5 Endotoxin Unit per Unit of oxytocin.

*Oxytocin intended for use in the manufacture of parenteral preparations without a further sterilisation procedure complies with the following additional requirement.*

**Sterility** (2.2.11). Complies with the test for sterility.

**Storage.** Store protected from moisture. If the substance is intended for use in the manufacture of parenteral preparations, the container should be sterile, tamper-evident and sealed so as to exclude micro-organisms.

**Labelling.** The label states (1) the number of Units of oxytocic activity per mg (for solid) or per ml (for liquid); (2) either the animal species from which it is obtained or whether it is synthetic, as appropriate; (3) whether or not the contents are intended for use in the manufacture of parenteral preparations.

## Oxytocin Injection

Oxytocin Injection is a sterile solution of Oxytocin in Water for Injections.

Oxytocin Injection contains not less than 90.0 per cent and not more than 110.0 per cent of the stated number of Units of oxytocin activity.

**Usual strengths.** 5 Units per ml; 10 Units per ml.

**Description.** A clear colourless liquid.

## Identification

In the Assay, the principal peak in the chromatogram obtained with the test solution corresponds to the peak in the chromatogram obtained with the reference solution.

## Tests

**pH** (2.4.24). 3.0 to 5.0

**Bacterial endotoxins** (2.2.3). Not more than 0.5 Endotoxin Unit per Unit of oxytocin.

**Other tests.** Comply with the tests stated under Parenteral Preparations (Injections).

**Assay.** Determine by liquid chromatography (2.4.14).

*Test solution.* Use the injection under examination.

*Reference solution.* Dissolve the contents of one vial of *oxytocin RS* in 1.65 per cent w/v solution of *sodium dihydrogen orthophosphate* to produce a solution containing the same concentration in μg of oxytocin as that stated on the label of the injection.

Chromatographic system
– a stainless steel column 10 cm x 4.6 mm, packed with endcapped octadecylsilane bonded to porous silica (5 μm) ( such as Nucleosil C18),
– column temperature: 40°,
– mobile phase: a mixture of 85 volumes of a 0.2 per cent v/v solution of *orthophosphoric acid* and 15 volumes of *acetonitrile*,
– flow rate: 1 ml per minute,
– spectrophotometer set at 220 nm,
– injection volume: 100 μl.

Inject the reference solution. The test is not valid unless the theoretical plates are not less than 2,000.

Inject the reference solution and the test solution.

Calculate the content of $C_{43}H_{66}N_{12}O_{12}S_2$ in the injection.

*Oxytocin Injection containing Oxytocin of natural origin obtained by extraction and purification complies with the following additional requirement.*

**Vasopressin impurity.** Not more than 0.5 Unit per ml.

Determine by liquid chromatography (2.4.14).

*Solvent mixture.* Dissolve 5.0 g of chlorobutanol in 5.0 ml of glacial acetic acid, add 1.1 g of *sodium acetate*, 5.0 g of *ethanol*, and dilute to 1000 ml with *water* and mix.

*Test solution.* Dilute 2.0 ml of injection under examination to 25 ml with 0.25 per cent w/v of *glacial acetic acid* and mix.

# EXHIBIT B-5

*System suitability*: reference solution (d):

– *resolution*: minimum 4.0 between the peaks due to impurity A (1st peak) and oxytetracycline (2nd peak) and minimum 5.0 between the peaks and due to oxytetracycline and impurity B (3rd peak); adjust the 2-methyl-2-propanol content in the mobile phase if necessary;

– *symmetry factor*: maximum 1.25 for the peak due to oxytetracycline.

*Limits*:

– *impurity A*: not more than the area of the corresponding peak in the chromatogram obtained with reference solution (e) (0.5 per cent);

– *impurity B*: not more than the area of the corresponding peak in the chromatogram obtained with reference solution (e) (2.0 per cent);

– *impurity C* (eluting on the tail of the principal peak): not more than 4 times the area of the peak due to impurity A in the chromatogram obtained with reference solution (e) (2.0 per cent);

– *disregard limit*: 0.02 times the area of the peak due to oxytetracycline in the chromatogram obtained with reference solution (d) (0.1 per cent).

**Heavy metals** (*2.4.8*): maximum 50 ppm.

0.5 g complies with test F. Prepare the reference solution using 2.5 mL of *lead standard solution (10 ppm Pb) R*.

**Water** (*2.5.12*): 6.0 per cent to 9.0 per cent, determined on 0.250 g.

**Sulfated ash** (*2.4.14*): maximum 0.5 per cent, determined on 1.0 g.

ASSAY

Liquid chromatography (*2.2.29*) as described in the test for related substances with the following modification.

*Injection*: test solution and reference solution (a).

Calculate the percentage content of $C_{22}H_{24}N_2O_9$.

STORAGE

In an airtight container, protected from light.

IMPURITIES



A.  R1 = NH$_2$, R2 = N(CH$_3$)$_2$, R3 = H: (4R,4aR,5S,5aR,6S,12aS)-4-(dimethylamino)-3,5,6,10,12,12a-hexahydroxy-6-methyl-1,11-dioxo-1,4,4a,5,5a,6,11,12a-octahydrotetracene-2-carboxamide (4-epioxytetracycline),

C.  R1 = CH$_3$, R2 = H, R3 = N(CH$_3$)$_2$: (4S,4aR,5S,5aR,6S,12aS)-2-acetyl-4-(dimethylamino)-3,5,6,10,12,12a-hexahydroxy-6-methyl-4a,5a,6,12a-tetrahydrotetracene-1,11(4H,5H)-dione (2-acetyl-2-decarbamoyloxytetracycline),



B.  (4S,4aS,5aS,6S,12aS)-4-(dimethylamino)-3,6,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-1,4,4a,5,5a,6,11,12a-octahydrotetracene-2-carboxamide (tetracycline).

01/2008:0198

# OXYTETRACYCLINE HYDROCHLORIDE

## Oxytetracyclini hydrochloridum



$C_{22}H_{25}ClN_2O_9$          $M_r$ 496.9
[2058-46-0]

DEFINITION

(4S,4aR,5S,5aR,6S,12aS)-4-(Dimethylamino)-3,5,6,10,12,12a-hexahydroxy-6-methyl-1,11-dioxo-1,4,4a,5,5a,6,11,12a-octahydrotetracene-2-carboxamide hydrochloride.

Substance produced by the growth of certain strains of *Streptomyces rimosus* or obtained by any other means.

*Content*: 95.0 per cent to 102.0 per cent (anhydrous substance).

CHARACTERS

*Appearance*: yellow, crystalline powder, hygroscopic.

*Solubility*: freely soluble in water, sparingly soluble in ethanol (96 per cent). Solutions in water become turbid on standing, owing to the precipitation of oxytetracycline.

IDENTIFICATION

A.  Thin-layer chromatography (*2.2.27*).

*Test solution*. Dissolve 5 mg of the substance to be examined in *methanol R* and dilute to 10 mL with the same solvent.

*Reference solution (a)*. Dissolve 5 mg of *oxytetracycline hydrochloride CRS* in *methanol R* and dilute to 10 mL with the same solvent.

*Reference solution (b)*. Dissolve 5 mg of *oxytetracycline hydrochloride CRS*, 5 mg of *tetracycline hydrochloride R* and 5 mg of *minocycline hydrochloride R* in *methanol R* and dilute to 10 mL with the same solvent.

*Plate*: TLC octadecylsilyl silica gel F$_{254}$ plate R.

*Mobile phase*: mix 20 volumes of *acetonitrile R*, 20 volumes of *methanol R* and 60 volumes of a 63 g/L solution of *oxalic acid R* previously adjusted to pH 2 with *concentrated ammonia R*.

*Application*: 1 μL.

*Development*: over 3/4 of the plate.

*Drying*: in air.

*Detection*: examine in ultraviolet light at 254 nm.

*System suitability*: the chromatogram obtained with reference solution (b) shows 3 clearly separated spots.

*Results*: the principal spot in the chromatogram obtained with the test solution is similar in position and size to the principal spot in the chromatogram obtained with reference solution (a).

B.  To about 2 mg add 5 mL of *sulfuric acid R*. A deep red colour develops. Add the solution to 2.5 mL of *water R*. The colour becomes yellow.

C.  It gives reaction (a) of chlorides (*2.3.1*).

TESTS

**pH** (*2.2.3*): 2.3 to 2.9.

Dissolve 0.1 g in 10 mL of *carbon dioxide-free water R*.

**Specific optical rotation** (*2.2.7*): − 188 to − 200 (anhydrous substance).

Dissolve 0.250 g in *0.1 M hydrochloric acid* and dilute to 25.0 mL with the same acid.

**Specific absorbance** (*2.2.25*): 270 to 290 determined at 353 nm (anhydrous substance).

Dissolve 20.0 mg in *buffer solution pH 2.0 R* and dilute to 100.0 mL with the same buffer solution. Dilute 10.0 mL of the solution to 100.0 mL with *buffer solution pH 2.0 R*.

**Light-absorbing impurities.** *Carry out the measurements within 1 h of preparing the solutions.*

Dissolve 20.0 mg in a mixture of 1 volume of *1 M hydrochloric acid* and 99 volumes of *methanol R* and dilute to 10.0 mL with the same mixture of solvents. The absorbance (*2.2.25*) determined at 430 nm has a maximum of 0.50 (anhydrous substance).

Dissolve 0.100 g in a mixture of 1 volume of *1 M hydrochloric acid* and 99 volumes of *methanol R* and dilute to 10.0 mL with the same mixture of solvents. The absorbance (*2.2.25*) determined at 490 nm has a maximum of 0.20 (anhydrous substance).

**Related substances.** Liquid chromatography (*2.2.29*). *Prepare the solutions immediately before use.*

*Test solution.* Dissolve 20.0 mg of the substance to be examined in *0.01 M hydrochloric acid* and dilute to 25.0 mL with the same acid.

*Reference solution (a).* Dissolve 20.0 mg of *oxytetracycline CRS* in *0.01 M hydrochloric acid* and dilute to 25.0 mL with the same acid.

*Reference solution (b).* Dissolve 20.0 mg of *4-epioxytetracycline CRS* in *0.01 M hydrochloric acid* and dilute to 25.0 mL with the same acid.

*Reference solution (c).* Dissolve 20.0 mg of *tetracycline hydrochloride CRS* in *0.01 M hydrochloric acid* and dilute to 25.0 mL with the same acid.

*Reference solution (d).* Dissolve 8.0 mg of *α-apo-oxytetracycline CRS* in 5 mL of *0.01 M sodium hydroxide* and dilute to 100.0 mL with *0.01 M hydrochloric acid*.

*Reference solution (e).* Dissolve 8.0 mg of *β-apo-oxytetracycline CRS* in 5 mL of *0.01 M sodium hydroxide* and dilute to 100.0 mL with *0.01 M hydrochloric acid*.

*Reference solution (f).* Mix 1.5 mL of reference solution (a), 1.0 mL of reference solution (b), 3.0 mL of reference solution (c), 3.0 mL of reference solution (d) and 3.0 mL of reference solution (e) and dilute to 25.0 mL with *0.01 M hydrochloric acid*.

*Reference solution (g).* Mix 1.0 mL of reference solution (b), 4.0 mL of reference solution (c) and 40.0 mL of reference solution (e) and dilute to 200.0 mL with *0.01 M hydrochloric acid*.

*Column*:

– *size*: $l$ = 0.25 m, Ø = 4.6 mm;

– *stationary phase*: *styrene-divinylbenzene copolymer R* (8 μm);

– *temperature*: 60 °C.

*Mobile phase*: weigh 30.0 g (for mobile phase A) and 100.0 g (for mobile phase B) of *2-methyl-2-propanol R* and transfer separately to 1000 mL volumetric flasks with the aid of 200 mL of *water R*; to each flask add 60 mL of *0.33 M phosphate buffer solution pH 7.5 R*, 50 mL of a 10 g/L solution of *tetrabutylammonium hydrogen sulfate R* adjusted to pH 7.5 with *dilute sodium hydroxide solution R* and 10 mL of a 0.4 g/L solution of *sodium edetate R* adjusted to pH 7.5 with *dilute sodium hydroxide solution R*; dilute each solution to 1000 mL with *water R*;

| Time (min) | Mobile phase A (per cent *V/V*) | Mobile phase B (per cent *V/V*) |
|---|---|---|
| 0 - 15 | 70 | 30 |
| 15 - 30 | 30 | 70 |
| 30 - 45 | 70 | 30 |

*Flow rate*: 1 mL/min.

*Detection*: spectrophotometer at 254 nm.

*Injection*: 20 μL of the test solution and reference solutions (f) and (g).

*System suitability*: reference solution (f):

– *resolution*: minimum 4.0 between the peaks due to impurity A (1st peak) and oxytetracycline (2nd peak), minimum 5.0 between the peaks due to oxytetracycline and impurity B (3rd peak) and minimum 3.5 between the peaks due to impurity D (4th peak) and impurity E (5th peak); if necessary, adapt the ratio mobile phase A : mobile phase B and/or adjust the time programme used to produce the 1-step gradient elution;

– *symmetry factor*: maximum 1.25 for the peak due to oxytetracycline.

*Limits*:

– *impurity A*: not more than the area of the corresponding peak in the chromatogram obtained with reference solution (g) (0.5 per cent);

– *impurity B*: not more than the area of the corresponding peak in the chromatogram obtained with reference solution (g) (2.0 per cent);

– *impurity C* (eluting on the tail of the main peak): not more than 4 times the area of the peak due to impurity A in the chromatogram obtained with reference solution (g) (2.0 per cent);

– *total of impurities D, E and F* (eluting between the latter two): not more than the area of the peak due to impurity E in the chromatogram obtained with reference solution (g) (2.0 per cent);

– *disregard limit*: 0.02 times the area of the peak due to oxytetracycline in the chromatogram obtained with reference solution (f) (0.1 per cent).

**Heavy metals** (*2.4.8*): maximum 50 ppm.

0.5 g complies with test F. Prepare the reference solution using 2.5 mL of *lead standard solution (10 ppm Pb) R*.

**Water** (*2.5.12*): maximum 2.0 per cent, determined on 0.500 g.

**Sulfated ash** (*2.4.14*): maximum 0.5 per cent, determined on 1.0 g.

**Bacterial endotoxins** (*2.6.14*): less than 0.4 IU/mg, if intended for use in the manufacture of parenteral preparations without a further appropriate procedure for the removal of bacterial endotoxins.

ASSAY

Liquid chromatography (*2.2.29*) as described in the test for related substances with the following modification.

*Injection*: test solution and reference solution (a).

Calculate the percentage content of $C_{22}H_{25}ClN_2O_9$ taking 1 mg of oxytetracycline as equivalent to 1.079 mg of oxytetracycline hydrochloride.

STORAGE

In an airtight container, protected from light. If the substance is sterile, store in a sterile, airtight, tamper-proof container.

Monographs N-O

## IMPURITIES



A. R1 = NH$_2$, R2 = N(CH$_3$)$_2$, R3 = H: ($4R,4aR,5S,5aR,6S,12aS$)-4-(dimethylamino)-3,5,6,10,12,12a-hexahydroxy-6-methyl-1,11-dioxo-1,4,4a,5,5a,6,11,12a-octahydrotetracene-2-carboxamide (4-epioxytetracycline),

C. R1 = CH$_3$, R2 = H, R3 = N(CH$_3$)$_2$: ($4S,4aR,5S,5aR,6S,12aS$)-2-acetyl-4-(dimethylamino)-3,5,6,10,12,12a-hexahydroxy-6-methyl-4a,5a,6,12a-tetrahydrotetracene-1,11(4$H$,5$H$)-dione (2-acetyl-2-decarbamoyloxytetracycline),



B. ($4S,4aS,5aS,6S,12aS$)-4-(dimethylamino)-3,6,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-1,4,4a,5,5a,6,11,12a-octahydrotetracene-2-carboxamide (tetracycline),



D. R = OH, R′ = H: (3$S,4S,5S$)-4-[(1$R$)-4,5-dihydroxy-9-methyl-3-oxo-1,3-dihydronaphtho[2,3-$c$]furan-1-yl]-3-(dimethylamino)-2,5-dihydroxy-6-oxocyclohex-1-enecarboxamide (α-apo-oxytetracycline),

E. R = H, R′ = OH: (3$S,4S,5R$)-4-[(1$R$)-4,5-dihydroxy-9-methyl-3-oxo-1,3-dihydronaphtho[2,3-$c$]furan-1-yl]-3-(dimethylamino)-2,5-dihydroxy-6-oxocyclohex-1-enecarboxamide (β-apo-oxytetracycline),



F. ($4S,4aR,5R,12aS$)-4-(dimethylamino)-3,5,10,11,12a-pentahydroxy-6-methyl-1,12-dioxo-1,4,4a,5,12,12a-hexahydrotetracene-2-carboxamide (anhydro-oxytetracycline).

01/2008:0780
corrected 6.0

# OXYTOCIN

## Oxytocinum

H · Cys − Tyr − Ile − Gln − Asn − Cys − Pro − Leu − Gly · NH$_2$

C$_{43}$H$_{66}$N$_{12}$O$_{12}$S$_2$    $M_r$ 1007
[50-56-6]

## DEFINITION

L-Cysteinyl-L-tyrosyl-L-isoleucyl-L-glutamyl-L-asparaginyl-L-cysteinyl-L-prolyl-L-leucylglycinamide cyclic (1→6)-disulfide.

Synthetic cyclic nonapeptide having the structure of the hormone produced by the posterior lobe of the pituitary gland that stimulates contraction of the uterus and milk ejection in receptive mammals. It is available in the freeze-dried form as an acetate.

*Content*: 93.0 per cent to 102.0 per cent (anhydrous and acetic acid-free substance).

By convention, for the purpose of labelling oxytocin preparations, 1 mg of oxytocin peptide (C$_{43}$H$_{66}$N$_{12}$O$_{12}$S$_2$) is equivalent to 600 IU of biological activity.

## CHARACTERS

*Appearance*: white or almost white, hygroscopic powder.

*Solubility*: very soluble in water. It dissolves in dilute solutions of acetic acid and of ethanol (96 per cent).

## IDENTIFICATION

A. Examine the chromatograms obtained in the assay.

*Results*: the principal peak in the chromatogram obtained with the test solution is similar in retention time to the principal peak in the chromatogram obtained with the reference solution.

B. Amino acid analysis (*2.2.56*). For hydrolysis use Method 1 and for analysis use Method 1.

Express the content of each amino acid in moles. Calculate the relative proportions of the amino acids, taking 1/6 of the sum of the number of moles of aspartic acid, glutamic acid, proline, glycine, isoleucine and leucine as equal to 1. The values fall within the following limits: aspartic acid: 0.90 to 1.10; glutamic acid: 0.90 to 1.10; proline: 0.90 to 1.10; glycine: 0.90 to 1.10; leucine: 0.90 to 1.10; isoleucine: 0.90 to 1.10; tyrosine: 0.7 to 1.05; half-cystine: 1.4 to 2.1. Not more than traces of other amino acids are present.

## TESTS

**pH** (*2.2.3*): 3.0 to 6.0.

Dissolve 0.200 g in *carbon dioxide-free water R* and dilute to 10.0 mL with the same solvent.

**Related substances**. Liquid chromatography (*2.2.29*): use the normalisation procedure.

*Test solution*. Prepare a 0.25 mg/mL solution of the substance to be examined in a 15.6 g/L solution of *sodium dihydrogen phosphate R*.

*Resolution solution*. Dissolve the contents of a vial of *oxytocin/desmopressin validation mixture CRS* in 1 mL of a 15.6 g/L solution of *sodium dihydrogen phosphate R*.

*Column*:
– *size*: l = 0.125 m, Ø = 4.6 mm;
– *stationary phase*: octadecylsilyl silica gel for chromatography R (5 μm).

*Mobile phase*:
– *mobile phase A*: 15.6 g/L solution of *sodium dihydrogen phosphate R*;
– *mobile phase B*: *acetonitrile for chromatography R*, *water R* (50:50 *V/V*);

| Time (min) | Mobile phase A (per cent *V/V*) | Mobile phase B (per cent *V/V*) |
|---|---|---|
| 0 - 30 | 70 → 40 | 30 → 60 |
| 30 - 30.1 | 40 → 70 | 60 → 30 |
| 30.1 - 45 | 70 | 30 |

*Flow rate*: 1 mL/min.

*Detection*: spectrophotometer at 220 nm.

*Injection*: 50 μL.

*Retention time*: oxytocin = about 7.5 min; desmopressin = about 10 min.

# EXHIBIT B-6

# United States Patent Office

**2,909,466**
Patented Oct. 20, 1959

1

**2,909,466**

## STABLE SOLUTIONS OF OXYTETRACYCLINE SALTS

Horst Neumann, Bingen, and Paul Viehmann and Hans Hugo Hübner, Ingelheim, Germany, assignors, by mesne assignments, to Chas. Pfizer & Co., Inc., Brooklyn, N.Y., a corporation of Delaware

No Drawing.   Application May 23, 1957
Serial No. 661,033

Claims priority, application Germany May 29, 1956

9 Claims.   (Cl. 167—65)

This invention relates to stable solutions of oxytetracycline salts, and more particularly to solutions of oxytetracycline salts in lower alkyl alcohol esters of lactic acid.

Oxytetracycline is known to be a powerful antibiotic agent which is highly effective against rickettsiae, certain viruses, and a number of gram-negative and gram-positive cocci and bacilli; see Goodman and Gilman, "The Pharmacological Basis of Therapeutics," 2nd edition (1956), pages 1378–1392.

For therapeutic purposes, oxytetracycline is administered parenterally and topically in the form of a solution of an oxytetracycline salt, usually oxytetracycline hydrochloride (Terramycin hydrochloride), in a suitable solvent.

It is known that oxytetracycline salts are soluble in a whole series of solvents. For example, oxytetracycline hydrochloride exhibits the following solubilities in the indicated solvents:

| Solvent: | Solubility, mg./cc. |
| --- | --- |
| Absolute ethanol | 12 |
| 95% ethanol | 33 |
| Methanol | 30 |
| Absolute acetone | 2.5 |
| 90% acetone | 53 |
| Propylene glycol | 54 |
| Butanol | 3.3 |
| Dioxan | 5.3 |
| Acetic acid | 300 |
| Water | 1000 |

It is further well known that oxytetracycline salts hydrolyze in aqueous solution, whereby free oxytetracycline partially precipitates out, and that the aqueous solution decomposes and discolors upon standing for a few days. Moreover, the instability of solutions of oxytetracycline compounds, in general, increases with pH and temperature (Goodman and Gilman, supra, page 1379). In particular, the stability of aqueous oxytetracycline hydrochloride solutions decreases rapidly above a pH of 2 and with increasing temperatures; consequently, the stability of aqueous oxytetracycline hydrochloride solutions depends largely upon the pH-value and on the temperature. For example, an aqueous solution of oxytetracycline hydrochloride at room temperature and at a pH-value of 2.5 begins to discolor and oxytetracycline crystals begin to precipitate out after 5 to 7 days of standing. For this reason, oxytetracycline hydrochloride, and for that matter all of the oxytetracycline salts, intended for use in parenteral or topical therapeutic administration are stored separately from the solvent, and the antibiotic is not added to the solvent until just prior to its administration.

Attempts to produce solutions of oxytetracycline salts which are stable over long periods of time and which, at the same time, are safe for therapeutic administration have been made by prior workers in the art, but such at-

2

tempts have always failed because the solutions were not stable or, if sufficiently stable, they contained an insufficient amount of oxytetracycline salt, or because the solvent which did produce stable solutions raised considerable doubts with respect to its pharmacological properties.

It is an object of the present invention to provide stable solutions of oxytetracycline salts which contain a sufficient amount of the antibotic for effective therapeutic administration.

Another object of the present invention is to provide a stable solution of oxytetracycline salts wherein the solvent has no objectionable pharmacological properties.

Other objects and advantages of the present invention will become apparent as the description proceeds.

The above-indicated objects and advantages are achieved if a lower alkyl alcohol ester of lactic acid is used as the solvent for the oxytetracycline salt.

The superior stability of oxytetracycline salt solutions prepared with a lower alkyl alcohol ester of lactic acid as a solvent in accordance with the present invention, as compared to solutions prepared with other solvents, is readily demonstrated by the following comparison:

(1) An unsaturated solution of oxytetracycline hydrochloride in water showed a substantial decrease in activity after standing at room temperature for 5 to 7 days, and after 5 additional days the solution turned brownish-black and opaque.

(2) An unsaturated solution of oxytetracycline hydrochloride in propylene glycol not only showed a substantial decrease of activity after standing for 48 hours at 4° C., but also a distinct discoloration.

(3) A saturated solution of 8.1 gm. oxytetracycline hydrochloride in 100 cc. lactic acid ethyl ester retained its full activity and did not discolor after standing at room temperature for about three months.

(4) 3 gm. oxytetracycline tartrate (M.P. 188–189° C., decomp.) are dissolved in 100 cc. methyl lactate by shaking. This solution retains its full activity after standing at room temperature for several months.

(5) 4 gm. oxytetracycline benzoate (M.P. 189–190° C., decomp.) are dissolved in 100 cc. methyl lactate by shaking during several hours. This solution retains its full activity after standing at room temperature for several months.

(6) 4 gm. oxytetracycline salicylate (M.P. 178–179° C., decomp.) are dissolved in 100 cc. methyl lactate by shaking during several hours. This solution retains its full activity after standing at room temperature for several months.

Oxytetracycline salts are usually administered parenterally and topically in the form of solutions containing about 5 mg. of antibiotic per milliliter; see Goodman and Gilman, supra, pages 1384–1385. Thus, while solutions of oxytetracycline salts containing a therapeutically sufficiently active amount of antibiotic in solvents heretofore used are unstable, the present invention provides a solvent which forms stable solutions of oxytetracycline salts containing more than a sufficient amount of antibiotic.

The solubility of oxytetracycline hydrochloride in methyl lactate is 140 mg./cc. and in ethyl lactate 81 mg./cc.

The stable solutions of oxytetracycline salts in lower alkyl alcohol esters of lactic acid produced in accordance with the present invention may be employed for many different purposes. For example, they may not only be administered parenterally and topically, but also orally.

There are no pharmacological objections against the use of lower alkyl esters of lactic acid as the solvent for oxytetracycline salts. The toxicity of the esters is low and no detrimental effect has been observed even after prolonged use. While it is self-evident that only the lactic acid ethyl ester is suitable for the preparation of

2,909,466

**3**

oxytetracycline salt solutions intended for internal administration, both the lactic acid methyl ester and ethyl ester may be interchangeably used for the preparation of oxytetracycline salt solutions intended for topical administration.

While we have illustrated certain specific examples of our invention, it will be readily apparent to others skilled in the art that the present invention is not limited to these specific examples and that various changes and modifications may be made without departing from the spirit of the invention or the scope of the appended claims.

We claim:

1. A stable pharmaceutical solution consisting of at least about 5 mg. oxytetracycline acid salts per ml. of solution, the solvent phase being a lower alkanol ester of lactic acid selected from the group consisting of methyl lactate and ethyl lactate.

2. A stable pharmaceutical solution consisting of at least about 5 mg. oxytetracycline hydrochloride per ml. of solution, the solvent phase being a lower alkanol ester of lactic acid selected from the group consisting of methyl lactate and ethyl lactate.

3. A stable pharmaceutical solution of claim 1 wherein the lower alkanol acid ester is methyl lactate.

4. A stable pharmaceutical solution of claim 1 wherein the lactic acid ester is ethyl lactate.

5. A stable pharmaceutical solution of claim 2 wherein the lower alkanol lactic acid ester is methyl lactate.

**4**

6. A stable pharmaceutical solution of claim 2 wherein the lower alkanol lactic acid ester is ethyl lactate.

7. A stable pharmaceutical solution consisting of oxytetracycline tartrate in methyl lactate, the proportion of antibiotic being equivalent to at least about 5 mg./ml. of solution when the antibiotic is calculated as oxytetracycline hydrochloride.

8. A stable pharmaceutical solution consisting of oxytetracycline benzoate in methyl lactate, the proportion of antibiotic being equivalent to at least 5 mg./ml. of solution when the antibiotic is calculated as oxytetracycline hydrochloride.

9. A stable pharmaceutical solution consisting of oxytetracycline salicylate in methyl lactate, the proportion of antibiotic being equivalent to at least 5 mg./ml. of solution when the antibiotic is calculated as oxytetracycline hydrochloride.

**References Cited** in the file of this patent

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,803,657 | Ritter | _____ | Aug. 20, 1957 |

FOREIGN PATENTS

| | | | |
|---|---|---|---|
| 201,633 | Australia | _____ | Apr. 28, 1955 |

OTHER REFERENCES

Peter J. Weiss et al.: Antibiotics and Chemotherapy, vol. 7, No. 7, pp. 374–377, July 1957.

# EXHIBIT B-7

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/5584458

# Effects of Ionic Strength, Temperature, and pH on Degradation of Selected Antibiotics

**Article** *in* Journal of Environmental Quality · March 2008

DOI: 10.2134/jeq2007.0230 · Source: PubMed

CITATIONS
314

READS
4,674

4 authors, including:



Keith A Loftin
United States Geological Survey
78 PUBLICATIONS    5,430 CITATIONS

SEE PROFILE

Michael T Meyer
United States Geological Survey
128 PUBLICATIONS    30,837 CITATIONS

SEE PROFILE

Rao Y. Surampalli
Global Institute for Energy, Environment, and Sustainability (GIEES)
656 PUBLICATIONS    25,260 CITATIONS

SEE PROFILE

All content following this page was uploaded by Keith A Loftin on 22 October 2014.

The user has requested enhancement of the downloaded file.

# Effects of Ionic Strength, Temperature, and pH on Degradation of Selected Antibiotics

**Keith A. Loftin*** USGS

**Craig D. Adams** University of Missouri–Rolla

**Michael T. Meyer** USGS

**Rao Surampalli** USEPA

Aqueous degradation rates, which include hydrolysis and epimerization, for chlortetracycline (CTC), oxytetracycline (OTC), tetracycline (TET), lincomycin (LNC), sulfachlorpyridazine (SCP), sulfadimethoxine (SDM), sulfathiazole (STZ), trimethoprim (TRM), and tylosin A (TYL) were studied as a function of ionic strength (0.0015, 0.050, or 0.084 mg/L as $Na_2HPO_4$), temperature (7, 22, and 35°C), and pH (2, 5, 7, 9, and 11). Multiple linear regression revealed that ionic strength did not significantly affect ($\alpha = 0.05$) degradation rates for all compounds, but temperature and pH affected rates for CTC, OTC, and TET significantly ($\alpha = 0.05$). Degradation also was observed for TYL at pH 2 and 11. No significant degradation was observed for LNC, SCP, SDM, STZ, TRM, and TYL (pH 5, 7, and 9) under study conditions. Pseudo first-order rate constants, half-lives, and Arrhenius coefficients were calculated where appropriate. In general, hydrolysis rates for CTC, OTC, and TET increased as pH and temperature increased following Arrhenius relationships. Known degradation products were used to confirm that degradation had occurred, but these products were not quantified. Half-lives ranged from less than 6 h up to 9.7 wk for the tetracyclines and for TYL (pH 2 and 11), but no degradation of LIN, the sulfonamides, or TRM was observed during the study period. These results indicate that tetracyclines and TYL at pH 2 and 11 are prone to pH-mediated transformation and hydrolysis in some cases, but not the sulfonamides, LIN nor TRM are inclined to degrade under study conditions. This indicates that with the exception of CTC, OTC, and TET, pH-mediated reactions such as hydrolysis and epimerization are not likely removal mechanisms in surface water, anaerobic swine lagoons, wastewater, and ground water.

UNMETABOLIZED antibiotics in the aquatic environment have drawn increased attention over the potential connection between antibiotic-resistant infections and human health. In 1999–2000, the U.S. Geological Survey conducted a national stream and ground water reconnaissance study of pharmaceuticals and other wastewater compounds where at least one antibiotic was detected in approximately 50% of the samples analyzed with concentrations generally less than 0.5 μg/L and a maximum concentration of 1.9 μg/L. This study demonstrated a wide-ranging presence of antibiotics in a variety of surface and ground waters (Kolpin et al., 2002).

Agricultural and human inputs are largely responsible for the environmental presence of antibiotics where multiple classes are in use. This study focused on the commonly used veterinary antibiotics chlortetracycline (CTC), oxytetrayacycline (OTC), and tetracycline (TET) which are in the tetracycline class of antibiotics, lincomycin (LNC) which is a lincosamide, sulfachlorpyridazine (SCP), and sulfathioxine (STZ) which are all sulfonamide antibiotics, trimethoprim (TRM) which is an unclassified antibiotic, and tylosin A (TYL) which is a macrolide antibiotic. These compounds possess different physical and chemical properties as well as various modes of antimicrobial action (Loftin et al., 2005; Qiang and Adams, 2004).

The tetracycline class of antibiotics is a combination of naturally derived and synthetically modified anthracycline compounds. CTC, OTC, and TET (Fig. 1a-c) have been the most extensively used compounds in this class and were selected for further study. Known tetracycline class degradates are also shown in Fig. 1a-c. Hydrolysis of OTC and TET has been investigated previously

K.A. Loftin and M.T. Meyer, U.S. Geological Survey, Organic Geochemistry Research Lab., 4821 Quail Crest Place, Lawrence, KS 66049; C.D. Adams, Univ. of Missouri–Rolla, Dep. of Civil, Architectural, and Environmental Engineering, 1870 Miner Circle Dr., Rolla, MO 65401; R. Surampalli, U.S. Environmental Protection Agency-Region 7, P.O. Box 17-2141, Kansas City, KS 66117. Joint contribution of the U.S. Environmental Protection Agency (Project XP99795901-0), U.S. Geological Survey's Toxic Substances Hydrology Program, and infrastructural support from the Environmental Research Center at the Univ. of Missouri-Rolla.

**Abbreviations:** α-apoOTC, α-apooxytetracycline; β-apoOTC, β-apooxytetracycline; A, collision factor; ACTC, anhydrochlortetracycline; ATET, anhydrotetracycline; CAS, chemical abstract service; CTC, chlortetracycline; $E_a$, activation energy; isoCTC, isochlortetracycline; LC, liquid chromatography; LNC, lincomycin; MS, mass spectrometry; MW, molecular weight; OTC, oxytetracycline; pKa, acid dissociation constant; psig, pounds per square inch gauge; SCP, sulfachlorpyridazine; SDM, sulfadimethoxine; SIM, selected ion monitoring; STZ, sulfathiazole; TET, tetracycline; TRM, trimethoprim; TYL, tylosin A; 4-epi-ACTC, 4-epi-anhydrochlortetracycline; 4-epi-ATET, 4-epi-anhydrotetracycline; 4-epi-CTC, 4-epi-chlortetracycline; 4-epi-isoCTC, 4-epi-iso-chlortetracycline; 4-epi-OTC, 4-epi-oxytetracycline; 4-epi-TET, 4-epi-tetracycline.

Copyright © 2008 by the American Society of Agronomy, Crop Science Society of America, and Soil Science Society of America. All rights reserved. No part of this periodical may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Published in J. Environ. Qual. 37:378–386 (2008).
doi:10.2134/jeq2007.0230
Received 7 May 2007.
*Corresponding author (kloftin@usgs.gov).
© ASA, CSSA, SSSA
677 S. Segoe Rd., Madison, WI 53711 USA

by Vej-Hansen and Bundgaard (1978) and Vej-Hansen et al. (1978); however, temperatures in these studies were much higher than those typically encountered in the environment. In addition, data from these studies are not readily amenable to estimation of rate constants at lower temperatures because Arrhenius coefficients are not available.

Tylosin A (Fig. 2) is a 16-membered macrolide antibiotic that is also a naturally derived fermentation product. As is common in fermentations, a mixture of constituents are present where tylosin A is the major constituent. Other compounds often include tylosin B, tylosin C, and tylosin D (Paesen et al., 1995).

Figure 3 shows structures of SCP, SDM, and STZ. Hydrolysis of sulfamethoxazole has been observed by Manzo and Martínez de Bertorello (1978); however, experiments were conducted at a temperature of 100°C or greater in concentrated sulfuric acid where conditions differ substantially relative to those commonly encountered in the environment. Structures of LNC and TRM also are shown in Fig. 3. No studies describing degradation of these compounds by hydrolysis were found in the literature.

The aim of this research was to assess the rate of hydrolysis and other pH-mediated reactions of antibiotics and to estimate their stability in the absence of other removal mechanisms in surface water, ground water, wastewater, and anaerobic swine lagoon slurry. Chlortetracycline (CTC), oxytetracycline (OTC), tetracycline (TET), tylosin A (TYL), lincomycin (LNC), sulfachlorpyridazine (SCP), sulfadimethoxine (SDM), sulfathiazole (STZ), and trimethoprim (TRM) were investigated in aqueous-phosphate buffered systems as a function of ionic strength (0.0015, 0.050, or 0.084 mg/L as $Na_2H\text{-}PO_4$), temperature (7, 22, 35°C), and pH (2, 5, 7, 9, and 11). Correlations of degradation rates were studied as a function of ionic strength, temperature, and pH. Degradation products and isomers were identified when commercially available and were used as confirmation of degradation only.

## Materials and Methods

### Reagents

The following antibiotics were secured from Sigma Chemical (St. Louis, MO): CTC, OTC, TET, TYL, SCP, SDM, STZ, and TRM. LNC was obtained from MP Biomedicals, LLC (formerly ICN Biochemical, Irvine, CA). All tetracycline-class degradates, which included anhydrochlortetracycline (ACTC), 4-epi-anhydrochlortetracycline (4-epi-ACTC), 4-epi-chlortetracycline (4-epi-CTC), isochlortetracycline (isoCTC), 4-epi-oxytetracycline (4-epi-OTC), α-apooxytetracycline (α-apoOTC), β-apooxytetracycline (β-apoOTC), 4-epi-anhydro-

**Structures**

*chlortetracycline (CTC)*
CAS # [64-72-2]
$C_{22}H_{23}ClN_2O_8$
MW: 478.9
pKa: 3.33, 7.55, 9.33 †
MS ions: 479.0, 481.0 ‡

*4-epi-chlortetracycline (4-epi-CTC)*
CAS # [14297-93-9]
$C_{22}H_{23}ClN_2O_8$
MW: 478.9
pKa: unknown
MS ions: 479.0, 481.0, 444.0

*isochlortetracycline (isoCTC)*
CAS # [514-53-4]
$C_{22}H_{23}ClN_2O_8$
MW: 478.9
pKa: unknown
MS ions: 479.0, 481.0, 444.0

*4-epi-iso-chlortetracycline (4-epi-isoCTC)*
CAS # [NA]
$C_{22}H_{23}ClN_2O_8$
MW: 478.9
pKa: unknown
MS ions: 479.0, 481.0, 444.0

*anhydrochlortetracycline (ACTC)*
CAS # [4497-08-9]
MW: 460.9
$C_{22}H_{21}ClN_2O_7$
pKa: unknown
MS ions: 461.0, 444.0

*4-epi-anhydrochlortetracycline (4-epi-ACTC)*
CAS # [NA]
MW: 460.9
$C_{22}H_{21}ClN_2O_7$
pKa: unknown
MS ions: 461.0, 444.0



† Source: Qiang and Adams, 2004.
‡ Monitored mass spectrometer ions (MS), quantifying ion underlined, confirming ions follow.

Fig. 1a. Properties and structures of chlortetracycline and common degradates.

| | Structures |
|---|---|

*oxytetracycline (OTC)*

CAS # [2058-46-0]
$C_{22}H_{24}N_2O_9$
MW: 460.4
pKa: 3.22, 7.46, 8.94 †
MS ions: <u>461.0</u>, 426.1 ‡



*4-epi-oxytetracycline (4-epi-OTC)*

CAS # [35259-39-3]
$C_{22}H_{24}N_2O_9$
MW: 460.4
pKa: unknown
MS ions: <u>461.0</u>, 426.1

*α-apooxytetracycline (α-apoOTC)*

CAS # [18695-01-7]
$C_{22}H_{22}N_2O_8$
MW: 442.4
pKa: unknown
MS ions: <u>444.0</u>, 423.0

*β-apooxytetracycline (β-apoOTC)*

CAS # [18751-99-0]
$C_{22}H_{22}N_2O_8$
MW: 442.4
pKa: unknown
MS ions: <u>444.0</u>, 423.0

† Source:  Qiang and Adams, 2004.
‡ Monitored mass spectrometer ions (MS), quantifying ion underlined, confirming confirming ions (CI) follow.

Fig. 1b. Properties and structures of oxytetracycline and common degradates.

tetracycline (4-epi-ATET), anhydrotetracycline (ATET), and *4-epi*-tetracycline (4-epi-TET), were obtained from Acros Organics (Geel, Belgium). $^{13}C_6$–sulfamethazine was obtained from Cambridge Isotopes (Cambridge, MA) and used as an internal standard. No attempt was made to further purify the antibiotics used in this study. Distilled/deionized water was used for all aqueous solutions. All other chemicals were either high-performance liquid chromatography (HPLC) grade or better or American Chemical Society (ACS) certified, including methanol, acetonitrile, formic acid (99%), sodium monohydrogen phosphate, sodium chloride, hydrochloric acid, sodium hydroxide, and glacial acetic acid (Fisher Scientific, Pittsburgh, PA).

## Experimental Methods

### Antibiotic Standard Mix and Tetracycline-Class Degradate Standard Mixes

Individual antibiotic stock solutions of each compound (CTC, OTC, LNC, SCP, SDM, STZ, TET, TRM, and TYL)

were prepared by dissolving each compound in methanol to give a 1.0 g/L stock solution. Three degradate mixes were made to confirm identification of degradate formation containing *4-epi*-ACTC, *4-epi*-ATET, ATET, and α-apoOTC in degradate mix 1; ACTC, ATET, β-apoOTC, and isoCTC in degradate mix 2; and *4-epi*-CTC, *4-epi*-TET, and *4-epi*-OTC in degradate mix 3. Each compound was at 1.0 g/L in methanol and solutions were stored at −20°C until diluted for use.

### Buffered Systems

Hydrolysis was investigated by varying ionic strength, pH, and temperature. All conditions were replicated in duplicate and reactions were conducted in amber glass bottles (250 mL) with temperature controlled at 7, 22, and 35°C in the absence of light. A 4-mmol $L^{-1}$ aqueous solution of sodium mono-hydrogen phosphate was prepared from autoclaved, deionized, distilled water for all hydrolysis reactions, ionic strength was adjusted with ACS-grade sodium chloride to either 0.0015, 0.050, or 0.084 mg/L as $Na_2HPO_4$, followed by pH adjustment with aqueous hydrochloric acid or with sodium hydroxide solutions to a pH of 2, 5, 7, 9, or 11 to give a total of 90 reactors where the antibiotics were amended as a mixture in each reactor yielding an initial reactor concentration of 2 mg/L for each antibiotic. Ionic strength was calculated based on contributions of $Na_2HPO_4$ and NaCl, while contributions of $Na^+$ and $Cl^-$ from NaOH and HCl used to adjust pH were ignored because the largest contribution was 0.00035% of the total $Na^+$ or $Cl^-$ concentration at pH 2 and therefore should have a negligible influence on ionic strength. Samples were collected daily for 3 wk after the initial addition of antibiotics and were stored frozen at −20°C until analysis. Time, temperature, and pH were recorded during the duration of the study at each sampling.

### Liquid Chromatography Mass Spectrometry (LCMS) Analysis

Antibiotics (20 μL injection) were measured by reverse-phase liquid chromatography (LC) with an Agilent 1100 series LC/MS (Model 1946D, Wilmington, DE) in electrospray positive mode using a Phenomenex Luna 3-μm C18(2) 3.0 × 150-mm column preceded by a Security C18 guard cartridge (Phenomenex, Torrance, CA) at a flow rate of 0.360 mL/min and a column oven temperature of 30°C. A gradient separation was used where mobile-phase A (aqueous 0.3% formic acid solution) and mobile-phase B (100% methanol) were varied over 25 min with a 5-min post-column equilibration. The gradient started at 5% mobile-phase B initially and increased to 100% by 23 min. The MS fragmentor voltage was optimized at 190 V. The quantifying (QI) and confirming ions (CI) are listed in Fig. 1a–c, 2, and 3.

The electrospray source settings were optimized with the

gas temperature adjusted to 350°C, drying gas flow rate at 12.0 L/min, and nebulizer pressure at 35 psig. Data were imported into Target Chromatographic Analysis Software (ThermoQuest Thru-Put software, Orlando, FL) version T4.12 with the T4.13 patch for quantitation. $^{13}C_6$–sulfamethazine (MS ions– QI: 285.0, CI: 186.0) was used as an internal standard. Six-point calibration curves were developed by diluting the previously frozen 2.0 mg/L antibiotic reactor mix at a given ionic strength and pH. Three different antibiotic degradation mixes were used for confirmation of known tetracycline-class degradation products by standard addition in selected samples.

## Determination of Pseudo First-Order Rate Constants, Half-Lives, and Arrhenius Parameters

It is common for hydrolysis reactions to be second order overall and pseudo first-order with respect to the compound of interest. Initially, plots of ln ($C_{AB}$/$C_{AB\,0}$) versus time were developed for each set of conditions (pH, temperature, and ionic strength). Pseudo first-order rate constants were determined by using the slope of a linear fit of ln ($C_{AB}$/$C_{AB\,0}$) versus time for each set of conditions (Eq. [1]). Confidence intervals (CI) were determined at the $\alpha$ = 0.05 level (95% CI).

$$\ln\left(\frac{[C_{AB}]}{[C_{AB\,0}]}\right) = -k'\,t, \tag{1}$$

where $C_{AB\,0}$ = antibiotic concentration at $t$ = 0; $C_{AB}$ = antibiotic concentration at some time ($t$); $k'$ = pseudo first-order rate constant (1/time); and $t$ = time.

Half-life ($t_{1/2}$), by definition, represents the amount of time necessary for a compound to degrade to one-half of its initial concentration. With substitution and rearrangement, Eq. [1] gives

$$t_{1/2} = \frac{\ln 2}{k'}. \tag{2}$$

Half-lives were calculated for each rate constant, and then all individual half-lives were averaged together for a given condition.

Temperature effects on degradation rates were assessed by data reduction with the linearized form of the Arrhenius equation (Eq. [3])

$$-\ln k' = \ln A + \left(\frac{E_a}{R}\right)\left(\frac{1}{T}\right), \tag{3}$$

where $A$ = preexponential factor or collision factor; $E_a$ = experimental activation energy (kJ/K/mol); $R$ = universal gas constant = 8.3141 kJ/K/mol; and T = absolute temperature (°K).

## Statistical Analysis

Linear regressions were conducted using SPSS version 10.0.5 (SPSS, Inc., Chicago, IL) to assess relationships between $k'$,

| | Structures |
|---|---|
| *tetracycline (TET)* | |

CAS # [64-75-5]
$C_{22}H_{24}N_2O_8$
MW: 444.4
pKa: 3.32, 7.78, 9.58
MS ions: 445.0, 428.0

*4-epi-tetracycline (4-epi-TET)*

CAS # [23313-80-6]
$C_{22}H_{24}N_2O_8$
MW: 444.4
pKa: 3.32, 7.78, 9.58
MS ions: 445.0, 428.0

*anhydrotetracycline (ATET)*

CAS # [13803-65-1]
$C_{22}H_{22}N_2O_7$
MW: 426.42
pKa: unknown
MS ions: 427.1, 410.0

*4-epi-anhydrotetracycline (4-epi-ATET)*

CAS # [4465-65-0]
$C_{22}H_{22}N_2O_7$
MW: 426.42
pKa: unknown
MS ions: 427.1, 410.0

† Source: Qiang and Adams, 2004.
‡ Monitored mass spectrometer ions (MS), quantifying ion underlined, confirming ions follow.

Fig. 1c. Properties and structures of tetracycline and common degradates.

ionic strength (I), pH (P), and temperature (T). First- (I, P, T), second- (IP, IT, PT), and third-order interactions (IPT) also were investigated between the three measured independent variables. Correlations were considered statistically significant at $\alpha$ = 0.05. Confidence intervals at 95% ($\alpha$ = 0.05) were calculated for duplicate degradation rates.

# Results and Discussion

## Effect of Ionic Strength on Pseudo First-Order Rate Constants

The pseudo first-order rate constant ($k'$) with respect to antibiotic concentration (degradation rates) was found to lack correlation ($\alpha$ = 0.05) as a function of I for those compounds exhibiting degradation in this study, which included CTC, OTC, TET, and TYL (pH 2 and 11) based on linear regression analysis. From these results, I was eliminated as a variable for calculation of degradation rates, and variation in the data set was treated as dependent on pH and temperature only. This had the result of increasing the number

*tylosin A (TYL)*
[74610-55-2]
$C_{46}H_{77}O_{17}$
MW: 916.7
pKa: 3.31, 7.50
MS ions: 916.3, 742.3

† Source: Qiang and Adams, 2004.
‡ Monitored mass spectrometer ions (MS), quantifying ion underlined, confirming ions follow.

Fig. 2. Properties and structure of tylosin A.

of replicates for a given set of conditions from $n = 2$ to $n = 6$. The remainder of the compounds (LIN, SCP, SDM, STZ, and TRM) did not exhibit any degradation during the timeframe of this study and, therefore, were not subject to statistical analysis.

## Pseudo First-Order Rate Constants and Half-Lives

Average $k$ with 95% confidence intervals ($\alpha = 0.05$) in parentheses and average half-lives ($t_{1/2 \text{ avg}}$) are summarized as a function of pH and temperature in Tables 1 and 2 for CTC, OTC, TET, and TYL (pH 2 and 11). In general, degradation occurred according to the following trend CTC ≥ OTC > TET (Table 1 and Fig. 4). Literature values for OTC degradation seem slightly longer from this study when compared with Pouliquen et al. (2007) who reported half-lives of 59, 51, and 51 d at 8°C buffered around neutral pH in deionized water, freshwater, and seawater, respectively. In the study reported herein, half-lives were 23 (pH 5), 26 (pH 7), and 43 d (pH 9) at 7°C (Table 1). Hydrolysis of TYL was observed at all study temperatures for pH 2 and at 22 and 35°C for pH 11 with half-lives less than 6 h for all three temperatures for pH 2, and half-lives of 40 and 21 h for pH 11.

## Effects of Temperature on Degradation Rates

Regression analysis of degradation rates within a pH value for each compound exhibiting degradation was conducted and showed a statistically significant positive correlation with temperature with average adjusted correlation coefficients of 0.99 (CTC), 0.96 (OTC), and 0.97 (TET) as calculated by SPSS. Arrhenius parameters were determined as described by Eq. [3] for CTC, OTC, and TET and summarized in Table 2 as a function of pH. $R^2$ values listed in Table 2 are correlation coefficients of the regression for determination of Arrhenius parameters. Data in Table 2 indicates a temperature dependence with respect to degradation rate for CTC, OTC, and TET as was expected because the number of molecular collisions (and therefore reactivity) increases as a function of temperature according to kinetic theory (Leffler and Grunwald, 1963). In general, Arrhenius parameters ($E_a$ and A) are comparable in magnitude for a given pH for the tetracyclines. Degradation of TYL at pH 2 was too rapid to measure degradation rates based on this experimental design. Additionally, 95% CI values for TYL at pH 11 were large enough that degradation rates were not significantly different and therefore the data does not lend itself to a clear interpretation.

Hydrolysis of LIN, SCP, SDM, STZ, and TRM was not expected because these compounds did not possess structural features (Fig. 3) that can be readily hydrolyzed at the temperatures relevant to environmental conditions. Amide (LIN) and sulfonamide (SCP, SDM, and STZ) type linkages typically are recalcitrant to hydrolysis at lower temperatures and require higher concentrations of strong acids or bases than may be encountered in the environment. Furthermore, the sulfonamide functionality is usually more difficult to hydrolyze than the amide functionality due to steric and electronic effects (Morrison and Boyd, 1983). Specifically, hydrolysis studies of clindamycin, which is in the same antibiotic class as lincomycin having a chlorine atom in place of a hydroxyl group, have exhibited less than 10% degradation over 2 yr from pH values ranging between 1 and 6.5 at 25°C. Lincomycin was one of the degradation products observed and found to be the predominant product over time at pH values greater than 5, indicating that lincomycin like clindamycin is stable as well (Oesterling, 1970). Additionally, Manzo and Martínez de Bertorello (1978) showed that two sulfaisoxazole derivatives underwent hydrolysis of the sulfamide bond or the isoxazole ring at sulfuric acid concentrations (35–80% by weight) at temperatures of 79°C or greater. Extrapolation of this data suggests that at 35°C the faster degrading derivative would have a half-life of approximately 8 d in 70% sulfuric acid (Manzo and Martínez de Bertorello, 1978). Two other studies subjected honey samples to acidic hydrolysis conditions to release the conjugated sugars from the sulfonamides present (10% trichlo-

roacetic acid, 63°C, for 60 min– Verzengnassi et al. (2002), and 2 mol L$^{-1}$ HCl, 45 min, room temperature– Maudens et al., 2004) with no mention of degradation of the sulfonamides. Trimethoprim does not possess any hydrolyzeable groups or substituted amino groups that could epimerize.

## Effects of pH on Degradation Rates

In general, CTC degrades more quickly than OTC, and OTC degrades more quickly than TET for pH 7 through 11. At pH 5, OTC degrades more quickly than CTC or TET, and degradation rates for CTC and TET are roughly equivalent. Degradation rates for CTC and TET are approximately equal at pH 2 with OTC being slightly more stable (Table 1). Figure 4 is a visual representation of this phenomenon where the degradation rate of CTC and OTC are normalized against the degradation rate of TET as a function of pH at 22°C. It is interesting to note that the activation energy increases proportional to pH to approximately pH 7 and then either decreases slightly or plateaus (Table 2). It is suspected that this results from a change in the predominant reaction pathway from acidic pH values versus neutral and basic pH values.

There are a variety of complex physicochemical interactions taking place in the tetracycline antibiotics that make it difficult to determine from this study which forces are responsible for variations in reactivity. Structurally, tetracycline can be considered the base structure for this group of compounds with CTC having a chlorine atom attached at the 10 position of the D ring and OTC having a hydroxyl group attached at the 6 position of the B ring (Fig. 1a-c). It is suspected that reactivity is affected for these three antibiotics by the presence of the substitutions of Cl (R$_1$) and OH (R$_2$) for CTC and OTC, respectively, versus hydrogen in both positions for TET. These substitutions may directly change the acidity or basicity of the reactive site on the molecule, induce steric hindrance, or enhance or detract from the cross-conjugated systems present in the tetracycline class of antibiotics. It is also possible that the changes in pH cause changes in structural conformation that leads to steric hindrance at the reactive centers (Morrison and Boyd, 1983; Mayr and Ofial, 2005). Therefore, this hindrance would be responsible for different reaction pathways becoming more energetically favorable as a function of pH. Additionally, with three acid dissociation constants (pKa), the tetracyclines have two to three reactive species with various degrees of ionization present depending on pH and temperature (Qiang and Adams, 2004).

In a more general sense, it is known that different degradation pathways dominate under acidic versus basic conditions for the tetracyclines (Halling-Sørensen et al., 2002), and there-

| | Structures |
|---|---|
| *lincomcyin (LNC)*<br><br>CAS # [859-18-7]<br>$C_{18}H_{34}N_2O_6S$<br>MW: 406.5<br>pKa: 7.79 ‡<br>MS ions: <u>407.2</u>, 359.2 | |
| *sulfachlorpyradizine (SCP)*<br><br>CAS # [80-32-0]<br>$C_{10}H_9ClN_4O_2S$<br>MW: 284.7<br>pKa: 1.87, 5.45<br>MS ions: <u>285.0</u>, 156.1 | |
| *sulfadimethoxine (SDM)*<br><br>CAS # [122-11-2]<br>$C_{12}H_{13}N_4O_4S$<br>MW: 310.1<br>pKa: 2.13, 6.08 †<br>MS ions: <u>311.0</u>, 186 or 156? ‡ | |
| *sulfathiazole (STZ)*<br><br>CAS # [72-14-0]<br>$C_9H_8N_3O_2S_2$<br>MW: 255.3<br>pKa: 2.01, 7.11<br>MS ions: <u>256.0</u>, 156.1 | |
| *trimethoprim (TRM)*<br><br>CAS # [738-70-5]<br>$C_{14}H_{18}N_4O_3$<br>MW: 290.3<br>pKa: 3.23, 6.76<br>MS ions: <u>291.2</u>, 275.1 | |

† Source: Qiang and Adams, 2004.
‡ Monitored mass spectrometer ions (MS), quantifying ion underlined, confirming ions follow.

Fig. 3. Properties and structures of other selected veterinary antibiotics studied.

fore, it is expected that reaction rates and activation energies would be affected because different transition states would occur. Similar tetracycline-class degradates were observed in this study as a function of pH and have been reported previously in the literature (Halling-Sørensen et al., 2002, 2003; Loke et al., 2003). The epimerization of the dimethylamino group, which is a pH-mediated reaction, attached to position 4 of the A ring was the initial degradation product for CTC and TET and to a lesser extent for OTC. Further degradation of both the

Table 1. Pseudo-first-order rate contants ($k'$) and half-lives ($t_{1/2}$) for chlortetracycline, oxytetracycline, tetracycline, and tylosin A as a function of pH and temperature.

| | | pH | | | |
|---|---|---|---|---|---|
| | | 2 | 5 | 7 | 9 | 11 |
| **Chlortetracycline (CTC)** | | | | | | |
| 7°C | $k'$† | 7.5 (± 3.2)‡ | 7.1 (± 5.1) | 16.9 (± 3.7) | >1155.3§ | >1155.3 |
| | $t_{1/2}$¶ | 931 | 1158 | 429 | <6 | <6 |
| 22°C | $k'$ | 22.7 (± 9.3) | 24.1 (± 4.7) | 505.0 (± 278.0) | >1155.3 | >1155.3 |
| | $t_{1/2}$ | 318 | 293 | 16 | <6 | <6 |
| 35°C | $k'$ | 39.7 (± 14.6) | 57.0 (± 10.4) | >1155.3 | >1155.3 | >1155.3 |
| | $t_{1/2}$ | 201 | 125 | <6 | <6 | <6 |
| **Oxytetracycline (OTC)** | | | | | | |
| 7°C | $k'$ | 4.3# | 12.4 (± 1.8) | 11.3 (± 3.3) | 7.0 (± 1.9) | 24.5 (± 8.3) |
| | $t_{1/2}$ | 1627 | 559 | 631 | 1037 | 301 |
| 22°C | $k'$ | 6.7 (± 2.0) | 41.4 (± 7.6) | 206.0 (± 132.0) | 45.3 (± 5.8) | 216.3 (± 64.0) |
| | $t_{1/2}$ | 1052 | 171 | 41 | 155 | 34 |
| 35°C | $k'$ | 13.3 (± 3.0) | 167.0 (± 15.9) | 437.0 (± 185.9) | 179.5 (± 13.2) | 393.0 (± 97.0) |
| | $t_{1/2}$ | 542 | 42 | 19 | 39 | 19 |
| **Tetracycline (TET)** | | | | | | |
| 7°C | $k'$ | 7 | 10.2 (± 2.3) | 6.2 (± 1.4) | 6.0 (± 1.5) | 9.7 (± 2.6) |
| | $t_{1/2}$ | 990 | 682 | 1114 | 1150 | 711 |
| 22°C | $k'$ | 23.1 (± 6.2) | 19.6 (± 5.8) | 59.6 (± 27.3) | 30.0 (± 6.8) | 52.4 (± 2.6) |
| | $t_{1/2}$ | 306 | 354 | 116 | 231 | 132 |
| 35°C | $k'$ | 39.9 (± 7.3) | 42.3 (± 10.5) | 109.9 (± 32.5) | 100.7 (± 20.0) | 110.0 (± 8.0) |
| | $t_{1/2}$ | 178 | 164 | 63 | 69 | 63 |
| **Tylosin A (TYL)** | | | | | | |
| 7°C | $k'$ | >1155.3 | Ndeg†† | NDeg | NDeg | NDeg |
| | $t_{1/2}$ | <6 | | | | |
| 22°C | $k'$ | >1155.3 | NDeg | NDeg | NDeg | 171.5 (± 82.6) |
| | $t_{1/2}$ | <6 | | | | 40 |
| 35°C | $k'$ | >1155.3 | NDeg | NDeg | NDeg | 331.0 (± 190.5) |
| | $t_{1/2}$ | <6 | | | | 21 |

† Pseudo-first order rate constants (1/hours). Values listed should be multiplied by $10^{-4}$ to obtain pseudo-first order rate constants.

‡ Values in parentheses are confidence levels (α = 0.05).

§ Pseudo-first order rate constants were estimated to be greater than a value based on complete degradation within 12 h.

¶ Half-lives (hours) were calcuated from pseudo-first order rate constants.

# $n = 1$, therefore no confidence interval was calculated.

†† Ndeg- No degradation was observed and therefore no half-life was calculated.

parent compounds (CTC and TET) and their epimers under acidic conditions leads to dehydration of the anhydro- or *4-epi*-anhydro- constituent (Khan et al., 1990; Halling-Sørensen et al., 2002). However, OTC has not been observed to form stable anhydro structures, but instead has been reported to form α- and β- apoOTC's (Khan et al., 1992; Halling-Sørensen et al., 2003; Loke et al., 2003). Alkaline conditions degrade the CTC, OTC, and TET and their epimers to the corresponding *iso*- or *4-epi-iso*- compound (Khan et al., 1990, 1992; Halling-Sørensen et al., 2002, 2003; Loke et al., 2003).

Hydrolysis was observed at pH 2 and 11 for TYL, but not at 5, 7, or 9. No tylosin was measured in the first sample at pH 2 indicating complete degradation in less than 12 h. Paesen et al. (1995) observed that tylosin A hydrolysis (60°C) occurred much more readily as acidity or basicity increased with $t_{1/2}$ on the order of 11 to 20 d at pHs of 6 to 8, 0.25 h at pH 2, and 7.40 h at

pH 11, which seems consistent with the results presented here considering the temperature differential in each study.

## Potential Hydrolysis in Surface Water, Anaerobic Swine Lagoons, Wastewater, and Ground Water

Surface water, anaerobic swine lagoons, wastewater, and ground water affected by surface recharge typically have temperatures that range from 0 to 35°C and perhaps higher in tropical locations where pH values commonly range from 6 to 8.5 (Freeze and Cherry, 1979; Hem, 1986; Do et al., 2003; Loftin et al., 2005; Loftin, 2006). On the basis of hydrolysis results from this study, the slowest hydrolysis rates tend to occur around neutral pH, and therefore, it is unlikely that hydrolysis of LNC, sulfonamides, TYL, or TRM would be an important degradation mechanism. CTC, OTC, and TET, however, may be degraded under these same conditions, although complexation with certain buffers has been reported to have a catalytic effect on epimerization rates of OTC and TET (Vej-Hansen and Bundgaard, 1978; Vej-Hansen et al., 1978). Conversely, Lambs et al. (1988) has shown that complexation with calcium and magnesium cations inhibit epimerization of several tetracyclines.

Loke et al. (2000) indicated that TYL degrades mostly to tylosin B with minor amounts of tylosin D in swine manure amended microcosms (pH 6 to 8); however, it is not clear whether this occurred by an abiotic or biotic mechanism or both. Previous research by Loftin (2006) showed mixed results regarding abiotic degradation of LIN, OTC, STZ, and TYL in swine manure microcosms from two different anaerobic swine lagoons. Degradation was observed in both lagoons for TYL with $t_{1/2}$ values on the order of 15 d; no degradation was observed in either lagoon for STZ. However, abiotic degradation was observed in only one of the study lagoons for LIN and OTC with $t_{1/2}$ values on the order of 100 d and 15 d, respectively, with comparable pH (7.4 and 7.9) and temperature (10.0 and 6.0°C) values between both study lagoons. These results suggest that other abiotic mechanisms besides hydrolysis in addition to biotic mechanisms are involved in degradation of these antibiotics when compared with this study's hydrolysis rates (i.e., oxidation/reduction, sorption, catalysis).

Table 2. Arrhenius parameters as a function of pH for CTC, OTC, and TET.

| | pH | | | | |
|---|---|---|---|---|---|
| | 2 | 5 | 7 | 9 | 11 |
| **Chlortetracycline (CTC)** | | | | | |
| $E_a$(KJ/mol) | 41.65 | 55.18 | 91.78 | NC† | NC |
| A (1/h) | $4.57 \times 10^4$ | $1.31 \times 10^7$ | $3.54 \times 10^{14}$ | | |
| $R^2$ | 0.98 | 1.00 | 0.86 | | |
| **Oxytetracycline (OTC)** | | | | | |
| $E_a$(KJ/mol) | 28.35 | 66.05 | 93.56 | 83.82 | 72.50 |
| A (1/h) | $7.83 \times 10^1$ | $2.38 \times 10^9$ | $3.91 \times 10^{14}$ | $2.97 \times 10^{12}$ | $9.34 \times 10^{10}$ |
| $R^2$ | 0.96 | 0.99 | 0.94 | 1.00 | 0.94 |
| **Tetracycline (TET)** | | | | | |
| $E_a$(KJ/mol) | 44.72 | 35.85 | 74.21 | 72.28 | 64.24 |
| A (1/h) | $1.61 \times 10^5$ | $4.68 \times 10^3$ | $5.07 \times 10^{10}$ | $1.79 \times 10^{10}$ | $9.48 \times 10^8$ |
| $R^2$ | 0.98 | 0.98 | 0.95 | 1.00 | 0.98 |

† NC, not calculated since complete degradation occurred before first sampling after time = 0.

## Conclusions

In general, half-lives of CTC, OTC, TET, and TYL (pH 2 and 11) are on the order of hours to 9.7 wk, whereas LNC, SCP, SDM, STZ, and TYL (pH 5, 7, and 9) are much more stable in the range of aqueous solutions addressed in this study. Degradation generally followed the trend CTC ≥ OTC > TET. Epimerization was the dominant initial transformation process for CTC and TET; however, further degradation was indicated by the continued disappearance of the parent compound and a relatively constant ratio between the parent compound and its respective epimer representing equilibrium. If the epimer had been the stopping point of the degradation pathway, then the concentration of the parent compound would have remained constant once equilibrium was reached. The lifetime of the epimer is important because it can readily convert back to the more biologically active parent form and, therefore, warrants additional study to determine the lifetime of the respective epimers. Other intermediate degradation products of CTC also were observed with time and included anhydrochlortetracycline, isochlortetracycline, and their epimers. Similar products also were observed for tetracycline. On the basis of the results from this study, hydrolysis of LNC, sulfonamides, TYL, and TRM is not expected in surface water, ground water, or anaerobic lagoons. In contrast, the tetracyclines tend to degrade quite rapidly under conditions similar to those encountered in natural water and lagoons.

## Acknowledgments

The authors would like to express their appreciation for the help of two undergraduate assistants, John Akin and Tito Martinez, from the Univ. of Kansas (Lawrence), and Dr. Jacque Gibbons, Kansas State Univ. (Manhattan), for valuable discussions on the statistical treatment of this data set. Any use of trade, product, or firm names in this paper is for descriptive purposes only and does not imply endorsement by the U.S. Government.



Fig. 4. Comparison of rates of degradation of chlortetracycline (CTC) and oxytetracycline (OTC) normalized against the rate of degradation of tetracycline (TET) as a function of pH at 22°C.

## References

Do, Y.S., T.M. Schmidt, J.A. Zahn, E.S. Boyd, A.A. de la Mora, and A. DiSpirito. 2003. Role of *Rhodobacter* sp. Strain PS9, a purple non-sulfur photosynthetic bacterium isolated from an anaerobic swine waste lagoon, in odor remediation. Appl. Environ. Microbiol. 69:1710–1720.

Freeze, R.A., and J.A. Cherry. 1979. Ground water. Prentice Hall, Englewood Cliffs, NJ.

Halling-Sørensen, B., A. Lykkeberg, F. Ingerslev, P. Blackwell, and J. Tjørnelund. 2003. Characterization of the abiotic degradation pathways of oxytetracyclines in soil interstitial water using LC-MS-MS. Chemosphere 50:1331–1342.

Halling-Sørensen, B., G. Sengeløv, and J. Tjørnelund. 2002. Toxicity of tetracyclines and tetracycline degradation products to environmentally relevant bacteria, including selected tetracycline-resistant bacteria. Arch. Environ. Contam. Toxicol. 42:263–271.

Hem, J.D. 1986. Study and interpretation of the chemical characteristics of natural water. 3rd ed. U.S. Geol. Surv. Water-Supply Paper 2254. USGS, Washington, DC.

Khan, N.H., C. Hendrix, J. Hoebus, R. Busson, E. Roets, and J. Hoogmartens. 1992. Analysis of purified samples of oxytetracycline, 4-epioxytetracycline, α-apooxytetracycline, and β-apooxytetracycline. Janssen Chim. Acta 10:16–21.

Khan, N.H., C. Hendrix, J. Hoebus, E. Roets, and J. Hoogmartens. 1990. Analysis of purified samples of the hydrochloride salt of tetracycline, 4-epitetracycline, anhydrotetracycline, and 4-epianhydrotetracycline. Janssen Chim. Acta 8:26–30.

Kolpin, D.W., E.T. Furlong, M.T. Meyer, E.M. Thurman, S.D. Zaugg, L.B. Barber, and H.T. Buxton. 2002. Pharmaceuticals, hormones, and other organic wastewater contaminants in U.S. streams, 1999–2000: A national reconnaissance. Environ. Sci. Technol. 36:1202–1211.

Lambs, L., B. Decock-Le Révérend, H. Kozlowski, and G. Berthon. 1988. Metal ion-tetracycline interactions in biological fluids: IX. Circular dichroism spectra of calcium and magnesium complexes with tetracycline, oxytetracycline, doxycycline, and chlortetracycline and discussion of their binding modes. Inorg. Chem. 27:3001–3012.

Leffler, J.E., and E. Grunwald. 1963. Rates and equilibria of organic reactions as treated by statistical, thermodynamic, and extrathermodynamic methods. Dover Publ., New York.

Loftin, K.A. 2006. The effects and fate of selected veterinary antibiotics in two Missouri anaerobic swine lagoons. Ph.D. diss. Univ. of Missouri, Rolla, MO.

Loftin, K.A., C. Henny, C.D. Adams, R. Surampali, and M.R. Mormile. 2005. Inhibition of microbial metabolism in anaerobic lagoons by selected sulfonamides, tetracyclines, lincomycin, and tylosin tartrate. Environ. Toxicol. Chem. 24:782–788.

Loke, M.-L., F. Ingerslev, B. Halling-Sørensen, and J. Tjørnelund. 2000. Stability of tylosin A in water containing test systems determined by high performance liquid chromatography. Chemosphere 40:759–765.

Loke, M.-L., S. Jespersen, R. Vreeken, B. Halling-Sørensen, and J. Tjørnelund. 2003. Determination of oxytetracycline and its

degradation products by high-performance liquid chromatography-tandem mass spectrometry in manure-containing anaerobic test systems. J. Chromatogr. B 783:11–23.

Manzo, R.H., and M. Martínez de Bertorello. 1978. Isoxazoles: IV. Hydrolysis of sulfonamide isoxazole derivatives in concentrated sulfuric acid solutions. A new treatment of the medium effects on protonation equilibria and reaction rates. J. Org. Chem. 43:1173–1177.

Maudens, K.E., G.-F. Zhang, and W.E. Lambert. 2004. Quantitative analysis of twelve sulfonamides in honey after acidic hydrolysis by high-performance liquid chromatography with post-column derivitization and fluorescence detection. J. Chromatogr. A. 1047:85–92.

Mayr, H., and A.R. Ofial. 2005. Kinetics of electrophile-nucleophile combinations: A general approach to polar organic reactivity. Pure Appl. Chem. 77:1807–1821.

Morrison, R.T., and R.N. Boyd. 1983. Organic chemistry. 4th ed. Allyn and Bacon, Boston.

Oesterling, T. 1970. Aqueous stability of clindamycin. J. Pharm. Sci. 59:63–67.

Paesen, J., W. Cypers, K. Pauwels, E. Roets, and J. Hoogmartens. 1995. Study of the stability of tylosin A in aqueous solutions. J. Pharm.

Biomed. Anal. 13:1153–1159.

Pouliquen, H., R. Delépée, M. Larhantec-Verdier, M.-L. Morvan, and H. Le Bris. 2007. Comparative hydrolysis and photolysis of four antibacterial agents (oxytetracycline, oxolinic acid, flumequine, and florfenicol) in deionized water, freshwater, and seawater under abiotic conditions. Aquaculture 262:23–28.

Qiang, Z., and C. Adams. 2004. Potentiometric determination of acid dissociation constants ($pK_a$) for human and veterinary antibiotics. Water Res. 38:2874–2890.

Vej-Hansen, B., and H. Bundgaard. 1978. Kinetic study of factors affecting the stability of tetracycline in aqueous solution. Arch. Pharm. Chem. Sci. 6:201–214.

Vej-Hansen, B., H. Bundgaard, and B. Kreilgård. 1978. Kinetics of degradation of oxytetracycline in aqueous solution. Arch. Pharm. Chemi. Sci. 6:151–163.

Verzengnassi, L., M.-C. Savoy-Perroud, and R.H. Stadler. 2002. Application of liquid chromatography-electrospray ionization tandem mass spectrometry to the detection of 10 sulfonamides in honey. J. Chromatogr. A. 977:77–87.

View publication stats

# EXHIBIT B-8

Disease Control and Pest Management

# Evaluation of the Spatiotemporal Dynamics of Oxytetracycline and Its Control Effect Against Citrus Huanglongbing via Trunk Injection

Jiahuai Hu and Nian Wang

Citrus Research and Education Center, Department of Microbiology and Cell Science, Institute of Food and Agricultural Sciences, University of Florida, Lake Alfred.
Accepted for publication 30 June 2016.

## ABSTRACT

Hu, J., and Wang, N. 2016. Evaluation of the spatiotemporal dynamics of oxytetracycline and its control effect against citrus huanglongbing via trunk injection. Phytopathology 106:1495-1503.

Citrus huanglongbing (HLB) or greening is a devastating bacterial disease that has destroyed millions of trees and is associated with phloem-residing 'Candidatus Liberibacter asiaticus' (Las) in Florida. In this study, we evaluated the spatiotemporal dynamics of oxytetracycline in planta and its control effect against HLB via trunk injection. Las-infected 'Hamlin' sweet orange trees on 'Swingle' citrumelo rootstock at the early stage of decline were treated with oxytetracycline hydrochloride (OTC) using trunk injection with varying number of injection ports. Spatiotemporal distribution of OTC and dynamics of Las populations were monitored by high-performance liquid chromatography method and qPCR

assay, respectively. Uniform distribution of OTC throughout tree canopies and root system was achieved 2 days postinjection. High levels of OTC (>850 µg/kg) were maintained in leaf and root for at least 1 month and moderate OTC (>500 µg/kg) persisted for more than 9 months. Reduction of Las populations in root system and leaves of OTC-treated trees were over 95% and 99% (i.e., 1.76 and 2.19 log reduction) between 2 and 28 days postinjection. Conditions of trees receiving OTC treatment were improved, fruit yield was increased, and juice acidity was lowered than water-injected control even though their differences were not statistically significant during the test period. Our study demonstrated that trunk injection of OTC could be used as an effective measure for integrated management of citrus HLB.

Additional keywords: bactericide, antimicrobial, citrus disease control.

Huanglongbing (HLB) or greening is one of the most devastating diseases of citrus in Florida and worldwide (Gottwald et al. 2007). The causal agent is phloem-residing 'Candidatus Liberibacter asiaticus' (Las), which is yet to be cultured (Bové 2006). Las is transmitted by Asian citrus psyllid (ACP, Diaphorina citri) (Halbert and Manjunath 2004). This destructive pathogen affects all citrus cultivars by disrupting flow of nutrients and thereby causing rapid tree decline. HLB weakens root system, increases early fruit abscission and ultimately causes high tree mortality. Since its first discovery in South Florida in 2005, HLB has spread to all major production areas of the state and the economic loss exceeded 3.6 billion dollars (Boina and Bloomquist 2015; Gottwald et al. 2012; Stansly et al. 2014). Currently, more than 80% of citrus trees in Florida have been infected by Las and there is no cure for HLB. Integrated management for HLB control has been ineffective and costly. Genetic and transgenic approaches to modify citrus host (Hajeri et al. 2014; Mirkov and Gonzalez-Ramos 2013) and ACP (Marutani-Hert et al. 2010), which offer great promise for mitigating the HLB problem, are far away from application. Commercial adoption of GMO products takes many years, if not decades, of rigorous field testing and lengthy deregulation process. In the absence of host resistance, to keep existing Las-infected citrus alive and productive requires large reduction of Las populations or long-lasting suppression of bacterial growth. Bactericides such as streptomycin and oxytetracycline (OTC) have such potential and are used extensively in agriculture to control phytopathogenic bacteria on a variety of economically important crops including fruit trees, ornamentals and vegetables (Christiano et al. 2010; Kumar et al. 2005; McCoy 1976; McManus et al. 2002). Recently, under the Emergency Exemptions provisions of Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), Florida

has declared an HLB crisis that allows use of the following bactericide: streptomycin sulfate (FireWal 50WP, AgroSource, Inc.), oxytetracycline hydrochloride (FireLine 17WP, AgroSource, Inc.), and oxytetracycline calcium complex (Mycoshield, Nufarm Americas, Inc.) in foliar applications to enhance the overall tree health of HLB-diseased trees in Florida citrus groves.

OTC is a member of tetracycline bactericide that inhibits bacterial protein biosynthesis by binding reversibly to the ribosomes (Goodman 1959). More than 10 tons of OTC are applied annually in several states of the United States (McManus et al. 2002). While a small fraction was used for bacterial disease management on vegetables, the majority of OTC is used to control Xanthomonas arboricola on peach and nectarine, Erwinia amylovora on pear, and in particular streptomycin-resistant isolates of E. amylovora on apple (Christiano et al. 2010; McManus et al. 2002). Well-timed applications of OTC are carried out by foliar spray onto tree canopies at rates of 100 to 200 µg/ml during bloom. Once deposited on leaf surface, OTC did not appear to enter leaf tissue (Christiano et al. 2010). Consequently, OTC protects trees by inhibiting bacterial growth on the surface of plant tissues prior to infection. A study of OTC dynamics on peach leaves by Christiano et al. (2010) showed that its residue activity decreased sharply by 77.8, 92.1, and close to 100% within 2, 4, and 7 days after application, indicating high vulnerability for quick degradation in aqueous solution under natural sunlight (Christiano et al. 2010; Maia et al. 2009; Sanderson et al. 2005). Moreover, rainfall washed 60 to 80% of OTC residue off leaves within 5 min (Bernstein 1991; Christiano et al. 2010). These limitations associated with foliar spray of OTC led to reduced efficacy, frequent reapplication, and risky environment contamination. It is possible that OTC will have the same trouble in entering citrus leaves for HLB control (Christiano et al. 2010; McCoy 1976) to suppress phloem-residing Las, thus limiting its control effect when sprayed. This scenario justifies investigation into alternative application methods to improve the efficacy of application, and to reduce the negative effect of OTC on the environment.

Corresponding author: N. Wang; E-mail address: nianwang@ufl.edu

http://dx.doi.org/10.1094/PHYTO-02-16-0114-R
© 2016 The American Phytopathological Society

Trunk injection represents a target-precise and environmental friendly method for delivery of chemicals and nutrients directly into plants. Tree injection is used in landscape tree care for treating tree pests and nutrient deficiency (Guillot and Bory 1997; Kielbaso et al. 1978). Due to xylem's quick and high capacity of translocation, it has been demonstrated that trunk injection of therapeutic compounds is a better alternative approach to control phytoplasma, bacteria, fungi, nematodes, and insects on numerous trees species (Aćimović et al. 2015; Aubert and Bove 1980; Buitendag and Bronkhorst 1980; Byrne et al. 2012; Guillot and Bory 1997; Jansson and Rabatin 1997; Keil 1979; McCoy 1976; Percival and Boyle 2005; Tanis et al. 2012; Timmer et al. 1985). In contrast, foliar spray creates excessive drift, has limited reach, and leads to exposure to off-target organisms despite its easiness in application. Similarly, soil drench has a number of limitations such as slower action, microbial degradation, requirement of higher amount of product or repeated application, and negative impact on off-target organisms. McCoy (1976) demonstrated that there was no OTC uptake following foliar spray or soil drench on coconut palm (McCoy 1976).

The long-distance movement of trunk-injected therapeutic compounds within xylem or phloem is affected by numerous factors including compound properties, tree physiology, xylem architecture, and environmental conditions. The mode of translocation (i.e., xylem, phloem, or both) is largely determined by physicochemical properties of the compounds including polarity, molecular weight, and water solubility (Hsu et al. 1988; Kleier 1994). Pesticide formulation had a significant impact on the uptake and transport of the molecules (Mendel 1998; Aćimović et al. 2014). Most of tree species exhibited sectored sap flow due to specific xylem vessel elements connecting given branches or integrated vessel elements connecting several branches (Byrne et al. 2012; Orians et al. 2004). This led to concerns of uneven distribution of injected compounds throughout tree canopies, potential phytotoxicity due to overdose, and thus variable control effect. For example, sectored "zigzag" xylem pattern was responsible for sectored flow distribution of imidacloprid in ash trees (Tanis et al. 2012). Aćimović et al. (2014) found that a minimum of four injection ports were required to achieve uniform spatial distribution of imidacloprid in apple tree canopies.



**Fig. 1.** Port and sampling schematic of 5-year-old 'Hamlin' sweet orange on 'Swingle' citrumelo rootstock trees that were trunk injected with oxytetracycline hydrochloride (OTC) at 2 g of active ingredient/tree. **A,** A total of 600 ml of OTC solution was injected as follows: (a1) one port (600 ml), (a2) two ports (300 ml for each port), (a3) three ports (200 ml for each port), and (a4) four ports (150 ml for each port). **B,** The first injection port was always located 30 cm below the bottom branch b1 and additional ports were anchored with equal space among them on the trunk. Tissue samples of shoots, flowers, fruits, and leaves were collected from four branches labeled as b1, b2, b3, and b4. **C,** Canopy samples (c1 and c2) and root samples (c3) were also collected from **D,** four quadrants. U, upper level of the canopy; L, lower level of the canopy; NW, northwestern; NE, northeastern; SW, southwestern; SE, southeastern; and R, root.

Trunk injection of bactericide was evaluated for HLB control in Asia and South Africa (Aubert and Bove 1980; Moll and van Vuuren 1977; Vanvuuren et al. 1977; Zhao 1981). The information on trunk injection of bactericide for control of pathogens or pests on citrus remains limited due to the high costs associated with injection technology which was designed primarily for landscape use where high labor costs can be met by the market needs. Those pioneering tests did not provide detailed information about the dynamic distribution of bactericide in planta and antimicrobial effect. Over three decades ago, trunk injection was used to investigate the causes of citrus blight by injecting bactericide and fungicides into blight-affected trees (Lee et al. 1982; Timmer et al. 1985). Several bactericides including OTC have been found highly effective against Las in greenhouse studies (Zhang et al. 2014; Zhang et al. 2012). However, it is not clear whether similar high level activity against Las could be observed on fruit-bearing trees under natural field conditions. Due to partial effectiveness of current control measures, development and use of bactericides is highly needed for the survival of Florida citrus industry. The goal of this study was to evaluate the effectiveness of trunk-injected OTC on saving Las-infected trees under natural field conditions. Our specific objectives were to (i) quantify the spatiotemporal dynamics of OTC concentration throughout citrus tree canopies and root system; (ii) assess the variation in OTC concentration among tree tissues including fruit; (iii) determine the minimum number of injection ports required for a uniform distribution of OTC in trunk-injected trees; and (iv) investigate the effect of trunk-injected OTC on suppression of Las populations, fruit drop, yield, and quality.

## MATERIALS AND METHODS

**Reagents and standard solutions for high-performance liquid chromatography (HPLC) analysis.** HPLC grade oxytetracycline hydrochloride, methanol, and hexane were purchased from Sigma (St. Louis, MO). Analytical reagent grade sodium acetate, calcium chloride, disodium EDTA, citric acid, disodium hydrogen phosphate, sodium hydroxide, and hydrochloride acid were obtained from Thermo Fisher Scientific (Waltham, MA). All solutions were prepared with Milli-Q water. The McIlvaine buffer (pH 4.0) and Na2EDTA-McIlvaine buffer (pH 4.0 and 8.0) solutions were weekly prepared as previously described (Pena et al. 2007). OTC stock solution (1 mg/ml) was prepared in methanol and stored in a −20°C freezer. Dilution series were prepared daily by diluting stock solution in methanol.

**Field site, experiment trees, and trunk injection.** Trees of 5-year-old 'Hamlin' sweet orange on 'Swingle' citrumelo rootstock in a central Florida citrus grove were selected for study. The grove is naturally infected by Las with high HLB incidence and severity. The well-drained soil is Astatula fine sand (Typic Quartzipsamment). Trunk diameter of 15 cm above the bud union was 9 cm for all trees in the experiment, which received standard commercial care including irrigation with microsprinklers.

All 15 trees receiving treatments had four primary branches labeled as b1, b2, b3, and b4 (Fig. 1). Each tree received 5 g of Arbor-OTC (Arborjet Inc., MA), equivalent to 2 g of active ingredient (AI) oxytetracycline hydrochloride, dissolved in 600 ml of distilled water. Trunk injection was carried out with tree I.V. MICRO INFUSION (Arborjet Inc.) at the recommended pressure (<50 psi) during a sunny day in February 2015. Holes on the trunk were drilled 30 cm below the first branch to a depth of 2 to 3 cm using 7.14 mm drill bit. A No. 3 Arborplug was set into each hole for proper seal with Arborplug setter and a rubber hammer. The area surrounding drilling site was treated with Ridomil Gold (Novartis) to prevent opportunistic infection by *Phytophthora* spp.

**Treatments and experimental design.** To assess effect of the number of injection ports on the uniformity of OTC concentration, varying number of injection ports ranging from one to four ports per tree were tested by dividing 600 ml of treatment solution equally among each port. The first port was always located 30 cm directly below the first branch that is closest to the ground and additional

ports were placed on the trunk with even space between any port pair (Fig. 1). Negative control was trees receiving 600 ml of water by trunk injection. A completely randomized design was used and each treatment was replicated with three trees.

**Sampling schematic.** After trunk injection, each tree was repeatedly sampled at the following six time points: 2, 4, 7, 14, 28, and 270 days postinjection (DPI). A total of 24 samples were collected from each tree at each time point. Six shoots, flowers, and leaves were removed from proximal, middle, and distal portions of four individual branches per tree. A total of four fruit were collected from each tree at 270 DPI. In addition, canopy-oriented sampling scheme was used to collect leaf and root samples. Specifically, the entire canopy was divided vertically into lower half and upper half, and then horizontally by cardinal directions into four quadrants: NE, NW, SE, and SW (Fig. 1D). Therefore, four quadrants in the upper half were designated as UNE, UNW, USE, and USW (Fig. 1c1) and four quadrants in the lower half as LNE, LNW, LSE, and LSW (Fig. 1c2). Six leaves were collected from each quadrant. Four root samples per tree were obtained from soil directly below each quadrant (RNE, RNW, RSE, and RSW) (Fig. 1c3); 5 to 10 g of fine root tissues (2 to 4 cm in length) was taken from 10 to 15 cm depth of soil. All samples were placed in a polyethylene bag on ice and transported back to lab for further analysis.

**Sample preparation.** Two leaf discs (0.90 cm in diameter) were cut from a leaf using a cork borer. A total of 12 leaf discs were incised from six separate leaves per sample. Root samples were rinsed with tap water to remove sands and were cut into 1 to 3 mm segments. Shoots, flowers, and roots were minced with a scalpel. Either 100 mg (DNA isolation) or 200 mg (HPLC analysis) of minced samples were placed in 2-ml screw cap tubes that contained two 4.5-mm stainless steel beads. All samples were ground in liquid nitrogen using the Tissuelyser II (QIAGEN, Valencia, CA). To check the recovery rate of OTC and accuracy of the HPLC method, 200 mg of OTC-free samples (i.e., from water-injected control trees) were spiked with a fortification solution at three levels: 156.3, 625, 1,250 µg/kg. All samples were homogenized using bead beating method with Tissuelyser II.

**OTC Extraction and clean-up procedure.** The polar nature of tetracycline allowed it to be extracted from tissues using pH 4.0 $Na_2EDTA$-MacIlvaine buffer. The HPLC procedure used in this study was based on the method (Maia et al. 2008) for OTC quantification. The modifications to the aforementioned extraction procedure included a tissue grinding step with bead beating method and a centrifugation step at 14,000 rpm. Each ground sample was added with 0.8 ml of 0.10 M $Na_2EDTA$-McIlvaine buffer (pH 8.0) and the resulting suspension was shaken for 5 min in a vortex mixer at maximum speed and centrifuged for 5 min at 14,000 rpm. The supernatant was subjected to liquid-liquid extraction with equal volume of hexane. The pH value of aqueous phase was adjusted to 4.0 with 1 M citric acid and applied to an octadecyl cartridge (Bond Elut C18 OH 100 mg/ml, Agilent). The cartridge was preconditioned with 1 ml of methanol and 1 ml of $Na_2EDTA$-McIlvaine buffer (pH 4.0); thereafter, the SPE cartridge was loaded with a sample and washed with 1 ml of McIlvaine buffer (pH 4.0): methanol (vol/vol = 85/15). The OTC was eluted with 1 ml of methanol and air-dried in a vacuum and dissolved in 100 µl of the mobile phase buffer. The final elute was filtered through a 0.45 µm membrane filters Millipore (Agilent).

**OTC concentration analysis by HPLC.** An Agilent 1260 Infinity Quaternary Liquid Chromatography controlled by Agilent ChemStation (Rev C.01.06) (Agilent Technologies, Palo Alto, CA) was used to determine OTC concentration according to an earlier reported method (Maia et al. 2008). The HPLC system was equipped with G1311C 1260 Quat pump VL, G1329B 1260 ALS, G1316A 1260 TCC, G4212B 1260 DAD, and G1321B FLD Spectra. The column used for separation was an Eclipse plus C18 column (Agilent, 100 mm × 4.6 mm) housed in thermostatted compartment at 22°C. Fluorescence detection is a sensitive and specific tool for tetracycline concentration analysis. The fluorescent signal was produced by

chelating OTC with $CaCl_2$ and EDTA in mobile phase. The fluorescence detector was operated at 390 nm excitation and 512 nm emission wavelengths. The mobile phase contained buffer (pH 7.3) of 30% methanol and 70% aqueous solution of 0.035 M calcium chloride, 0.025 M disodium ethylenediaminetetraacetate (EDTA) and 0.075 M sodium acetate filtered through a 0.45 µm Omnipore membrane filter (Merck Millipore Ltd., Cork, IRL). The flow rate was 0.5 ml/min and the autosampler was configured to inject 50 µl aliquots of samples. Retention time of OTC was 62 s.

**DNA extraction and enumeration of Las.** DNA was isolated from macerated tissue using Wizard Genomic DNA purification kit (Promega) according to manufacturer's protocol. The air-dried DNA pellet was dissolved in 100 µl of DNA rehydration solution (supplied by Promega). An aliquot of 4 µl was used as DNA template to determine Las populations using a previously reported TaqMan qPCR protocol (Trivedi et al. 2009; Wang et al. 2006). The primers target the β-operon region of Las with primer probe set CQULA04F-CQULAP10-CQULA04R. All qPCR reactions were performed in triplicate using ABI PRISM 7500 sequence detection system (Applied Biosystems, Foster City, CA). Briefly, a 25 µl of qPCR reaction consisted of 12.5 µl of 2× Quantitect probe PCR master mix (Qiagen, Valencia, CA), 1.25 µl of each primer (10 µM), 0.5 µl of probe (10 µM), 4 µl of DNA template, and 5.5 µl of DNase/RNase free water. The PCR cycling condition was initial activation step at 95°C for 15 min, followed by 40 cycles of 94°C for 15 s and 60°C for 1 min. Cycle threshold ($C_t$) values were obtained by adjusting threshold to the recommended level of 0.02. All DNA samples were run in triplicate. The copy number of Las genomes in a reaction was calculated using a plasmid (pLBA2) standard curve ranging from 10 to $10^6$ plasmids/µl (Trivedi et al. 2009).

**Fruit yield and quality analysis.** Number of fruit drop was recorded when fruit was harvested in January 2016 (10 months after bloom). All fruit including decomposing fruit and dry mummies under the tree canopy were counted. Fruit weight was recorded for each tree and an ≈8 kg of composite fruit sample was taken from each tree for quality analysis according to standard methods (Gottwald et al. 2012). Juice content and fruit acidity were expressed as percent juice and percent citric acid. Total soluble solids expressed as fruit brix, a measure of sugar content in fruit, were calculated as weight (grams) of sugar in 100 g of juice. Thereafter, fruit brix and acidity ratio were calculated accordingly. All fruit from the tested trees were destroyed after data collection.

**Statistical analysis.** SAS software (SAS 9.3, SAS Institute Inc., Cary, NC) was used to perform all statistical analyses. Linear regression analysis (Proc REG) was used to obtain linear equation for OTC standard curve. The limit of detection (LOD) and limit of quantification (LOQ) were calculated as 3× and 10× $\delta/s$, where $\delta$ is the standard deviation of the response and $s$ is the slope of the standard curve. OTC concentration data were first tested for normality and variance homogeneity and thereafter were log transformed to meet the assumption of normality as needed. The temporal distribution were analyzed with models for repeated measurement analysis using a compound symmetry covariance structure (Littell et al. 1998). Analysis of variance (Proc GLM) was used to determine statistical significance of main effects and interactions for the number of injection ports, tissue types, and time (DPI). When main effects were significant, Fisher's protected least significant difference (LSD, $P < 0.05$) were used for mean separation. Las populations in leaves and roots were log concentrations. Unequal variance $t$ test was conducted to compare fruit yield and quality performance between OTC treatment and water-injected control.

## RESULTS

**OTC concentration analysis by HPLC.** The standard curve for OTC quantification was established with seven concentrations of internal standard OTC as triplicates (i.e., 78, 156.3, 312.5, 625, 1,250, 2,500, and 5,000 µg/kg) (Fig. 2). The linear quantification range was from 40 to 5000 µg/kg. The intercept, slope, and linearity

($R^2$) for the quantification curve were 0.6304, −34.451, and 0.9996, respectively. The LOD and LOQ were 12 and 40 µg/kg, respectively. There was relatively small variability in the OTC recovery rate among five citrus tissue types (Table 1), indicating that OTC extraction method worked effectively with all tissue types used in this study. The mean recovery rates at three OTC fortification levels of 156.3, 625, and 1,250 µg/kg ranged from 84.5 to 95.4%, 85.0 to 92.3%, and 86.6 to 95.6%, respectively (Table 1).

**Spatial distribution of OTC.** The number of injection ports and canopy positons did not significantly influence the leaf OTC concentrations ($F = 3.28, P \geq 0.0794; F = 0.40, P \geq 0.5276$), although small to moderate variations were found in the leaf OTC concentration among four canopy quadrants (Table 2) or branches (Table 3). Higher injections port number, i.e., two, three, or four injection ports, resulted in quicker distribution of OTC across four cardinal quadrants of tree canopies when compared with one injection port at 2 or 4 DPI (Tables 2 and 3). Increasing the number of injection ports led to significantly higher leaf OTC concentrations than a single injection number ($F = 4.75, P < 0.0029$), particularly at 2 or 4 DPI (Tables 2 and 3). For example, the leaf OTC concentrations of trees with two, three, and four injection ports were 151, 231, and 138 µg/kg higher than those of one injection port at 7 DPI. However, the number of injection ports did not affect the overall leaf OTC concentrations at 28 and 270 DPI ($F = 0.86, P \geq 0.4673; F = 1.05, P \geq 0.3783$).

**Variation in OTC concentration among tree tissues.** When compared with two injection ports or more, a single injection port delivered significantly less amount of OTC to leaves, roots, and flowers at 2 DPI (Fig. 3). In general, two injection ports provided similar level of OTC concentrations to three or four ports in all tissue types (Fig. 3). A repeated-measures ANOVA showed that citrus tissue type and time (as DPI) significantly affected OTC concentration in trunk-injected trees ($F = 130.08, P < 0.0001; F = 24.86, P < 0.0001$). While there was no significant difference in OTC concentration between leaf and root at all but 4 DPI, OTC concentrations in leaf and root were significantly higher ($P < 0.05$) than those of shoot and flower; OTC concentration in shoot was significantly higher than that in flower at all but 2 DPI. OTC concentration in fruit was several-fold lower than those of other tissue types.

**Persistence of OTC in relation to Las population dynamics in citrus tree.** At the injection rate of 2 g of AI/tree, OTC was detected in shoot, flower, leaf, and root tissues within 2 days of trunk injection at concentrations of more than 500 µg/kg, indicating rather fast uptake and transport of OTC in vascular system throughout trees. While shoot had little gain in accumulation of OTC after 2 DPI, OTC concentration increased steadily in leaf and root and peaked above 1,000 µg/kg at 14 DPI (Fig. 3). In contrast,

OTC concentration exhibited a decline trend in flower after 2 DPI. After 14 DPI, OTC concentration started to decline gradually in all four types of tissues, but over 500 µg/kg were detected in both root and leaf tissues when sampling was concluded at 9 months postinjection (Fig. 3). At 270 DPI or 1 month prior to harvesting, OTC concentration of 202 µg/kg was detected in fruit (Fig. 3). The Las populations in leaves and roots increased from 0 to 1,200 µg/kg during the first 28 DPI (Fig. 4). In contrast, Las populations in water-injected trees stayed at similar level during the test period. The lowest Las populations occurred at 28 DPI, 2 weeks after the peak OTC concentration, which was 2.19 and 1.76 log reduction in leaf and root, respectively. Las populations in leaf and root at 270 DPI grew to some extent when compared with those at 28 DPI, but still substantially lower than those at 2 DPI (Fig. 4).

**HLB symptom, fruit yield, and quality.** When OTC was injected at 2 g of AI/tree at the beginning stage of early spring flushes and bloom in mid-February, the OTC concentration in new shoots attained the peak of 733 µg/kg during the first month following injection. Moderate phytotoxic effect ranging from brown discoloration to leaf burning was observed on some newly developed leaves located at the distal portions of branches. In contrast, either young fully expanded leaves or mature leaves did not exhibit any phototoxic effect, except that the foliage showed a slight yellowing when compared with water-injected trees within 3 months postinjection. During summer flushes in mid-June and July, OTC-treated trees no longer showed yellowing and produced many more vigorous new shoots with large expanded leaves when compared with water-injected trees. Although OTC-treated trees had an average of 18.5% fewer fruit dropped and fruit weighed 14.3% higher than water-injected trees, such improvement was not statistically significant ($t$ test: $P \geq 0.4251, P \geq 0.3706$) (Table 4). Juice acidity from

TABLE 1. Recovery rate in several tissue samples spiked with different concentrations of oxytetracycline (OTC)

| Sample type[y] | Recovery rate (%)[z] | | |
|---|---|---|---|
| | 156.3 µg/kg | 625 µg/kg | 1,250 µg/kg |
| Root | 94.4 ± 10.4 | 88.4 ± 7.2 | 95.6 ± 0.9 |
| Leaf | 84.5 ± 1.1 | 87.2 ± 6.0 | 86.6 ± 6.8 |
| Shoot | 87.0 ± 6.3 | 92.0 ± 2.6 | 93.7 ± 4.2 |
| Flower | 95.4 ± 5.8 | 92.3 ± 1.1 | 95.6 ± 0.9 |
| Fruit | 87.0 ± 2.7 | 85.0 ± 2.0 | 87.9 ± 5.5 |

[y] Each sample (200 mg) was spiked with 100 µl of OTC solution at different fortification concentrations of OTC.

[z] Recovery rate was expressed as means ± standard deviation of three replicated samples.



Fig. 2. Standard curve for quantification of oxytetracycline hydrochloride (OTC) in a citrus sample. Each concentration was run as triplicates and the standard curve was included for each high-performance liquid chromatography run.

OTC-treated trees was reduced ($P \leq 0.0971$) when compared with that from water-injected trees (Table 4). There were no significant differences in other fruit quality parameters between OTC-treated and water-injected trees.

## DISCUSSION

This is the first study characterizing spatiotemporal dynamics of OTC concentration in several citrus tissue types and demonstrating persistent Las suppression under field conditions. Our results indicated that trunk-injected OTC were readily transported to all citrus tissue types. Our findings of high OTC concentration in leaves and shoots, lower in flower and extremely low in fruit agree with previous results obtained on trunk-injected sweet orange (Aubert and Bove 1980; Lee et al. 1982; Timmer et al. 1985) and coconut palms (Hunt et al. 1974; McCoy 1976). This is the first study to demonstrate high level of OTC concentration in root system. Earlier studies detected either little OTC activity or low activity in some but not all root samples (McCoy 1976; Timmer et al. 1985). This difference may be due to the much lower OTC extraction efficiency and lower sensitivity of OTC bioassay than HPLC procedure used in the current study. The detection of high level of OTC concentration in root system may suggest that OTC transport occur in not only xylem, but also phloem. This is probably due to water exchange between phloem and xylem. It was suggested that in all vascular plants, phloem and xylem tissues are located next to each other, and there is clear evidence that these tissues exchange water (Sevanto 2014). It was shown that OTC was translocated into the fruit of treated coconut palms at extremely low levels (McCoy, 1976). Similarly, OTC was detectable in fruit at 202 µg/kg, but this concentration is 42.3% below the tolerance level of 350 µg/kg permitted by governmental agencies (United States Environmental Protection Agency 2006, 2008). Tetracyclines are administered in humans at doses from 1 to 2 g daily for at least 7 days, which is equivalent to a minimal exposure of 7 to 14 g for a prescribed cycle (https://www.drugs.com/dosage/tetracycline.html). Assuming a kilogram of citrus fruit contains 202 µg of OTC, a person would need to consume daily about 4,950 kg of orange for exposure of minimal daily therapeutic dose of tetracycline. United States Environmental Protection Agency (2008) concluded that the potential dietary exposure of humans to OTC used in agriculture would result in no harm compared with its pharmaceutical usage.

Different tree species differ in the xylem architecture and sap flow patterns with some species have relatively constrained (sectored) vascular connections, while others have relatively unconstrained (integrated) vascular connections. Consequently, the transport pathways of trunk-injected therapeutic compounds in vascular systems might vary greatly among tree species. While lateral movement of inorganic solutes occurs by radial diffusion in lateral transport system (Baker and Milburn 1965), the vertical transport systems are not straight sectored, but instead either helical or "zig zag" sectored. The majority of tree species were reported to have sectored xylem architecture (Larson et al. 1994; Orians et al. 2004; Tanis et al. 2012; Zanne et al. 2006). This phenomenon requires multiple injection ports spaced radially around the stem for a uniform distribution of trunk-injected compounds throughout the canopy (Aćimović et al. 2014; Baker and Milburn 1965; Larson et al. 1994; Percival and Boyle 2005). For example, Aćimović et al. (2014) trunk-injected 29-year-old mature apple trees with imidacloprid and found a spiral pattern for vertical uptake (Aćimović et al. 2014) and a minimum of four injection ports are needed for even distribution of imidacloprid. In our experiments,

TABLE 2. Spatial distribution of trunk-injected oxytetracycline (OTC) (2 g of active ingredient/tree) at various days postinjection in canopy quadrants based on cardinal directions in relation to varying number of injection ports[z]

| | Number of injection ports[z] | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | 2 | | | | 3 | | | | 4 | | | |
| DPI[y] | NE | SE | SW | NW | NE | SE | SW | NW | NE | SE | SW | NW | NE | SE | SW | NW |
| 2 | 60±15 | 63±20 | 78±34 | 71±10 | 64±28 | 137±13 | 136±14 | 130±6 | 142±47 | 129±29 | 152±15 | 115±10 | 115±44 | 90±31 | 78±25 | 86±27 |
| 4 | 48±13 | 36±20 | 43±23 | 43±27 | 108±27 | 102±7 | 86±2 | 103±2 | 111±3 | 105±2 | 108±10 | 108±7 | 123±28 | 103±55 | 112±35 | 114±31 |
| 7 | 108±10 | 105±12 | 107±18 | 92±9 | 95±27 | 112±66 | 74±12 | 127±23 | 123±19b | 178±57a | 168±50a | 119±25b | 144±35 | 153±25 | 158±51 | 131±28 |
| 14 | 173±27 | 160±30 | 150±21 | 144±33 | 177±40 | 135±46 | 178±65 | 187±41 | 118±16 | 135±29 | 139±22 | 133±14 | 130±7 | 145±11 | 109±48 | 127±43 |
| 28 | 76±6 | 54±9 | 58±3 | 130±36 | 87±43 | 89±14 | 109±1 | 102±8 | 112±4 | 109±9 | 105±3 | 103±16 | 56±4 | 56±9 | 63±7 | 100±20 |
| 270 | 83±13 | 62±15b | 72±14a | 61±4b | 64±1 | 65±6 | 51±6 | 74±23 | 56±11 | 99±8 | 64±8 | 67±5 | 68±21 | 73±29 | 68±7 | 81±25 |

[y] DPI is abbreviation of days postinjection.

[z] All ports were located 30 cm directly below the first branch that is closest to the ground and additional ports were placed on the trunk with even space between any port pair (Fig. 1). The entire canopy was divided vertically into lower half and upper half, and then horizontally by cardinal directions into four quadrants NE, NW, SE, and SW (Fig. 1). The main effect of canopy positions (upper versus lower) was not significant ($P \geq 0.5286$) and therefore the OTC concentrations from upper and lower positions of one cardinal direction were averaged to simplify data presentation. Means followed by different letters within a row of injection ports indicate least significant difference (LSD, $P < 0.05$). Mean OTC concentrations (10 µg/kg) of each quadrant are followed by standard deviation of the mean.

TABLE 3. Branch-wise distribution of trunk-injected oxytetracycline (OTC) (2 g of active ingredient/tree) at various days postinjection in relation to varying number of injection ports

| | The number of injection ports[z] | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | 2 | | | | 3 | | | | 4 | | | |
| DPI[y] | b1 | b2 | b3 | b4 | b1 | b2 | b3 | b4 | b1 | b2 | b3 | b4 | b1 | b2 | b3 | b4 |
| 2 | 66±23 | 71±31 | 84±38 | 74±25 | 64±33b | 39±5b | 161±53a | 211±10a | 172±59 | 147±8 | 217±70 | 199±39 | 117±14 | 71±29 | 118±37 | 88±37 |
| 4 | 97±42 | 99±34 | 59±16 | 56±35 | 104±28 | 93±26 | 75±19 | 89±30 | 89±25 | 95±14 | 91±23 | 104±33 | 128±27 | 110±7 | 115±53 | 159±26 |
| 7 | 101±8 | 100±19 | 85±29 | 97±8 | 89±22 | 92±26 | 99±19 | 122±9 | 151±29 | 144±27 | 160±14 | 180±41 | 126±27 | 160±41 | 112±34 | 125±26 |
| 14 | 152±34 | 145±62 | 158±38 | 161±22 | 109±28 | 123±32 | 149±11 | 157±23 | 143±27 | 133±18 | 133±25 | 123±31 | 102±4 | 90±25 | 93±13 | 97±24 |
| 28 | 58±14 | 60±25 | 81±18 | 175±42 | 144±16 | 93±3 | 114±29 | 186±37 | 134±14 | 71±7 | 97±15 | 99±5 | 76±30 | 81±23 | 62±30 | 183±33 |
| 270 | 83±13 | 58±6 | 63±4 | 76±11 | 62±13 | 58±9 | 69±21 | 62±7 | 71±17 | 64±19 | 61±17 | 68±10 | 62±22 | 78±19 | 78±9 | 83±14 |

[y] DPI is abbreviation of days postinjection.

[z] All ports were located 30 cm directly below the first branch that is closest to the ground and additional ports were placed on the trunk with even space between any port pair (Fig. 1). Six leaves were collected from proximal, middle, and distal portions of four individual branches on a tree labeled as b1, b2, b3, and b4 (Fig. 1). Means followed by different letters within a row of injection ports indicate least significant difference (LSD, $P < 0.05$). Mean OTC concentrations (10 µg/kg) of each quadrant are followed by standard deviation of the mean.

when trees were injected with a single port, similar level of OTC activity was consistently detected in all branches at different orientations in relation to injection ports (Table 2; Fig. 1) or all cardinal quadrants in both lower and upper canopy (Table 2). However, increasing the number of injection ports did lead to quick distribution of OTC at 2 and 4 DPI (Tables 2 and 3). The observed OTC transduction pattern in citrus is supported by results from an earlier study of water and dye transport in 22-year-old grapefruit trees (Vasconcellos and Castle 1994). Their study showed that the majority of dye movement was within 2 cm depth into trunk and moved ≈50 cm up and 25 cm down the trunk within 1 to 2 min after injection; in particular, the dye also spread tangentially to all surrounding xylem vessels at the 0 to 3 cm depth. Mendel et al. (2000) applied radio-labeled imidacloprid to the bark of 9-year-old citrus trees and found imidacloprid in parenchyma and long-distance transport in xylem. In addition, coconut palm trees seemed to have similar interconnecting xylem vessels because it also exhibited fast and even distribution of trunk-injected OTC in tree foliage (Hunt et al. 1974; McCoy 1976). A thorough study with radio-labeled OTC is needed to better understand the vascular sectoriality and chemical distribution in xylem and phloem of citrus.

The rapid transport and uniform distribution of OTC throughout entire trees support the use of trunk injection as an alternative method for efficient delivery of therapeutic compounds into citrus trees. Recently, several similar studies demonstrated the utility of trunk injection in control of insects on a few other fruit trees including apple and avocado (Aćimović et al. 2014; Aćimović et al. 2015; Aćimović et al. 2016; Byrne et al. 2012; VanWoerkom et al. 2014). However, the majority of current injection technologies involves drilling holes on tree trunk. This drilling-based injection procedure is labor intensive and causes injuries to tree (Perry et al. 1991). Therefore, the number of injection ports needs to be optimized for two important practical reasons: the first is to minimize the number of injection ports that will reduce economic costs by minimizing drilling efforts and potential tree injuries; the second is to have sufficient number of injection ports to allow a quick and uniform distribution of compounds at concentrations higher than MIC or MBC (minimum inhibition concentration or minimum bactericidal concentration). Our data indicated that two, three, or four injection ports did result in much higher OTC concentrations within 7 DPI than the single injection port. No significant improvement was observed for three and four injection ports than two injection ports (Tables 2 and 3). These results support the use of two injection ports for 5-year-old citrus trees.



Fig. 3. Oxytetracycline hydrochloride (OTC) concentrations in A, shoots, B, roots, C, flowers, D, fruit, and E, leaves of 5-year-old 'Hamlin' sweet orange on 'Swingle' citrumelo rootstock trees that were trunk injected with OTC at 2 g of active ingredient/tree. Means followed by different letters at each day postinjection indicate significant differences in OTC concentrations among varying number of injection ports (least significant difference, $P < 0.05$).

It remains to be determined the suitable injection port number for mature trees. Needle-based injection systems have been developed to ameliorate the potential tree injury (Montecchio 2013). However, needle-based injection systems are time consuming to inject liquid into the tree because they are a passive system and not using air pressure to inject the liquid into the tree. They rely solely on sap-flow driven vacuum force to allow uptake of AI solution. Needle-based injection systems are reliant on intensive sap flow driven by strong transpiration from the canopy. If it is cold weather the sap will move very slowly, or not move at all, thus the uptake into xylem will be very weak. Current injection technology is primarily designed for use in landscape tree cares and may not be able to scale up to cope with hundreds of thousands of Las-infected trees. However, the great potential of trunk injection in control of diseases or pests call for development of automated trunk injection system with high efficiency.

The long persistence of OTC in foliage and roots correlated with long-lasting suppression of Las populations in Las-infected trees. The half-life of OTC in foliage and roots of citrus was 3 to 4 weeks, which is similar to the 3 weeks reported for coconut palms (Hunt et al. 1974). It has been reported that plants treated by trunk injection of OTC tended to remain in symptom remission long after OTC concentration was below detectable level in plant tissues (Hunt et al. 1974; McCoy 1976). Although the MIC and MBC of OTC against Las bacteria is unknown, the observation of 1.76 and 2.19 log reduction of Las in roots and leaves by over 1,000 µg/kg of OTC concentration in both leaves and roots indicated that this concentration had an antimicrobial effect on Las. Interestingly, Las population in the roots and leaf of OTC-treated trees remained 2 log lower than the negative control at 270 days posttreatment (Fig. 4). Trivedi et al. (2009) reported that a minimal Las concentration is required for the expression of HLB symptoms. The reduced Las population due to OTC suggests that an



**Fig. 4.** Population dynamics of 'Candidatus Liberibacter asiaticus' (Las) in **A,** leaves and **B,** roots of 5-year-old 'Hamlin' sweet orange on 'Swingle' citrumelo rootstock trees that were trunk injected with either oxytetracycline hydrochloride (OTC) at 2 g of active ingredient/tree or water as water-injected control. Las populations represent as means and error bars as standard deviation ($n = 3$ for OTC-treated trees and $n = 3$ for water-injected control) on logarithmic scale.

TABLE 4. Yield and quality of 'Hamlin' sweet orange fruit harvested from oxytetracycline (OTC)-treated and water-injected control trees

| Treatment[w] | Yield (kg/tree) | Number of fruit dropped[x] | Fruit quality[y] | | | |
|---|---|---|---|---|---|---|
| | | | Juice (%) | Brix | Acidity | Brix/acidity |
| OTC-treated | 16.2 ± 4.7 | 95 ± 25 | 58.0 ± 2.0 | 9.8 ± 0.9 | 0.49 ± 0.01 | 19.5 ± 1.3 |
| Water-injected | 14.1 ± 1.5 | 116 ± 36 | 58.1 ± 0.9 | 10.3 ± 1.0 | 0.52 ± 0.01 | 20.0 ± 2.1 |
| P values of t test[z] | 0.3706 | 0.4251 | 0.9476 | 0.4966 | 0.0971 | 0.7560 |

[w] Five-year-old 'Hamlin' sweet orange on 'Swingle' citrumelo rootstock trees were trunk injected with either water as control or OTC at 2 g of active ingredient/tree during early spring flushes.
[x] Counts of fruit abscission were enumerated when fruit was harvested in January (11 months postinjection). All fruit including decomposing fruit and dry mummies under the tree canopy were counted. Each value is presented as mean ± standard deviation.
[y] An ≈8 kg of composite fruit sample was taken from each tree for quality analysis according to standard methods (Gottwald et al. 2012).
[z] Unequal variance t test was used to determine whether there was significant difference between OTC-treated and control trees.

annual application of OTC right after each harvest might be enough to suppress Las population and stimulate tree growth. The finding of strong Las suppression extends earlier observations obtained with Las-infected periwinkle and citrus in greenhouse (Zhang et al. 2011, 2012). The finding of relatively high level of OTC in new shoots corroborated with earlier results of preferential accumulation of imidacloprid in shoots (Mendel et al. 2000). The occurrence of high level of OTC in shoots will prevent new flushes from infection by Las. Trivial phytotoxicity was found on new flushes of a young citrus tree. We speculated that the phytotoxicity will diminish in mature citrus trees after the young trees pass the juvenility. Likewise, our results of decreased fruit drop and increased yield corroborates results from earlier field trial with trunk-injected tetracycline in South Africa (Aubert and Bove 1980). The increase in yield due to OTC treatment is not significant, which might indicate that OTC-treated trees need additional time to recover from the physical damages caused by HLB, e.g., phloem blockage and root decline.

In summary, this research has demonstrated that OTC moved rapidly within citrus trees following trunk injection and a uniform spatial distribution of OTC within citrus trees can be obtained via trunk injection. The research also showed that direct injection of OTC into citrus trunk at 2 g/tree allowed accumulation of sufficient amount in citrus tree canopy and roots. Injected OTC provided long-lasting suppression of Las populations in Las-infected trees and prevented further tree decline by promoting symptomless new growth and by reducing the transmission rate of Las by ACP. Our results indicated that trunk injection can be used as an effective measure for integrated management of citrus HLB and reduce the potential negative impact of bactericide on the environment.

## ACKNOWLEDGMENTS

This research was supported by a grant from the Citrus Research and Development Foundation.

## LITERATURE CITED

Aćimović, S., VanWoerkom, A., Garavaglia, T., Vandervoort, C., Sundin, G. W., and Wise, G. C. 2016. Seasonal and cross-seasonal timing of fungicide trunk injections in apple trees to optimize management of apple scab. Plant Dis. 8:1606-1616.

Aćimović, S., VanWoerkom, A., Reeb, P., Vandervoort, C., Garavaglia, T., Cregg, B., and Wise, J. 2014. Spatial and temporal distribution of trunk-injected imidacloprid in apple tree canopies. Pest Management Sci. 70:1751-1760.

Aćimović, S. G., Zeng, Q., McGhee, G. C., Sundin, G. W., and Wise, J. C. 2015. Control of fire blight (Erwinia amylovora) on apple trees with trunk-injected plant resistance inducers and antibiotics and assessment of induction of pathogenesis-related protein genes. Front. Plant Sci. 6:16.

Aubert, B., and Bove, J. M. 1980. Effect of penicillin or tetracycline injections of citrus trees affected by greening disease under field conditions in Reunion island. Pages 103-108 in: Proceedings of the Eighth Conference of the International Organization of Citrus Virologists. E. C. Calavan, S. M. Garnsey, and L. W. Timmer, eds. IOCV, Riverside, CA.

Baker, D. A., and Milburn, J. A. 1965. Lateral movement of inorganic solutes in plants. Nature 205:306-307.

Bernstein, B. 1991. Persistence of oxytetracycline residues on peach (Prunus persica (L.) Batsch) leaves following irrigation, sunlight or dew. Clemson University, Clemson, SC.

Boina, D., and Bloomquist, J. 2015. Chemical control of the Asian citrus psyllid and of huanglongbing disease in citrus. Pest Manag. Sci. 71:808-823.

Bové, J. M. 2006. Huanglongbing: A destructive, newly-emerging, century-old disease of citrus. J. Plant Pathol. 88:7-37.

Buitendag, C. H., and Bronkhorst, G. J. 1980. Injection of insecticides into tree trunks–A possible new method for control of citrus pest? Fruit J. 556:6-7.

Byrne, F., Urena, A., Robinson, L., Krieger, R., Doccola, J., and Morse, J. 2012. Evaluation of neonicotinoid, organophosphate and avermectin trunk injections for the management of avocado thrips in California avocado groves. Pest Manag. Sci. 68:811-817.

Christiano, R., Reilly, C., Miller, W., and Scherm, H. 2010. Oxytetracycline dynamics on peach leaves in relation to temperature, sunlight, and simulated rain. Plant Dis. 94:1213-1218.

Goodman, R. N. 1959. The influence of antibiotics on plants and pant disease control. In: Antibiotics: Their Chemistry and Non-Medical Uses. H. S. Goldberg, ed. Nostrand, Princeton, NJ.

Gottwald, T., Graham, J., Irey, M., McCollum, T., and Wood, B. 2012. Inconsequential effect of nutritional treatments on huanglongbing control, fruit quality, bacterial titer and disease progress. Crop Prot. 36:73-82.

Gottwald, T. R., da Graca, J. V., and Bassanezi, R. B. 2007. Citrus huanglongbing: The pathogen and its impact.Plant Health Progress. Published online. doi:10.1094/PHP-2007-0906-01-RV

Guillot, O., and Bory, G. 1997. Trunk insertion: A solution to urban trees chemical protection? Pages 137-146 in: International Symposium on Urban Tree Health, Vol. 496. M. Lemattre, P. Lemattre, and F. Lemaire, eds. Acta Horticulturae (ISHS), Paris, France.

Hajeri, S., Killiny, N., El-Mohtar, C., Dawson, W., and Gowda, S. 2014. Citrus tristeza virus-based RNAi in citrus plants induces gene silencing in Diaphorina citri, a phloem-sap sucking insect vector of citrus greening disease (Huanglongbing). J. Biotechnol. 176:42-49.

Halbert, S., and Manjunath, K. 2004. Asian citrus psyllids (Sternorrhyncha: Psyllidae) and greening disease of citrus: A literature review and assessment of risk in Florida. Fla. Entomol. 87:330-353.

Hsu, F. C., Kleier, D. A., and Melander, W. H. 1988. Phloem mobility of xenobiotics II. Testing of the unified mathematical model. Plant Physiol. 86:811-816.

Hunt, P., Dabek, A. J., and Schuilin, M. 1974. Remission of symptoms following tetracycline treatment of lethal yellowing-infected coconut palms. Phytopathology 64:307-312.

Jansson, R., and Rabatin, S. 1997. Curative and residual efficacy of injection applications of avermectins for control of plant-parasitic nematodes on banana. J. Nematol. 29:695-702.

Keil, H. L. 1979. Control of bacterial spot (caused by Xanthomonas pruni) in apricot trees by trunk infusion with oxytetracycline. Plant Dis. Rep. 63:407-409.

Kielbaso, J. J., Davidson, H., Hart, J., Jones, A., and Kennedy, M. K. 1978. Symposium on Systemic Chemical Treatments in Tree Culture. Braun Brumfield Inc., Ann Arbor, Ml.

Kleier, D. A. 1994. Phloem mobility of xenobiotics. V. Structural requirements for phloem-systemic pesticides. Pestic. Sci. 42:1-11.

Kumar, K., Gupta, S., Chander, Y., Singh, A., and Sparks, D. 2005. Antibiotic use in agriculture and its impact on the terrestrial environment. Adv. Agron. 87:1-54.

Larson, D. W., Doubt, J., and Matthessears, U. 1994. Radially sectored hydraulic pathways in the xylem of thuja-occidentalis as revealed by the use of dyes. Int. J. Plant Sci. 155:569-582.

Lee, R. F., Timmer, L. W., and Albrigo, L. G. 1982. Effect of oxytetracycline and benzimidazole treatments on blight-affected citrus trees. J. Am. Soc. Hortic. Sci. 107:1133-1138.

Littell, R., Henry, P., and Ammerman, C. 1998. Statistical analysis of repeated measures data using SAS procedures. J. Anim. Sci. 76:1216-1231.

Maia, P., da Silva, E., Rath, S., and Reyes, F. 2009. Residue content of oxytetracycline applied on tomatoes grown in open field and greenhouse. Food Contr. 20:11-16.

Maia, P., Rath, S., and Reyes, F. 2008. Determination of oxytetracycline in tomatoes by HPLC using fluorescence detection. Food Chem. 109:212-218.

Marutani-Hert, M., Hunter, W., and Hall, D. 2010. Gene response to stress in the Asian citrus psyllid (Hemiptera: psyllidae). Fla. Entomol. 93:519-525.

McCoy, R. 1976. Uptake, translocation, and persistence of oxytetracycline in coconut palm. Phytopathology 66:1038-1042.

McManus, P., Stockwell, V., Sundin, G., and Jones, A. 2002. Antibiotic use in plant agriculture. Annu. Rev. Phytopathol. 40:443-465.

Mendel, R. M. 1998. Trunk application of imidacloprid to orange trees and related effects of the active ingredient formulation and the water supply to the trees. Ph.D. thesis. University of Bonn. Report of the Research Centre Jülich No. 3591:1-189.

Mendel, R. M., Reckmann, U., and Führ, F. 2000. Xylem transport of the pesticide imidacloprid in citrus. Acta Hortic. 531: 129-134.

Mirkov, T. E., and Gonzalez-Ramos, J. 2013. Pathogen resistant citrus compositions, organisms, systems, and methods. Patent Application WO 2013112997 A1 and US 20130205443 A1.

Moll, J. N., and van Vuuren, S. P. 1977. Greening disease in Africa. Proc. Int. Soc. Citriculture 3:903-912.

Montecchio, L. 2013. A Venturi effect can help cure our trees. J. Vis. Exp. 80: e51199.

Orians, C., van Vuuren, M., Harris, N., Babst, B., and Ellmore, G. 2004. Differential sectoriality in long-distance transport in temperate tree species: Evidence from dye flow, N-15 transport, and vessel element pitting. Trees-Structure Funct. 18:501-509.

Pena, A., Lino, C., Alonso, R., and Barcelo, D. 2007. Determination of tetracycline antibiotic residues in edible swine tissues by liquid chromatography with spectrofluorometric detection and confirmation by mass spectrometry. J. Agric. Food Chem. 55:4973-4979.

Percival, G., and Boyle, S. 2005. Evaluation of microcapsule trunk injections for the control of apple scab and powdery mildew. Ann. Appl. Biol. 147:119-127.

Perry, T. O., Santamour, F. S., Stipes, R. J., Shear, T., and Shigo, A. L. 1991. Exploring alternatives to tree injection. J. Arboric. 17:217-226.

Sanderson, H., Ingerslev, F., Brain, R., Halling-Sorensen, B., Bestari, J., Wilson, C., Johnson, D., and Solomon, K. 2005. Dissipation of oxytetracycline, chlortetracycline, tetracycline and doxycycline using HPLC-UV and LC/MS/MS under aquatic semi-field microcosm conditions. Chemosphere 60:619-629.

Sevanto, S. 2014. Phloem transport and drought. J. Exp. Bot. 65:1751-1759.

Stansly, P., Arevalo, H., Qureshi, J., Jones, M., Hendricks, K., Roberts, P., and Roka, F. 2014. Vector control and foliar nutrition to maintain economic sustainability of bearing citrus in Florida groves affected by huanglongbing. Pest Manag. Sci. 70:415-426.

Tanis, S., Cregg, B., Mota-Sanchez, D., McCullough, D., and Poland, T. 2012. Spatial and temporal distribution of trunk-injected $^{14}$C-imidacloprid in Fraxinus trees. Pest Manag. Sci. 68:529-536.

Timmer, L. W., Graham, J. H., and Lee, R. F. 1985. Effect of tetracycline treatment on the development of citrus blight symptoms. Proc. Fla. State Hortic. Soc. 98:3-6.

Trivedi, P., Sagaram, U., Kim, J., Brlansky, R., Rogers, M., Stelinski, L., Oswalt, C., and Wang, N. 2009. Quantification of viable 'Candidatus Liberibacter asiaticus' in hosts using quantitative PCR with the aid of ethidium monoazide (EMA). Eur. J. Plant Pathol. 124:553-563.

United States Environmental Protection Agency. 2006. Report of the food quality protection act (FQPA) tolerance reassessment progress and risk management decision (TRED) for oxytetracycline. http://www.cdc.gov/drugresistance/pdf/EPA-HQ-OPP-2005-0492-0023.pdf

United States Environmental Protection Agency. 2008. Oxytetracycline summary document registration review: Initial docket December 2008. Docket number EPA-HQ-OPP-2008-0686.

Vanvuuren, S. P., Moll, J. N., and Graça, J. V. D. 1977. Preliminary-report on extended treatment of citrus greening with tetracycline hydrochloride by trunk injection. Plant Dis. Rep. 61:358-359.

VanWoerkom, A., Acimovic, S., Sundin, G., Cregg, B., Mota-Sanchez, D., Vandervoort, C., and Wise, J. 2014. Trunk injection: An alternative technique for pesticide delivery in apples. Crop Prot. 65:173-185.

Vasconcellos, L. A. B. C., and Castle, W. S. 1994. Trunk xylem anatomy of mature healthy and blighted grapefruit trees on several rootstocks. J. Am. Soc. Hortic. Sci. 119:185-194.

Wang, Z., Yin, Y., Hu, H., Yuan, Q., Peng, G., and Xia, Y. 2006. Development and application of molecular-based diagnosis for 'Candidatus Liberibacter asiaticus', the causal pathogen of citrus huanglongbing. Plant Pathol. 55:630-638.

Zanne, A., Sweeney, K., Sharma, M., and Orians, C. 2006. Patterns and consequences of differential vascular sectoriality in 18 temperate tree and shrub species. Funct. Ecol. 20:200-206.

Zhang, M., Guo, Y., Powell, C., Doud, M., Yang, C., and Duan, Y. 2014. Effective antibiotics against 'Candidatus Liberibacter asiaticus' in HLB-affected citrus plants identified via the graft-based evaluation. PLoS One 9(11):e111032.

Zhang, M., Powell, C., Guo, Y., Doud, M., and Duan, Y. 2012. A graft-based chemotherapy method for screening effective molecules and rescuing huanglongbing-affected citrus plants. Phytopathology 102:567-574.

Zhang, M., Powell, C., Zhou, L., He, Z., Stover, E., and Duan, Y. 2011. Chemical compounds effective against the citrus huanglongbing bacterium 'Candidatus Liberibacter asiaticus' in planta. Phytopathology 101:1097-1103.

Zhao, X. Y. 1981. Citrus yellow shoot disease (Huanglongbing) in China—A review. Proceedings of International Society of Citriculture 1:466-469

# EXHIBIT B-9

# Arbor-OTC™

## INJECTABLE TREE ANTIBIOTIC

Arbor-OTC™ is a systemic water soluble injectable antibiotic for the control of certain bacterial diseases in non-food bearing palms including Phytoplasma Disease (Lethal Yellowing and Texas Phoenix Palm Decline). Arbor-OTC is a systemic water soluble injectable antibiotic for the control of certain bacterial diseases in non-food bearing trees including Bacterial Leaf Scorch.

ACTIVE INGREDIENT:
  Oxytetracycline Hydrochloride*...............................................................39.60%
Other Ingredients ................................................................................60.40%
Total .............................................................................................100.00%
 * Equivalent to 36.7% oxytetracycline
EPA Reg No. 74578-7  •  EPA Est. No. 74578 - MA-001
Net Contents: 5.0 oz. (140g)

### KEEP OUT OF REACH OF CHILDREN
# WARNING

Manufactured by:  ARBORJET, Inc., 99 Blueberry Hill Road, Woburn, MA 01801 781-935-9070

## FIRST AID

**IF IN EYES:**
• Hold eye open and rinse slowly and gently with water for 15 -20 minutes.
• Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.
• Call a poison control center or a doctor for treatment advice.

**IF INHALED:**
• Move person to fresh air.
• If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth, if possible.
• Call a poison control center or a doctor for future treatment advice.

Have the product container or label with you when calling a poison control center or doctor, or going for treatment. You may contact the American Association of Poison Control Centers at 1-800-222-1222 for emergency medical treatment information.

## PRECAUTIONARY STATEMENTS

**HAZARDS TO HUMANS AND DOMESTIC ANIMALS**
WARNING: Causes substantial but temporary eye injury. Harmful if inhaled. Avoid breathing dust. Do not get in eyes or on clothing. Wear protective eyewear (goggles, facemask or safety glasses). Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, using tobacco or using the toilet.

PERSONAL PROTECTIVE EQUIPMENT (PPE):
Some materials that are chemical resistant to this product are listed below. If you want more options, follow the instructions for Category A on an EPA chemical resistant category selection chart.
Applicators and other handlers must wear:
• Long sleeved shirt
• Long pants
• Chemical-resistant gloves made of any waterproof material
• Shoes plus socks

User Safety Requirements
• Follow manufacturer's instructions for cleaning/maintaining PPE.
• If no such instructions for washables exist, use detergent and hot water.
• Keep and wash PPE separately from other laundry.

User Safety Recommendations
Users must:
• Wash hands before eating, drinking, chewing gum, using tobacco or using the toilet.
• Remove clothing/PPE immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing/PPE.
• Remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

**ENVIRONMENTAL HAZARDS:**
Do not apply directly to water, to areas where surface water is present, or to intertidal areas below the mean high water mark. Do not contaminate water when cleaning equipment or disposing of equipment wash water or rinsate.

## DIRECTIONS FOR USE

*It is a violation of Federal law to use this product in a manner inconsistent with its labeling.*

## RESTRICTIONS

This product contains the antibiotic oxytetracycline. To reduce the development of drug resistant bacteria and maintain the effectiveness of this and other antibacterial products, this product should be used only to treat or prevent infections that are proven or strongly suspected to be caused by bacteria.

This material is not to be used for medical or veterinary purposes.

Do not apply this product in a way that will contact workers or other persons, either directly or through drift. Only protected handlers may be in the area during application. For any requirements specific to your State or Tribe, consult the agency responsible for pesticide regulation. Do not apply this product through any type of irrigation system. To be used on non-crop bearing ornamentals only. Fruit and nuts from treated trees are not for consumption.

## AGRICULTURAL USE REQUIREMENTS

Use this product only in accordance with its labeling and with the Worker Protection Standard, 40 CFR part 170. This Standard contains requirements for the protection of agricultural workers on farms, forests, nurseries and greenhouses, and handlers of agricultural pesticides. It contains requirements for training, decontamination, notification and emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about personal protective equipment (PPE) and restricted entry interval. The requirements in this box apply to uses that are covered by the Worker Protection Standard.

Do not enter or allow worker entry into treated areas during the restricted-entry interval (REI) of 12 hours.

For early entry to treated areas that is permitted under the Worker Protection Standard and that involves contact with anything that has been treated, such as plants, soil or water, wear:
• Coveralls over long-sleeved shirts and long pants
• Chemical-resistant gloves made of any waterproof material
• Shoes plus socks
• Protective eyewear

## APPLICATION METHODS

Arbor-OTC is designed for use with Arborjet Tree Injection Systems. It may be used with other injection devices that meet the application and label requirements. Arbor-OTC can be used with a variety of root flare and/or trunk injection devices. For all injection devices, read carefully and follow all manufacturer use directions. Most injection devices may require several minutes or more to empty into tree, however, some may take longer to empty depending on the health of the treated tree and local weather conditions. Do not leave the injection devices unattended. Do not leave empty injection devices on trees. Promptly and safely remove them according to manufacturer's directions. Follow the manufacturer's directions for proper cleaning and storage of the injection device.

APPLICATION METHOD
For treatment of Bacterial Leaf Scorch, Fire Blight and Ash Yellows using the Arborjet Injection System

Apply once per growing season in spring after leaves have fully developed. Scorch symptoms are suppressed only during the growing season in which treatment is administered. Re-treatment is required during each growing season for continued suppression.

## MIXING INSTRUCTIONS

1 tsp. (5cc) of this product = 2.8 grams (0.1 oz)

| Quantity of Arbor-OTC | Amount of Water to Add | Yield of Mixed Solution | Approximate DBH inches of Tree Treated |
|---|---|---|---|
| 140 grams (5.0 oz) | 1250 mL | 1320 mL | 500 inches |
| 28 grams (1.0 oz) | 250 mL | 264 mL | 100 inches |
| 2.8 grams (0.1 oz) | 25 mL | 26.4 mL | 10 inches |
| 1.4 grams (0.05 oz) | 12.5 mL | 13.2 mL | 5 inches |

1. Measure the tree diameter at breast height (DBH) to determine the dose that is needed.
2. Add quantity of Arbor-OTC from first column in the delivery bottle, add purified water per Mixing Instructions.  Alternatively, add 250 milliliters of purified water into the 28g container of Arbor-OTC and use to treat 100 DBH inches of trees.
3. Replace lid and shake vigorously for several minutes until powder is completely dissolved.

## INJECTION INTO TREES

To determine the application/dose rate per tree:
1) Measure the tree diameter in inches at chest height (4½ feet from ground) to find the Diameter at Breast Height (DBH). (If measuring tree circumference, divide circumference by 3 to obtain the DBH in inches.)
2) Calculate the number of injection sites by dividing the DBH in inches by 2.
3) Divide the total dose by the number of injection sites to determine required dosage per injection site.

**Example:** For a tree with a DBH of 10 inches (or circumference of 30 inches):
1) DBH = 10" (circumference 30" ÷ 3 = 10").
2) Divide DBH of 10" by 2 = 5 injection sites.
3) Divide 26.4 mL by 5 injection sites = 5.28 mL per injection site.

Using the STINGER Tip
Use a 7/32" diameter drill bit. Push STINGER needle into hole and twist right for a snug fit, start application, and remove the STINGER needle upon completion. The STINGER Method requires no Arborplug®. Clean and disinfect needles between trees.

Using Arborplug®
Use the 9/32" drill bit for the #3 Arborplug and the 3/8" drill bit for the #4 Arborplug. Drill bits should be clean and sharp. Insert the Arborplug, countersink to the thickness of the bark using the set tool and hammer. Inject by inserting the VIPER needle, start application, and remove the VIPER needle upon completion. The Arborplug will remain in the tree.

FUTURE INJECTIONS IN THE SAME TREE
Future injections in the same tree are applied into new holes placed intermediate to the old injection sites. Drill new sites either above or below (by 2" vertically) to the old sites and 2 to 3" horizontally from them. Applied correctly, this will form a triangular pattern with the old sites.

[CONTINUED]

**APPLICATION OF PALM VARIETIES**

Phytoplasma Disease (Lethal Yellowing and Texas Phoenix Palm Decline) in Palms using the Arborjet Injection System

Apply to Palms 3-4 times annually for continuous protection from Phytoplasma Disease. For suppression of symptoms in a symptomatic palm use up to 3 times the amounts described in the table under Application Instructions. Once symptoms subside return to a preventative dosing schedule.

## MIXING INSTRUCTIONS

1 tsp. (5cc) of this product = 2.8 grams (0.1 oz)

| Quantity of Arbor-OTC | Amount of Water to Add | Yield of Mixed Solution | Approximate Number of Palms treated |
|---|---|---|---|
| 140 grams (5.0 oz) | 1250 mL | 1320 mL | 50 |
| 28 grams (1.0 oz) | 250 mL | 264 mL | 10 |
| 5.6g (0.2 oz.) | 50 mL | 52.8 mL | 2 |
| 2.8 grams (0.1 oz) | 25 mL | 26.4 mL | 1 |

1.  Determine total number of doses desired for project or container size.
2.  Add quantity of Arbor-OTC from first column into the delivery bottle, add purified water per Mixing Instructions. Alternatively, add 250 milliliters of purified water into the 28g container of Arbor-OTC and use to treat 10 palms.
3.  Replace lid and shake vigorously for several minutes until powder is completely dissolved.

## APPLICATION INSTRUCTIONS

Due to the nature of Palms' vascular system only one injection site is needed per palm per application.

| Small Palm | Average Palm | Large Palm |
|---|---|---|
| < 6' Clear Trunk | 6' –15' Clear Trunk | >15' Clear Trunk |
| 16 mL of Solution | ~26 mL of Solution | 35 mL of Solution |

Trunk diameter should be taken into consideration. A small trunk diameter can reduce by one category the dose required and a large trunk diameter can increase by one category the dose required.

**Treating Palms**

Inject into the trunk into lignified (hardened, woody) tissues typically within 2-3 ft. of the soil. Drill into the stem 4" as instructed below. Inject through the Arborplug. Only one injection site is needed.

**Using the STINGER Tip for Palms**

Use a 7/32" diameter drill bit. Push STINGER needle into hole and twist right for a snug fit, start application, and remove the STINGER needle upon completion. The STINGER Method requires no Arborplugs®. Clean and disinfect needles between trees.

**Using Arborplugs® for Palms**

Use the 9/32" drill bit for the #3 Arborplug and the 3/8" drill bit for the #4 Arborplug. Drill bits should be clean and sharp. Insert the Arborplug using the set tool and hammer. Inject by inserting the VIPER needle, start application, and remove the VIPER needle upon completion. The Arborplug will remain in the tree.

ADDITIONAL INJECTIONS IN A SINGLE PALM

Additional injections can use the same hole as long as new tissue is accessed deeper in the hole. For additional injections:

**Arborplug**

Remove the plug and use a 3/16 drill bit and drill 1/2 inch deeper.

Drill the Arborplug hole 1/2 inch deeper and replace it with a new Arborplug*.

Inject prescribed dose as instructed above using Arborplug.

**Stinger Tip**

Use 3/16 inch drill to drill hole ½ inch deeper.

Inject prescribed dose as outlined above for Stinger Tip.

*Note: If you originally used the # 3 Arborplug, for re-treatment we recommend replacing with a # 4 Arborplug to more easily make the application using the original injection site.

## ARBOR-OTC CAN BE USED TO TREAT THE FOLLOWING BACTERIAL DISEASES IN THE FOLLOWING TREES [NON-CROP BEARING ORNAMENTALS ONLY]:

| DISEASE | TYPE OF TREE |
|---|---|
| Ash Yellows | Ash |
| Bacterial Blast* | Apple, Pear |
| Bacterial Blight* | Flowering Crabapple, Hawthorn, Lilac, Walnut |
| Bacterial Canker* | Hickory, Horsechestnut, Maple, Mimosa, Oak, Persian Walnut |
| Bacterial Leaf Scorch | Elm, Gum, Oak, Oleander, Sycamore |
| Blossom Blast* | Citrus, Grapefruit, Lime, Tea rose, Walnut |
| Blossom Blight and Canker* | Almond, Apricot, Cherry, Peach, Pear, Plum |
| Bunch Disease* | Butternut, Pecan, Walnut |
| Crown Gall* | Flowering Quince, Quince |
| Decline* | Peach, Pear, Nectarine |
| Fire Blight | Apple, Apricot, Cherry, Chokecherry, Cliff rose, Cotoneaster, Crabapple, Creambush, Firethorn, Flowering Quince, Hawthorn, Indian Hawthorn, Loquat, Mountain Ash, Ninebark, Pear, Pearlbush, Photinia, Plum, Quince, Rose, Serviceberry |
| Fruit Spot* | Avocado |
| Leaf and Shoot Blight* | Mock Orange |
| Leaf Blight and Brown Rot* | Mandarin Orange |
| Leaf Spot* | Basswood, Hibiscus, Magnolia |
| Lethal Decline* | Basswood, Hibiscus, Magnolia |
| Phloem Necrosis | Elm |
| Phytoplasma Disease | Palms |
| Stem Canker* | Poplar |
| Stubborn Disease* | Citrus |
| Tip Dieback* | Maple |
| Vascular Yellows | Ash, Elm |
| Wetwood / Slime Flux* | Apple, Cherry, Elm, Hickory, Maple, Oak, Peach, Pear, Plum, Poplar, Walnut |
| Witches' Broom (caused by mycoplasma-like organisms)* | Apple, Ash, Dogwood, Elm, Lilac, Locust, Peach, Sassafras |
| X-Disease* | Cherry, Chokecherry, Nectarine, Peach, Plum |

*Not for use in California

STORAGE AND DISPOSAL

Do not contaminate water, food or feed by storage or disposal.

**Pesticide Storage:** Keep tightly closed and sealed. Product is moisture, temperature and light sensitive. Product is hygroscopic so protect from moisture. Store in a cool (<77°F, 25°C), dry place away from heat and open flames with minimum exposure to the atmosphere. Avoid extremes in temperature. If the injection device does not completely empty within a few hours, depressurize the device and remove from the tree in an inverted position to avoid the solution leaking.

**Pesticide Disposal:** Wastes resulting from use of this product must be disposed of on site or at an approved waste disposal facility.

**Container Handling:** Non-refillable container. Do not reuse or refill this container. Triple rinse the container to remove any leftover residue from the container. Offer for recycling if available or dispose of in a sanitary landfill or by incineration or if allowed by state and local authorities, by burning. If burned, stay out of smoke. Offer for recycling if available. If not, discard in sanitary landfill.

## CONDITIONS OF SALE AND LIMITATION OF WARRANTY AND LIABILITY

Notice: Read the entire Directions for Use and Conditions of Sale and Limitation of Warranty and Liability before buying or using this product. If the terms are not acceptable, return the product at once, unopened, and the purchase price will be refunded. The Directions for Use of this product must be followed carefully. It is impossible to eliminate all risks inherently associated with the use of this product. Tree injury, ineffectiveness or other unintended consequence may result because of such factors as manner of use or application, weather or tree conditions, presence of other materials or other influencing factors in the use of the product, which are beyond the control of ARBORJET, INC. or Seller. To the extent consistent with applicable law, all such risks shall be assumed by Buyer and User, and Buyer and User agree to hold ARBORJET, INC. and Seller harmless for any claims relating to such factors.

ARBORJET, INC. warrants that this product conforms to the chemical description on the label and is reasonably fit for the purposes stated in the Directions for Use, subject to the inherent risks referred to above, when used in accordance with directions. This warranty does not extend to the use of the product contrary to label instructions, and Buyer and User assume the risk of any such use. TO THE EXTENT CONSISTENT WITH APPLICABLE LAW, ARBORJET, INC. MAKES NO WARRANTIES OR MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE NOR ANY OTHER EXPRESS OR IMPLIED WARRANTY EXCEPT AS STATED ABOVE.

ARBORJET, INC.
To the fullest extent permitted by applicable law, ARBORJET, INC. or Seller shall not be liable for any incidental, consequential or special damages resulting from the use or handling of this product. TO THE EXTENT CONSISTENT WITH APPLICABLE LAW, THE EXCLUSIVE REMEDY OF THE USER OR BUYER, INJURIES OR DAMAGES (INCLUDING CLAIMS BASED ON BREACH OF WARRANTY, CONTRACT, NEGLIGENCE, TORT, STRICT LIABLITY OR OTHERWISE) RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT, SHALL BE THE RETURN OF THE PURCHASE PRICE OF THE PRODUCT OR, AT THE ELECTION OF ARBORJET, INC. OR SELLER, THE REPLACEMENT OF THE PRODUCT.

ARBORJET, INC. and Seller offer this product, subject to the foregoing Conditions of Sale and Limitation of Warranty and Liability, which may not be modified except by written agreement signed by a duly authorized representative of ARBORJET, INC.

ARBORJET, INC.
99 Blueberry Hill Rd.
Woburn, MA. 01801



REV 1/2014

# EXHIBIT B-10

HᴏʀᴛSᴄɪᴇɴᴄᴇ 58(7):768–778. 2023. https://doi.org/10.21273/HORTSCI17172-23

# Evaluation of Trunk Injection Techniques for Systemic Delivery of Huanglongbing Therapies in Citrus

Leigh Archer and Ute Albrecht
*University of Florida/IFAS, Southwest Florida Research and Education Center, Immokalee, FL 34142, USA*

*Keywords.* citrus greening, compartmentalization, crop protection, imidacloprid, oxytetracycline, wounding

*Abstract.* **The bacterial pathogen associated with citrus huanglongbing (HLB) resides in the phloem of affected trees. The widespread abundance of the vector in Florida, the Asian citrus psyllid (*Diaphorina citri*), and the location of the pathogen in the tree vascular tissue limits the efficacy of foliar-applied therapies. Trunk injection is a crop protection strategy that applies therapeutic compounds directly into the tree vascular system, enabling their systemic distribution within the tree. However, limited information is available on the most effective methodology for implementing trunk injection at the commercial scale and the extent of damage inflicted by the injection. In this study, 5-year-old HLB-affected 'Midsweet' sweet orange (*Citrus sinensis*) trees were injected with the insecticide imidacloprid, the antibacterial oxytetracycline, or water. Injections occurred in Jun and Oct 2020 using three trunk injection techniques. Trees were monitored for external wounding and internal damage associated with injection, as well as tree health, bacterial titers, and yield for two production seasons. Low-pressure injection caused the least damage; however, it was less effective at delivering the tested compounds than medium- or high-pressure injection. Despite causing the greatest extent of external and internal damage at the injection site, injection of oxytetracycline significantly improved tree health, reduced bacterial titers, and increased yield in the two seasons of this study. Imidacloprid injection caused less wound damage but did not result in any lasting benefits to the trees. These results suggest that trunk injection of oxytetracycline could be an effective strategy for managing HLB and that the damage inflicted by this crop protection strategy can be reduced by selecting a suitable injection technique.**

Trunk injection is a delivery method for plant protection materials that is based on the direct application of protective or therapeutic compounds into the vascular system of a woody plant (Archer et al. 2022a). This method for delivery has been around for centuries (Roach 1939) but has not been optimized for use in commercial crop production systems due to the costs and time required to perform injections at the industrial scale. The expected benefits associated with injection, as opposed to aerial or soil drench applications, include greater product efficacy, a reduced risk of drift and runoff, less impact on nontarget organisms, and longer persistence of the applied compound (Sánchez Zamora and Fernández Escobar 2000; Wise et al. 2014). Many commercially available trunk injection systems have been developed that

use varying levels of pressure and cause different degrees of wounding and damage at the injection site (Archer et al. 2022a; Berger and Laurent 2019).

Most of the existing injection systems rely on drilling a hole into the trunk, followed by insertion of a pressurized or nonpressurized injection device for compound delivery. Injection devices that supply high pressure typically require the use of a plastic plug as an injection port for delivery (Archer et al. 2022a; Berger and Laurent 2019). These high-pressure devices supply pressures up to 100 psi to minimize the amount of time needed for delivery. Devices that use lower (medium) pressures typically apply the compounds directly into the trunk without using a plastic plug or other type of injection support. These devices may or may not require drilling, but delivery usually takes more time (Berger and Laurent 2019). The final category of injection devices relies on the natural uptake of the tree and using only gravitational pressure. These trunk "infusion" devices, here defined as "low-pressure" injection devices, may reduce the extent of internal damage by minimizing pressure and therefore the risk of embolisms within the xylem vessels. The complete uptake of applied compounds using gravity infusion may take several days, or depending on tree size, tree physiological state,

environmental conditions, and other factors and thus may not be practical (Pegg 1990).

Any device used to inject materials into a tree causes injury and triggers a wound response (Morris et al. 2016, 2020). The time required to close and heal the injection wound varies depending on the wound size, the injected compound, and various physiological and environmental factors (Doccola et al. 2011). The size of the injection port, which is determined by the drill bit diameter or the dimensions of other types of no-drill injection devices, is generally a key factor determining the speed of wound closure (Aćimović et al. 2016). Wound closure is driven by woundwood formation around the injection port, which is preceded by cambial growth and callus formation (Luley 2015; Smith 2015). Although external woundwood development is the most visible damage associated with injection, it may not relate to the extent of internal damage caused by the injection and resulting effects on tree physiology, including whole tree hydraulic functioning or carbohydrate movement and partitioning.

The CODIT (compartmentalization of decay in trees) concept describes how trees prevent the rampant spread of internal decay after injury (Shigo and Marx 1977). The concept was expanded by Morris et al. (2016, 2020) to replace the term "decay" with "damage/dysfunction" and to describe the wound response on a cellular and biochemical level. The ability to compartmentalize damage depends on different tree physiological and environmental factors (Eyles et al. 2003), such as tree growth rate and xylem structure. However, in the case of trunk injection, the internal injury from the injected therapeutic compound itself may generate greater damage than the physical injury associated with the injection (Costinis 1980). Therefore, to warrant use on a large scale, the benefit of any applied therapeutic must be greater than the risk of damage caused by the injection. There is limited research on how the use of pressurized injection systems for delivery of therapeutics and use of injection plugs impacts the extent of internal decay. Moreover, little information is available on the efficacy of different injection techniques in individual tree crops. Such information is critical for developing recommendations for growers seeking to implement trunk injection as a crop management technique at the commercial scale.

Huanglongbing (HLB), or citrus greening, has devastated the Florida citrus industry since it was first detected in 2005 (da Graça et al. 2016; Gottwald et al. 2007). In Florida and most other citrus-producing areas, HLB is associated with the phloem-limited bacterium *Candidatus* Liberibacter asiaticus (CLas) and spread by the Asian citrus psyllid *Diaphorina citri* (Halbert and Manjunath 2004; Hall et al. 2013). The bacteria cause phloem collapse and other physiological disruptions, resulting in tree decline, reduced production, and inferior-quality fruit (Achor et al. 2010; Albrecht and Bowman 2008; Bové 2006; Ma et al. 2022). Management strategies for HLB include vector exclusion (Gaire et al. 2022), vector control (Qureshi et al. 2014), and different horticultural

Received for publication 23 Mar 2023. Accepted for publication 26 Apr 2023.
Published online 21 Jun 2023.
Funding for this study was provided by the USDA NIFA Citrus Disease Research and Extension Program, grant number 2019-70016-29096.
U.A. is the corresponding author. E-mail: ualbrecht@ufl.edu.
This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/).

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/)

management approaches (Ferrarezi et al. 2020; Singh et al. 2022).

Imidacloprid (IMI) is a systemic neonicotinoid insecticide that is typically applied as a soil drench in young citrus trees or as a foliar spray (Boina and Bloomquist 2015). IMI is one of the products used most regularly by citrus growers for psyllid management because it can effectively control psyllid populations for at least 60 d after treatment (Miranda et al. 2016). Both soil drenching and foliar sprays, however, can negatively affect nontarget organisms (Chen et al. 2017) and contribute to runoff and risks for surrounding communities and the environment. Moreover, repeated spray applications of IMI in citrus have led to resistance and therefore reduced efficacy for HLB management (Tiwari et al. 2011). Injectable IMI formulations have been successfully used to manage insects in other tree species, such as apples and elms (Mota-Sanchez et al. 2009; VanWoerkom et al. 2014); however, trunk injection of IMI for psyllid management in HLB-affected citrus has not been extensively tested (Archer et al. 2022b).

In 2016, the US Environmental Protection Agency passed an emergency exemption allowing the foliar application of oxytetracycline (OTC) and streptomycin in commercial citrus groves in Florida to manage HLB. Despite extensive use, foliar applications of these antibiotics have not proven effective due to the location of the pathogen in the phloem (Killiny et al. 2020; Zhang et al. 2019). Recent trunk injection experiments, however, have identified several antibacterials with antagonistic effects on the HLB-associated bacteria, including OTC, streptomycin, and penicillin (Hu and Wang 2016; Li et al. 2019; McVay et al. 2019). Notably, certain formulations of OTC have been registered for injection to manage the phytoplasmas associated with lethal-yellowing-type diseases in palms for decades (Bahder and Helmick 2019). The lethal-yellow associated pathogens, like CLas, are phloem-limited and spread by an insect vector (Gurr et al. 2016). Both curative and preventative injections of OTC have proven effective at preventing the development or progression of symptoms associated with lethal yellow disease (Soto et al. 2020). Field experiments in Florida injecting relatively high doses of OTC to manage bacterial titers have shown to reduce bacterial titers and improve tree health (Hu et al. 2018; Li et al. 2019). Positive effects of OTC injections on fruit quality and yield of citrus trees were also reported more recently (Archer et al. 2022b, 2023) and trunk injection of OTC was approved for use in commercial citrus trees in Florida in Oct 2022. More information is therefore needed to help develop best practices for use of this technology and to prevent damage and maximize efficiency.

This study was established to determine the physiological effects and other implications of trunk injection in field grown 'Midsweet' sweet orange (Citrus sinensis) trees using different injection techniques and different therapeutic compounds. The first objective was to measure seasonal differences in uptake and distribution of trunk-injected compounds using high-, medium-, or low-pressure injection techniques. The second objective was to monitor the ability of the trees to heal wounds and compartmentalize internal damage after injection of different compounds using the different injection techniques. We hypothesized that the introduction of xenobiotics (chemical substances that are not naturally produced or expected to be present within an organism) such as OTC or IMI causes greater injury and hinders effective internal compartmentalization and that wound healing is enhanced when trees are metabolically more active. The third objective was to determine the efficacy of trunk-injected OTC and trunk-injected IMI as crop protection materials for HLB management by monitoring bacterial titer, tree health, and yield after injection.

## Materials and Methods

*Plant material and experimental design.* Trees used for this study were 5-year old 'Midsweet' orange (Citrus sinensis) trees grafted on Swingle citrumelo (C. paradisi 'Duncan' × Poncirus trifoliata) rootstock. Trees were located at the Southwest Florida Research and Education Center in Immokalee, FL (lat. 26.463663 N, long. 81.443892 W). At the time of the first injection, the average tree height was 132 cm; the average scion and rootstock trunk diameter measured 5 cm above and below the graft union was 4.4 cm and 6.8 cm, respectively. Because of the endemic nature of HLB in Florida since 2013 (Graham et al. 2020), all trees used in the experiment were naturally affected by HLB and were confirmed positive for CLas before the start of the study using real-time polymerase chain reaction (PCR) as described subsequently. The trees were fertilized at a rate of 0.5 pounds (0.23 kg) per tree using conventional granular fertilizer (8N–4P–8K; Diamond R, Fort Pierce, FL, USA) every 6 months and slow-release fertilizer (12N–8P–6K; Diamond R) three times per year. Irrigation was by under-tree microjets. Insect management included 2 to 3 yearly dormant and early-season foliar applications of broad-spectrum insecticides (Stansly et al. 2009), although psyllid populations were consistently high during periods of new vegetative flush throughout the year. The experiment was conducted and analyzed as a 3 × 3 factorial randomized complete block design with injection system and injected compound (discussed subsequently) as fixed factors. Six replications were used for each treatment, each consisting of one tree (60 trees total).

*Tree injections.* To compare seasonal differences, trunk injections were performed in Jun 2020 (injection 1) and Oct 2020 (injection 2). Each tree received two injections at each time point on opposite sides of the trunk, offset vertically by ∼2 cm. Injection sites were positioned in the north/south direction in June, and the east/west direction in October. All injections were made on sunny days between 9:00 AM and 11:00 AM into the scion trunk, approximately halfway between the graft union and the lowest scaffold branch.

*Injection techniques.* Three injection pressures were compared: 1) high-pressure injection using a large-diameter injection port in combination with a plastic plug, 2) medium-pressure injection using a medium-diameter injection port, and 3) low-pressure injection using a small-diameter injection port. For high-pressure injection, the Arborjet QUIK-jet Air (Arborjet, Inc., Woburn, MA, USA) was used, set at 90 psi, in combination with the #3 Arborplug, which requires a 7.14 mm × 20 mm drilled injection port for application. Compound uptake typically takes several minutes and the Arborplug remains in the tree after injection. For medium-pressure injection, the Chemjet Tree Injector® (Chemjet®, Brisbane, Australia), a spring-loaded syringe that releases liquid with a force of 25 to 35 psi and requires a 4.3 × 15 mm drilled injection port for application, was used. All Chemjets were inserted directly into the drilled hole at an angle of ∼20–30 degrees and were removed once all compound was taken up by the tree. For low-pressure injection, a 20-mL plastic syringe attached to a 1-mL pipette tip via 10 cm of latex tubing (3-mm inner diameter) and sealed with parafilm to prevent leaking, was used. The injection port was drilled with a 1.6-mm drill bit to a depth of 10 mm, and the syringe was hung ∼10 cm above the injection site to create a minimal gravity-based pressure. The syringes were left in the tree for 48 h. All holes were drilled using Brad point drill bits and a 20V battery-powered drill (Dewalt, Baltimore, MD).

*Injected compounds.* Two therapeutic compounds were compared: 1) OTC and 2) IMI. The OTC formulation was Arbor-OTC (Arborjet, Inc.; 39.6% oxytetracycline hydrochloride) applied at a concentration of 2 g per tree (0.792 g a.i.), dissolved in 40 mL deionized water. Twenty milliliters of the dissolved formulation were injected into each side of the tree. The IMI formulation was 4 mL Xytect (Rainbow Ecoscience, Minnetonka, MN, USA; 10% infusible imidacloprid; 0.4 g a.i.). Two milliliters of the nondiluted liquid formulation were injected into each side of the tree. Deionized water (20 mL per side of tree) was injected as a control. One tree in each experimental unit was left as a noninjected control.

*Compound distribution.* To assess how quickly OTC is distributed to the leaves after injection leaf samples were collected 6, 24, and 74 h after injection. Four leaves from each tree were randomly collected from around the canopy at each time point, immediately frozen in liquid nitrogen, and stored at –80 °C until analysis. Leaves were pulverized with liquid nitrogen using a mortar and pestle for IMI and OTC quantification.

OTC detection was carried out following the protocol established in Hijaz et al. (2021) with minor modifications. Briefly, the OTC extraction solution (2.2% trichloroacetic acid in 1 M HCl) was added to 100 mg of ground

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0

tissue and incubated on ice for five min. The samples were shaken for 5 min with a Bio-Spec Mini-Beadbeater-96 (Bartlesville, OK, USA), incubated on ice for another 5 min, and shaken for an additional 5 min before proceeding with centrifugation, decanting, and cleanup using Oasis PRiME hydrophilic-lipophilic-balanced cartridges (Waters, Milford, MA) for solid phase extraction. Plates were read using a europium-sensitized fluorescence-based method as described in Hijaz et al. (2021) and a multimode reader (BioTek Synergy HTX; Agilent, Santa Clara, CA, USA) with the excitation wavelength set to $360 \pm 40$ nm, the emission wavelength set to $620 \pm 20$ nm, and the gain set to 80.

IMI detection was carried out using the Eurofins Imidacloprid ELISA kit (Eurofins Abraxis, Warminster, PA, USA) following the manufacturer's instructions for extraction and quantification of imidacloprid residue in leaf tissue and using a spectrophotometer (SpectraMax 190; Molecular Devices, San Jose, CA, USA).

*Wound analysis.* External wound measurements were conducted 4, 8, and 12 months after injection and at tree take-down, 19 months after injection 1, following the protocol of Aćimović et al. (2016) with some modifications. Wound size (average of length and width of the wound) and the length of bark cracking were measured using a digital caliper. Wound depth was a direct function of the depth to which the drill bit was inserted and did not measurably increase between the time of injection and tree take-down. Each wound was assessed as either "open" or "closed" based on whether a 0.8-mm wire could be inserted through the hole in the center of the wound callus or wound-wood encapsulating the injection port.

In Jan 2022, trees were cut at soil level. Following external wound measurements as described above, trees were cut horizontally using a vertical band saw (Rikon 10–305; Rikon Tools, Billerica, MA, USA) in 3-cm increments above and below each injection port until the whole wound compartmentalization zone was encompassed. Horizontal images of the injection wounds were captured using an Epson V850 Pro scanner (Epson, Los Alamitos, CA, USA) to measure the internal compartmentalization area in the radial and tangential direction (Supplemental Fig. 1).

Each 3-cm disk containing the wound area was sliced vertically though the injection port and scanned to measure the area of the axial wound compartmentalization zone. The areas of the tangential/radial and axial compartmentalization zones were calculated using ImageJ 1.52p software (Rasband, National Institutes of Health, USA) by converting images to grayscale and manually thresholding each image to represent the area of discoloration (Supplemental Fig. 1).

*CLas detection. C*Las titers were assessed every 4 months starting in Jun 2020 and before the first injection. One leaf was selected randomly from each quadrant of the tree canopy from the newest flush hardened off flush with minimal damage from insects or other pests. Petioles and midribs were excised and pulverized in liquid nitrogen with a mortar and pestle. One hundred milligrams of tissue was used for DNA extraction using the DNeasy Plant Mini Kit (Qiagen, Valencia, CA, USA) according to the manufacturer's instructions. Real-time PCR assays were performed using primers HLBas/HLBr and probe HLBp (Li et al. 2006), and normalization with primers COXf/COXr and probe COXp. Amplifications were performed using an Applied Biosystems QuantStudio 3 Real-Time PCR (Foster City, CA, USA) and the iTaq Universal Probes Supermix (Bio-Rad, Hercules, CA, USA) over 40 cycles (15-s denaturation at 95 °C, 60 s annealing/extension at 60 °C) after Taq activation for 1 min at 95 °C. All reactions were carried out in a 20-µL reaction volume using 2 µL of DNA.

*Tree health.* Scion and rootstock trunk diameter 5 cm above and 5 cm below the graft union and tree height and canopy width in two directions were measured at the beginning (Jun 2020) and end (Jan 2022) of the study to calculate differences in tree growth. Visual ratings of HLB foliar disease symptoms, canopy color, and canopy density, were conducted every 4 months to assess tree health. HLB foliar symptoms were rated on a scale of 1 to 5 where 1 = 0% of branches with HLB symptoms, 2 = 1% to 25% of branches with HLB symptoms, 3 = 26% to 50% of branches with HLB symptoms, 4 = 51% to 75% of branches with HLB symptoms, and 5 = >75% of branches with HLB symptoms. Canopy color was rated on a scale of 1 to 5 where 1 = very yellow and 5 = dark green. Canopy density was rated on a scale of 1 to 5 where 1 = very sparse and 5 = very dense. Leaf area was measured in Oct 2021 (1 year after injection 2 and when the fall flush had fully hardened) by scanning 15 mature leaves from each tree on a flatbed scanner (Epson Perfection v850 Pro; Epson America, Los Alamitos, CA, USA) and measuring the area using ImageJ 1.52p software.

*Fruit yield and quality.* Fruits were harvested on 15 Dec 2020 and 12 Dec 2021 to calculate yield per tree and percent fruit drop. The total number of fruits on each tree and the total number of fruits that dropped from each tree were counted at harvest and used to calculate the percent fruit drop for each tree. Yield (kilograms) was obtained for each individual tree by counting and weighing all fruits. Fruit color, fruit size (diameter), brix, and titratable acidity were measured in 2021 by randomly selecting 10 fruits, or all fruits if the total yield number was less than 10, from each tree. Fruit quality was measured by determining Brix using a digital refractometer (Hanna Instruments, Smithfield, RI, USA), titratable acidity by titrating sodium hydroxide to a phenolphthalein endpoint, and fruit color using a CR-400 chroma meter (Konica Minolta, Ramsey, NJ, USA). Results are presented as the brix-to-acid ratio and the a*/b* color ratio. Fruit quality was not measured in 2020 because there were not enough fruits to conduct measurements for all treatments.

*Statistical analysis.* All analyses were conducted in RStudio Version 1.4.1717 (R Core Team, Vienna, Austria). A two-way analysis of variance was performed for comparison of differences in bacterial titer, wound size, tree size, and harvest data. Where differences were significant, post hoc comparison of means was calculated using Tukey's honest significant difference *P* value adjustment for multiple pairwise comparisons. Wound closure and the occurrence of bark cracking were analyzed with month of injection, injection pressure, and injected compound as factors and using a chi-square test of independence to determine significance. Visual ratings of tree health between main factors at each time point were compared using the Kruskal–Wallis rank sum test and post hoc comparison of means using a Wilcox rank sum test with continuity correction. Visual ratings between all combinations of treatments were compared using the Kruskal–Wallis rank sum test and post hoc comparison of means using Dunn's test.

## Results

*Compound distribution.* The full amount of liquid in each syringe was taken up by the



Fig. 1. Oxytetracycline (**A**) and imidacloprid (**B**) residues in leaf blades 6, 24, and 72 h after injection (HAI) using high-pressure injection, medium-pressure injection, or low-pressure injection. FW = fresh weight.

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0/

tree within 20 to 30 min when using high and medium pressure. Typically, only 70% to 90% of liquid was taken up when using low pressure, even after 48 h.

There was a significant effect of injection system on leaf OTC concentrations after 6, 24, and 72 h (Fig. 1). The mean concentration of OTC in the leaves after medium-pressure injection was 12.6 mg/g fresh weight (FW) compared with 6.2 mg/g FW after high-pressure injection, and 1.9 mg/g FW after low-pressure injection. There was also a significant effect of time after injection on leaf OTC concentrations. Concentrations peaked at 9.2 mg/g FW after 6 h, falling to 7.2 mg/g FW after 24 h, and to 4.3 mg/g FW after 72 h.

There was no significant difference in leaf concentrations of IMI due to the injection pressure at any time point after injection; however, maximum leaf concentrations of 113 ng/g FW were found 72 h after injection.

*External wound closure and wound size.* Injection in June resulted in a significantly higher occurrence of wound closure after 4 and 8 months (44% and 58%, respectively) than injection in October (28% and 41%, respectively) (Table 1). One year after injection, 64% of wounds were closed regardless of the month of injection (Fig. 2). The type of compound also had a significant effect on wound closure 4 months after injection in both June and October. None of the wounds caused by OTC injection closed fully within 4 months after injection, while 67% and 42% of the wounds caused by either IMI or water closed fully within 4 months after injection in June and October, respectively. Eight months after the October injection, the percentage of closed wounds after OTC injection was still significantly reduced, but after 12 months, there were no differences among the type of compounds for either the June or October injection. The injection pressure had a significant effect on wound closure from 4 to 12 months after injection regardless of whether injections were performed in June or in October. Only 4% of wounds created using high-pressure injection through a plastic plug that remains in the tree were closed 12 months after injection. In contrast, 86% to 97% of wounds were closed when using medium- or low-pressure injection.

Twelve months after injection there was a significant interaction between the injection pressure and the injected compound on wound size (Table 2). OTC, IMI, and water injected using high pressure, and OTC injected using medium pressure caused significantly larger wounds than the other treatments (Fig. 2). The type of compound injected also had a significant effect on bark cracking. OTC caused extensive external damage (Supplemental Fig. 2) with bark cracks that were 21.4 mm in length, whereas IMI and water caused cracks that were 11.8 and 14.2 mm, respectively. Across all compounds, the average length of bark cracks with the use of the low-pressure system was 6.9 mm, whereas the length of cracks caused by the medium- and high-pressure systems was 19.9 and 20.6 mm, respectively.

Table 1. Percentage of closed wounds after injection in June or October of imidacloprid, oxytetracycline, or water using high, medium, or low pressure.

| | 4 MAI[i] (%)[ii] | 8 MAI (%) | 12 MAI (%) |
|---|---|---|---|
| Month of injection | | | |
| June | 44 | 58 | 64 |
| October | 28 | 41 | 64 |
| $P$ value | 0.021 | 0.017 | 1.000 |

| | June | | | October | | |
|---|---|---|---|---|---|---|
| | 4 MAI (%) | 8 MAI (%) | 12 MAI (%) | 4 MAI (%) | 8 MAI (%) | 12 MAI (%) |
| Compound | | | | | | |
| Oxytetracycline | 0 | 43 | 61 | 0 | 11 | 53 |
| Imidacloprid | 67 | 64 | 64 | 42 | 58 | 69 |
| Water | 67 | 64 | 67 | 42 | 53 | 69 |
| $P$ value | <0.0001 | 0.086 | 0.887 | <0.0001 | <0.0001 | 0.236 |
| Injection pressure | | | | | | |
| High | 0 | 0 | 0 | 0 | 0 | 8 |
| Medium | 67 | 80 | 94 | 24 | 47 | 86 |
| Low | 67 | 94 | 97 | 61 | 75 | 97 |
| $P$ value | <0.0001 | <0.0001 | <0.0001 | <0.0001 | <0.0001 | <0.0001 |

Significant differences for each factor were determined with the chi-square test of independence.
[i] MAI = month after injection.
[ii] Wound closure is expressed as the percentage of fully closed wounds.

*Wound compartmentalization.* The interaction between compound and injection pressure had a significant effect on the area of the tangential and radial compartmentalization zone (Table 3 and Fig. 3). The largest area was observed after OTC injection using



Fig. 2. Wound closure 12 months after injection of oxytetracycline (**A, D, G**), imidacloprid (**B, E, H**), and water (**C, F, I**) using low-pressure injection (**A–C**), medium-pressure injection (**D–F**), or high-pressure injection (**G–I**).

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0/

Table 2. External wound size and length of bark cracking 12 months after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure.

| | Wound size (mm) | Bark crack length (mm) |
|---|---|---|
| Compound | | |
| Oxytetracycline | 21.3 a[1] | 21.4 a |
| Imidacloprid | 14.9 b | 11.8 b |
| Water | 14.2 b | 14.2 ab |
| P value | <0.0001 | 0.018 |
| Injection pressure | | |
| High | 23.6 a | 20.6 a |
| Medium | 16.7 b | 19.9 a |
| Low | 10.1 c | 6.9 b |
| P value | <0.0001 | <0.0001 |
| Compound × injection pressure | | |
| Oxytetracycline × high | 25.0 a | 27.6 |
| Oxytetracycline × medium | 26.3 a | 28.5 |
| Oxytetracycline × low | 12.5 b | 8.1 |
| Imidacloprid × high | 26.7 a | 16.7 |
| Imidacloprid × medium | 11.6 b | 13.1 |
| Imidacloprid × low | 9.4 b | 5.6 |
| Water × high | 22.3 a | 17.5 |
| Water × medium | 10.6 b | 18.2 |
| Water × low | 8.1 b | 6.9 |
| P value | 0.0002 | 0.597 |

[1] Different letters within columns indicate significant differences according to Tukey's honest significant difference test (P < 0.05).

Table 3. Internal area of wound compartmentalization and thickness of new wood (woundwood) formed 16 months after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure.

| | Compartmentalization area (cm²) | | Woundwood thickness (mm) |
|---|---|---|---|
| | Radial and tangential | Axial | |
| Compound | | | |
| Oxytetracycline | 5.8 a[1] | 12.2 a | 2.02 a |
| Imidacloprid | 2.3 b | 5.1 b | 1.64 ab |
| Water | 1.9 b | 3.5 b | 1.61 b |
| P value | <0.0001 | <0.0001 | 0.023 |
| Injection pressure | | | |
| High | 4.6 a | 8.7 a | 1.80 b |
| Medium | 4.7 a | 10.0 a | 2.20 a |
| Low | 0.7 b | 2.1 b | 1.28 c |
| P value | <0.0001 | <0.0001 | <0.0001 |
| Compound × injection pressure | | | |
| Oxytetracycline × high | 7.1 b | 11.5 b | 2.05 |
| Oxytetracycline × medium | 9.4 a | 21.1 a | 2.72 |
| Oxytetracycline × low | 0.9 de | 2.9 cd | 1.28 |
| Imidacloprid × high | 3.5 c | 8.7 bc | 1.71 |
| Imidacloprid × medium | 2.9cd | 4.3cd | 2.01 |
| Imidacloprid × low | 0.7 e | 2.0 d | 1.21 |
| Water × high | 3.1 c | 5.9 bcd | 1.63 |
| Water × medium | 1.8 cde | 3.5 cd | 1.87 |
| Water × low | 0.6 e | 1.3 d | 1.33 |
| P value | <0.0001 | <0.0001 | 0.206 |

[1] Different letters within columns indicate significant differences according to Tukey's honest significant difference test (P < 0.05).

medium pressure (9.4 cm²), followed by OTC injection using high pressure (7.0 cm²). The smallest areas were observed after low-pressure injection of water (0.6 cm²) and imidacloprid (0.6 cm²).

The interaction between compound and injection pressure also had a significant effect on the area of the axial compartmentalization zone (Table 3 and Fig. 3). A larger axial compartmentalization zone area (21.1 cm²) was observed after medium-pressure injection of OTC, followed by high-pressure injection of OTC (11.5 cm²), than after injection with the other compound × injection pressure combinations. The smallest axial compartmentalization zones were observed after low-pressure injection of water (1.3 cm²) or imidacloprid (2.0 cm²).

Both the compound and the injection system had a significant effect on the thickness of woundwood around the injection port (Table 3 and Fig. 3). OTC injection resulted in significantly thicker woundwood (2.02 mm) than water injection (1.61 mm). Injection using medium pressure resulted in the thickest woundwood (2.20 mm), and injection using low-pressure system resulted in the thinnest (1.28 mm).

*Tree health.* CLas titers are expressed as the cycle threshold (Ct) value. Lower Ct values indicate higher CLas titers, and higher Ct values indicate lower CLas titers. All trees used in the experiment were confirmed to be infected before the first injection. The average Ct value across all experimental trees was 23.0 and there was no significant difference among treatments (Fig. 4 and Supplemental Table 1). There was a significant interaction between the injected compound and the injection pressure on leaf bacterial titers in Oct 2020, 4 months after injection 1 and immediately before injection 2. Injection of OTC with high or medium pressure resulted in significantly higher Ct values (35.7 and 28.9, respectively), and therefore lower CLas titers, than the other treatment combinations. The same trend was observed 4 and 8 months after injection 2 when Ct values after high- or medium-pressure injection of OTC were 32.8 to 34.4 compared with 21.8 to 23.8 for the other treatment combinations. In Oct 2021, 12 months after injection 2, trees injected with OTC using medium pressure had the highest Ct value (25.0) compared with most of the other treatment combinations.

Visual ratings of tree health were significantly affected by the interaction between compound and injection pressure. In Feb 2021, 8 months after injection 1 or 4 months after injection 2, trees injected with OTC by medium and high pressure had the fewest foliar HLB symptoms, followed by trees injected with IMI by medium and high pressure (Table 4). In Jun 2021, 8 months after injection 2, high- and medium-pressure OTC-injected trees had significantly fewer foliar HLB symptoms than all other trees. A similar trend was observed in Oct 2021, 12 months after injection 2. The greenest canopies were generally found when trees were injected with OTC by medium pressure, although in Jun 2021, both medium- and high-pressure OTC-injected trees were significantly greener than all other trees (Table 5). In Feb 2021, trees injected with OTC by high and medium pressure also had the densest canopy, followed by trees injected with IMI by high and medium pressure (Table 6). In Jun 2021, trees injected with OTC by high and medium pressure had a denser canopy than all other trees, and in Oct 2021 trees injected with OTC by medium pressure had the densest canopy of all trees.

There were no measurable differences for most of the measured tree growth variables However, the increase in scion circumference from the start of the trial in Jun 2020 to the end of the trial in Jan 2022 was significantly affected by the interaction between the injected compound and the injection pressure (Table 7). Medium-pressure OTC injections resulted in a 5.5 cm increase in scion circumference compared with low-pressure injection of IMI, OTC, and no injection (0.8–1.3 cm). There was also a significant effect of the interaction between the type of compound and the injection pressure on the leaf area. The average leaf area of trees injected with OTC at high and medium pressure was 9.6 and 10.8 cm² respectively, which was significantly larger than the leaf area of trees that been injected with water using either pressure or with IMI using low pressure (6.6–7.2 cm²).

*Harvest and fruit quality.* The interaction between the injected compound and the injection system pressure significantly affected the yield in both 2020 and 2021 (Fig. 5). There were no differences in yield between trees injected with OTC using high and medium pressure in 2020; however, in 2021 the yield from the medium-pressure OTC-injected trees was greater than from the high-pressure injected trees. In 2021, injections of OTC using either high or medium pressure resulted in yields of 4.3 and 7.6 kg per tree respectively, whereas no other treatments had yields above 0.8 kg per tree. There was also a significant interaction between injected compound and injection pressure for the percent fruit drop in 2020 and 2021 (Fig. 5). The medium- and high-pressure OTC injections resulted in 30.3% and 42.5% fruit drop in 2021, whereas fruit drop in all other treatments was greater than 72%.

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/), https://creativecommons.org/licenses/by-nc-nd/4.0/

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0/)

There was a significant effect of the type of compound on all fruit/juice quality variables including fruit diameter, percent Brix, titratable acidity, and external rind color. Fruits from trees that had been injected with OTC using high or medium pressure were significantly larger (67 mm) than fruits from most of the other trees (56–61 mm) (Supplemental Fig. 3). Brix was significantly higher (7.6%) and the percent acid lower (0.67%) when trees had been injected with OTC than after water injection (Table 8). There was no effect of the injection pressure. There was a significant interaction between injected compound and injection pressure for the brix-to-acid ratio. Juice from trees that had been injected with OTC by medium pressure had a ratio of 13.2, which was significantly higher than the ratio for juice from most of the other trees (7.1–9.2). Fruit from the OTC- injected trees also had a significantly lower (greener) external a*/b* rind color.

### Discussion

Many technologies are available for injection of plant protection materials into trees, palms, and woody shrubs. Some of these technologies require drilling relatively large injection holes (4.3–9.5 mm) and using pressures of 100 psi (689 kPa) or higher. These high-pressure injections usually occur through injectors that are attached to a portable canister filled with compressed gas (air or nitrogen). Other technologies are based on lower injection pressures or passive infusion and usually do not require a compressed air canister or other peripheral features (Archer et al. 2022a; Berger and Laurent 2019).

The Arborjet used in this study is one example of a high-pressure injection device. It uses 7.15-mm diameter plastic plugs which are inserted into the tree after drilling a hole. Injection occurs through specialized metal injection tips at pressures of 60–100 psi (413–689 kPa) using compressed gas. Although the plastic plugs enable the rapid injection of large volumes of material, they can cause more damage to trees than no-plug methods as they increase the size of the injection hole, increase the probability of bark cracking, and interfere with wound closure (Aćimović et al. 2016). Dendrology research has shown that plugging tree core wounds does not provide any benefit and can even interfere with the natural healing capabilities of the tree (Tsen et al. 2016 and references therein). Our study supported these findings as the plastic plug prevented full wound closure and led to significant callus formation and external wound damage. Additionally, it took up to 15 min per tree to drill the injection port, set the plug, and wait until all compound was delivered, which is likely not feasible at the commercial scale. When injecting water or IMI, the plastic plug also increased the size of the wound compartmentalization zone and the length of axial discoloration compared with the other injection systems used in our study.

The Chemjet medium-pressure injection system used in this study allows the plug-free



Fig. 3. Wound compartmentalization and woundwood formation 16 months after injection of oxytetracycline (**A, D, G**), imidacloprid (**B, E, H**), or water (**C, F, I**). (**A–C**) Trunk cross-sections showing the tangential and radial compartmentalization after medium-pressure injection; (**D–F**) longitudinal trunk sections showing the axial compartmentalization after high-pressure injection through a plastic plug which remains in the tree; (**G–I**) longitudinal trunk sections showing the axial compartmentalization and new layers of wood (blue arrows) after medium-pressure injection. Note that two injections were performed on opposite sides of the trunk resulting in discoloration on both sides of the trunk as seen in panel E. Orange bar = 1 cm.



Fig. 4. Leaf cycle threshold (Ct) values after injection of imidacloprid, oxytetracycline, or water using high-, medium-, or low-pressure injection. Asterisks indicate significant differences between treatments according to Tukey's honest significant difference test *$P < 0.05$; **$P < 0.01$; ***$P < 0.001$. Error bars are not shown for clarity. Mean separations and $P$ values are presented in Supplemental Table 1.

Table 4. Huanglongbing (HLB) foliar disease index after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure. HLB foliar disease index was rated on a scale of 1 to 5, where 1 = 0% of the canopy is symptomatic and 5 = 75% to 100% of the canopy is symptomatic.

| | Feb 2021 (4 MAI2)[i] | Jun 2021 (8 MAI2) | Oct 2021 (12 MAI2) |
|---|---|---|---|
| Compound | | | |
| Oxytetracycline | 3.2 C[ii] | 2.8 c | 3.4 c |
| Imidacloprid | 3.7 b | 4.3 b | 3.8 b |
| Water | 4.1 a | 4.7 a | 4.1 a |
| *P* value[iii] | 0.0001 | <0.0001 | 0.0007 |
| Injection pressure | | | |
| High | 3.5 b | 3.7 | 3.7 |
| Medium | 3.4 b | 3.7 | 3.6 |
| Low | 3.9 a | 4.4 | 4.0 |
| *P* value | 0.014 | 0.113 | 0.068 |
| Compound × injection pressure | | | |
| Oxytetracycline × high | 3.0 de | 2.3 c | 3.4 c |
| Oxytetracycline × medium | 2.7 e | 2.1 c | 2.9 c |
| Oxytetracycline × low | 3.9 ab | 4.1 b | 4.0 ab |
| Imidacloprid × high | 3.6 bcd | 4.3 b | 3.7 bc |
| Imidacloprid × medium | 3.5 cde | 4.4 ab | 3.9 ab |
| Imidacloprid × low | 3.9 abc | 4.3 b | 3.9 ab |
| Water × high | 4.0 ab | 4.5 ab | 4.1 ab |
| Water × medium | 4.1 a | 4.5 ab | 4.1 a |
| Water × low | 4.1 a | 4.9 a | 4.2 a |
| No injection | 4.2 a | 4.7 ab | 4.2 a |
| *P* value | <0.0001 | <0.0001 | 0.001 |

[i] MAI2 = months after injection 2.
[ii] Different letters within columns for each time point indicate significant differences ($P < 0.05$) according to Wilcox rank sum test with continuity correction for main factors or Dunn's test for the interactions.
[iii] *P* values were calculated using the Kruskal–Wallis rank sum test.

injection of materials into a smaller drilled injection port (4.3 mm). Injection occurs at a lower pressure (30–35 psi) and the rate of uptake of the applied compounds is usually slower (20–30 min) than that of higher-pressure systems. However, the injectors can be left in the tree until uptake is completed, allowing for injection of multiple trees simultaneously. In addition, eliminating the additional step of setting a plastic plug before injection makes these types of techniques more applicable at the commercial scale or in smaller trees, such as citrus, where a larger drill size can cause extensive damage. The medium-pressure injection also caused less external wounding and, when using water or IMI, resulted in

Table 5. Canopy color ratings after injection of imidacloprid, oxytetracycline, or water using using high, medium, or low pressure. Canopy color was rated on a scale of 1 to 5, where 1 = very yellow and 5 = dark green.

| | Feb 2021 (4 MAI2[i]) | Jun 2021 (8 MAI2) | Oct 2021 (12 MAI2) |
|---|---|---|---|
| Compound | | | |
| Oxytetracycline | 3.4 a | 3.4 a | 3.2 a |
| Imidacloprid | 2.4 b | 2.6 b | 2.8 a |
| Water | 2.4 b | 2.4 b | 2.8 a |
| *P* value[iii] | <0.0001 | 0.0001 | 0.043 |
| Injection pressure | | | |
| High | 2.9 a | 2.9 a | 3.0 a |
| Medium | 2.8 a | 2.9 a | 3.1 a |
| Low | 2.4 a | 2.5 a | 2.8 a |
| *P* value | 0.096 | 0.258 | 0.075 |
| Compound × injection pressure | | | |
| Oxytetracycline × high | 3.6 ab | 3.8 a | 3.3 ab |
| Oxytetracycline × medium | 3.8 a | 3.8 a | 3.6 a |
| Oxytetracycline × low | 2.7 cd | 2.7 b | 2.7 c |
| Imidacloprid × high | 2.3 cd | 2.5 b | 2.8 c |
| Imidacloprid × medium | 2.4 cd | 2.7 b | 2.9 bc |
| Imidacloprid × low | 2.4 cd | 2.6 b | 2.9 c |
| Water × high | 2.7 bc | 2.5 b | 2.8 bc |
| Water × medium | 2.2 d | 2.4 b | 2.9 bc |
| Water × low | 2.2 d | 2.4 b | 2.8 c |
| No injection | 2.5 cd | 2.4 b | 2.8 bc |
| *P* value | 0.0002 | 0.0008 | 0.027 |

[i] MAI2 = months after injection 2.
[ii] Different letters within columns for each time point indicate significant differences ($P < 0.05$) according to Wilcox rank sum test with continuity correction for main factors, or Dunn's test for the interactions.
[iii] *P* values were calculated using Kruskal–Wallis' rank sum test.

smaller internal compartmentalization zones compared with high-pressure injection.

Low-pressure injection using only gravitational pressure, also called trunk "infusion," is dependent on the natural uptake of the tree driven by transpiration (Aćimović et al. 2020). The low-pressure system used in this study relied on minimal, gravity-based pressure to promote uptake by hanging the syringe above the injection port. This homemade low-pressure system took several minutes to install, which made it less efficient than the Chemjet system. However, several commercial low-pressure devices (with prefilled formulations) are available, which are quick to install and can be left in the tree while uptake occurs (Berger and Laurent 2019). One of the major benefits of the low-pressure injection was that the smaller injection port size allowed for a more rapid wound closure and less internal injury compared with the medium- and high-pressure injection. Although wounding may be minimized, the use of low-pressure injection may not be practical in large-scale commercial crop production systems (Pegg 1990). More importantly, in our study low-pressure injection was ineffective in delivering and distributing the tested compounds, including water. It has also been noted that chemicals that are not efficiently distributed cause more damage to the tree because of the resulting high local concentration (Stennes and French 1987). Low-pressure injection indeed resulted in more intense discoloration around the injection site in some instances, but intensity was not assessed in this study.

Injection of OTC resulted in the greatest external wound size and slowest wound closure, as well as the most internal discoloration and largest compartmentalization zone across all injection techniques. Injection of IMI caused greater internal discoloration than injection of water, but there were no differences in external wound size and wound closure between the two. It is unclear whether wounding and discoloration caused by the OTC and IMI injections were due to the active ingredient or due to the inactive ingredient in each formulation. The OTC formulation had a pH of 1.8 and the IMI formulation had a pH of 4.6, corresponding to more damage and discoloration caused by the former than the latter. However, the discoloration may also be, at least in part, associated with the color of the formulation (Tanis and McCullough 2016). Research on how the concentration and/or formulation of a specific crop protection material affects wound healing and compartmentalization as well as longer-term impact on tree health is necessary before using it on a larger scale. In this study, OTC residue analysis in the leaves showed that medium-pressure injection was most effective in delivering OTC in young citrus trees. The high-pressure injection may have forced the injected compounds further into the inner xylem, which is actively involved in long-distance transport. High-pressure injection may therefore be more appropriate for larger diameter trees. Little OTC was detected in the leaves when using low-pressure injection, confirming that it was not effectively distributed into the leaves.

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0/

Table 6. Canopy density ratings after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure. Canopy density was rated on a scale of 1 to 5, where 1 = very sparse and 5 = very dense.

| | Feb 2021 (4 MAI[i]) | Jun 2021 (8 MAI2) | Oct 2021 (12 MAI2) |
|---|---|---|---|
| Compound | | | |
| Oxytetracycline | 2.6 a[ii] | 3.0 a | 3.3 a |
| Imidacloprid | 2.4 a | 2.2 b | 2.8 b |
| Water | 1.9 b | 1.8 c | 2.5 c |
| P value[iii] | 0.001 | <0.0001 | 0.0003 |
| Injection pressure | | | |
| High | 2.5 a | 2.5 a | 2.9 |
| Medium | 2.4 a | 2.6 a | 3.0 |
| Low | 1.9 b | 1.9 a | 2.7 |
| P value | 0.010 | 0.026 | 0.206 |
| Compound × injection pressure | | | |
| Oxytetracycline × high | 2.8 a | 3.5 a | 3.4 ab |
| Oxytetracycline × medium | 2.9 a | 3.6 a | 3.7 a |
| Oxytetracycline × low | 2.0 d | 2.0 bc | 2.7 c |
| Imidacloprid × high | 2.5 abc | 2.2 bc | 2.7 c |
| Imidacloprid × medium | 2.6 ab | 2.3 b | 2.9 bc |
| Imidacloprid × low | 2.1 bcd | 2.0 bc | 2.9 bc |
| Water × high | 2.0 cd | 1.9 bc | 2.6 c |
| Water × medium | 1.8 d | 1.8 bc | 2.4 c |
| Water × low | 1.8 d | 1.7 c | 2.4 c |
| No injection | 1.8 d | 1.8 bc | 2.6 c |
| P value | 0.0009 | <0.0001 | 0.0007 |

[i] MAI2 = months after injection 2.
[ii] Different letters within columns for each time point indicate significant differences (P < 0.05) according to the Wilcox rank sum test with continuity correction for main factors or Dunn's test for the interactions.
[iii] P values were calculated using the Kruskal–Wallis rank sum test.

Regardless of the injection system, the OTC concentration in the leaves declined within 1 week of application, likely because OTC degrades quickly with ultraviolet radiation (Christiano et al. 2010). Previous studies found high concentrations and little decline of OTC in the bark until at least 60 d after injection, suggesting that suppression of the bacteria continues despite degradation of the antibiotic in the leaves (Archer et al. 2022b).There were no noticeable phytotoxic

effects on the leaves in our study, although leaf phytotoxicity has been reported in previous studies (Aubert and Bove 1980; Van Vuuren 1977), likely due to the higher dosage of OTC compared with this study.

The highest leaf OTC concentrations were measured 6 hours after injection. On the contrary, the highest IMI concentrations were measured 72 h after injection. The difference in the time of detecting maximum leaf residues may be associated with the pH of the compound

as the movement of xenobiotics is highly dependent on the pKa, charge, and molecular characteristics of the compound (Al-Rimawi et al. 2019; Peterson 1989). As mentioned earlier, the pH of the OTC formulation used in this study was lower than that of the imidacloprid formulation. Studies on xenobiotic mobility suggest that a lower pH increases the speed of movement and distribution of a compound throughout a tree and into the canopy (Kleier 1988; Riederer 2004). There was no difference in the efficacy of IMI distribution into the leaves between the medium- and the high-pressure injection system.

Aside from the chemical composition of the injected formulation, movement of crop protection materials after trunk injection can vary depending on environmental conditions and the physiological status of the tree. In general, well-irrigated, metabolically active trees and a high vapor pressure deficit increase the speed and volume of material taken up (Aćimović et al. 2020; Hunt et al. 1974). Different tree anatomical features, such as the size and arrangement of xylem vessels, also determine the path and efficiency by which materials are distributed throughout the tree (Martínez-Vilalta et al. 2012; Tanis et al. 2012; Zanne et al. 2006). Preliminary dye injection studies before this study showed that in citrus the vertical movement of injected materials along the trunk occurs in a spiral as opposed to a sectorial fashion (data not shown). This spiral pattern is common in a wide range of tree species; however, patterns of movement can vary between individuals of the same species (Kozlowski and Winget 1963).

As seen in previous trunk injection studies on citrus (Archer et al. 2022b, 2023; Hu and Wang 2016; Hu et al. 2018), OTC had a curative effect on the HLB-affected 'Midsweet' orange trees used in this study. Trees that were injected with OTC had significantly less bacteria within 4 months after injection as indicated by higher Ct values compared with the other treatments. Average leaf Ct values for OTC-injected trees remained above 30.0 for 8 months after the second injection. One year after the second injection, leaf Ct values in the trees that had OTC injected by medium pressure were still significantly higher and therefore bacterial titers lower than in trees treated with all other compound/injection system combinations. Similarly, visual ratings of disease severity, canopy color, and canopy density showed significant improvements in tree health, and the trunk circumference was increased after OTC injection. Remarkably, the improvements in tree health resulting from OTC injections led to 2 consecutive years of reduced fruit drop, increased yield, and improved fruit quality. However, medium- and high-pressure injection was necessary for effects to be evident. In contrast, injecting citrus trees with IMI to control the Asian citrus psyllid did not result in increases in yield or better fruit quality, although slight improvements for some measures of tree health were evident compared with the water controls. In contrast, benefits have been reported for other tree species and insect pests

Table 7. Change in tree size from Jun 2020 to Jan 2022 and leaf area after trunk injection of imidacloprid, oxytetracycline, or water in Jun 2020 and Oct 2020 using high, medium, or low pressure.

| | Change in canopy width (cm) | Change in ht (cm) | Change in rootstock circumference (cm) | Change in scion circumference (cm) | Leaf area (cm²) |
|---|---|---|---|---|---|
| Compound | | | | | |
| Oxytetracycline | 31.8 | 22.6 | 5.2 a[i] | 3.7 a | 9.3 a |
| Imidacloprid | 30.5 | 18.9 | 4.3 a | 2.4 a | 7.6 b |
| Water | 20.6 | 24.7 | 4.1 a | 2.3 a | 6.8 b |
| P value | 0.172 | 0.574 | 0.047 | 0.057 | <0.0001 |
| Injection pressure | | | | | |
| High | 29.1 | 24.4 | 4.9 | 3.7 a | 8.2 a |
| Medium | 26.3 | 23.1 | 4.6 | 3.3 a | 8.5 a |
| Low | 27.5 | 18.7 | 4.2 | 1.3 b | 7.1 b |
| P value | 0.903 | 0.547 | 0.234 | 0.001 | 0.004 |
| Compound × injection pressure | | | | | |
| Oxytetracycline × high | 36.3 | 28.5 | 5.7 | 4.7 ab | 9.6 ab |
| Oxytetracycline × medium | 30.7 | 23.2 | 5.9 | 5.5 a | 10.8 a |
| Oxytetracycline × low | 28.6 | 16.2 | 4.0 | 0.8 c | 7.6 bc |
| Imidacloprid × high | 29.5 | 24.2 | 5.1 | 3.9 abc | 7.9 bc |
| Imidacloprid × medium | 33.3 | 21.2 | 3.9 | 2.3 abc | 7.8 bc |
| Imidacloprid × low | 28.6 | 11.5 | 4.0 | 1.1 bc | 7.2 c |
| Water × high | 21.7 | 20.7 | 3.9 | 2.6 abc | 7.0 c |
| Water × medium | 14.8 | 25.0 | 4.1 | 2.3 abc | 6.8 c |
| Water × low | 25.3 | 28.3 | 4.5 | 2.1 abc | 6.6 c |
| No injection | 28.3 | 17.5 | 3.3 | 1.3 bc | 8.1 bc |
| P value | 0.835 | 0.548 | 0.112 | 0.026 | 0.044 |

[i] Different letters within columns indicate significant differences according to Tukey's honest significant difference test (P < 0.05).

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0/



Fig. 5. Fruit yield (A) and percent cumulative preharvest fruit drop (B) in Dec 2020 (left) and Dec 2021 (right) after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure. Different letters indicate significant differences ($P < 0.05$) according to Tukey's honest significant difference test.

(Mota-Sanchez et al. 2009; VanWoerkom et al. 2014). Previous trunk injection studies in citrus found that injected IMI temporarily increased psyllid mortality but that this effect was not sufficient to improve tree health and productivity (Archer et al. 2022b).

## Conclusions

This study compared different injection techniques and therapeutic compounds to monitor the physical and physiological effects of trunk injection in field-grown 'Midsweet' orange trees. Both high- and medium-

pressure injection effectively delivered the compounds used in this study whereas gravity-based, low-pressure injection did not. However, the external wound size and the area of compartmentalization were largest when high pressure injection, which relies on a plastic plug left in the tree after injection, was used. Wound size and the area of compartmentalization were also larger when injecting therapeutic compounds as opposed to water. Technologies that reduce the wound size while still effectively delivering plant therapies are desirable for wide adoption of trunk injection in crop production systems.

Injection of therapeutics in June resulted in faster wound closure compared with injections in October, although there were no noticeable differences in the distribution of the compounds into the canopy. Determining the long-term effects of injections on tree health is necessary before widespread adoption of this technology. Nevertheless, because of the devastation HLB has wreaked on the Florida citrus industry, trunk injection of OTC was approved for commercial use in Oct 2022 (and final clearance was given in Jan 2023) and is anticipated to be widely adopted. This study confirmed the efficacy of trunk-injected OTC for management of HLB in young citrus trees. OTC injections reduced bacterial titers, which led to notable decreases in fruit drop and, consequently, increases in yield for two harvests after injection. Whether the increase in productivity outweighs the risks and costs associated with injections at the commercial scale will need to be determined.

## References Cited

Achor DS, Etxeberria E, Wang N, Folimonova SY, Chung KR, Albrigo LG. 2010. Sequence of anatomical symptom observations in citrus affected with huanglongbing disease. Plant Pathol J (Faisalabad). 9(2):56–64. https://doi.org/10.3923/ppj.2010.56.64.

Aćimović SG, Cregg BM, Sundin GW, Wise JC. 2016. Comparison of drill- and needle-based tree injection technologies in healing of trunk injection ports on apple trees. Urban For Urban Green. 19:151–157. https://doi.org/10.1016/j.ufug.2016.07.003.

Aćimović SG, Martin DKH, Turcotte RM, Meredith CL, Munck IA. 2020. Choosing an adequate pesticide delivery system for managing pathogens with difficult biologies: Case studies on *Diplodia corticola*, *Venturia inaequalis* and *Erwinia amylovora*. In: Topolovec-Pintarić S (ed). Plant diseases—current threats and management trends. Intech Open. https://doi.org/10.5772/intechopen.87069.

Albrecht U, Bowman KD. 2008. Gene expression in *Citrus sinensis* (L.) Osbeck following infection with the bacterial pathogen *Candidatus* Liberibacter asiaticus causing Huanglongbing in Florida. Plant Sci. 175(3):291–306. https://doi.org/10.1016/J.PLANTSCI.2008.05.001.

Al-Rimawi F, Hijaz F, Nehela Y, Batuman O, Killiny N. 2019. Uptake, translocation, and stability of oxytetracycline and streptomycin in citrus plants. Antibiotics (Basel). 8(4):196. https://doi.org/10.3390/antibiotics8040196.

Archer L, Crane JH, Albrecht U. 2022a. trunk injection as a tool to deliver plant protection materials—an overview of basic principles and practical considerations. Horticulturae. 8(6):552. https://doi.org/10.3390/horticulturae8060552.

Archer L, Kunwar S, Alferez F, Batuman O, Albrecht U. 2023. Trunk injection of oxytetracycline for huanglongbing management in mature grapefruit and sweet orange trees. Phytopathology. https://doi.org/10.1094/PHYTO-09-22-0330-R.

Archer L, Qureshi J, Albrecht U. 2022b. Efficacy of trunk injected imidacloprid and oxytetracycline in managing huanglongbing and Asian citrus psyllid in infected sweet orange (*Citrus sinensis*) trees. Agriculture. 12(10):1592. https://doi.org/10.3390/agriculture12101592.

Aubert B, Bové JM. 1980. Effect of penicillin or tetracycline injections of citrus trees affected

Table 8. Fruit quality for 2021 after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure.

| | Brix (%) | Acid (%) | Brix-to-acid ratio | a*/b* color |
|---|---|---|---|---|
| **Compound** | | | | |
| Oxytetracycline | 7.6 a[i] | 0.67 b | 11.6 a | −0.21 b |
| Imidacloprid | 7.1 ab | 0.80 ab | 9.1 a | −0.10 a |
| Water | 6.7 b | 0.89 a | 7.8 b | −0.03 a |
| *P* value | 0.007 | 0.003 | <0.0001 | 0.0007 |
| **Injection pressure** | | | | |
| High | 7.3 a | 0.73 | 10.1 a | −0.10 |
| Medium | 7.3 a | 0.81 | 9.8 ab | −0.12 |
| Low | 6.8 a | 0.81 | 8.5 b | −0.11 |
| *P* value | 0.014 | 0.191 | 0.0006 | 0.615 |
| **Compound × injection pressure** | | | | |
| Oxytetracycline × high | 7.7 | 0.62 | 12.5 ab | −0.22 |
| Oxytetracycline × medium | 8.3 | 0.63 | 13.2 a | −0.29 |
| Oxytetracycline × low | 6.8 | 0.75 | 9.2 bc | −0.11 |
| Imidacloprid × high | 7.1 | 0.74 | 9.8 abc | −0.08 |
| Imidacloprid × medium | 7.2 | 0.82 | 9.1 bc | −0.07 |
| Imidacloprid × low | 6.9 | 0.85 | 8.3 c | −0.13 |
| Water × high | 7.2 | 0.83 | 8.0 bc | 0.00 |
| Water × medium | 6.5 | 0.99 | 7.1 c | 0.01 |
| Water × low | 6.5 | 0.84 | 8.2 c | −0.10 |
| No injection | 6.2 | 0.83 | 7.8 c | −0.05 |
| *P* value | 0.178 | 0.489 | 0.018 | 0.066 |

[i] Different letters within columns indicate significant differences according to Tukey's honest significant difference test ($P < 0.05$).

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/).

by greening disease under field conditions in reunion island. International Org Citrus Virol Conf Proc 8(8):103–108. https://doi.org/10.5070/c59w33200r.

Bahder BW, Helmick EE. 2019. Oxytetracycline hydrochloride (OTC-HCl) application for control of palm phytoplasmas. UF/IFAS EDIS Publication ENY998.

Berger C, Laurent F. 2019. Tuning selection of plant protection products to protect trees from pests and diseases. Crop Prot. 124:104831. https://doi.org/10.1016/j.cropro.2019.05.025.

Boina DR, Bloomquist JR. 2015. Chemical control of the Asian citrus psyllid and of huanglongbing disease in citrus. Pest Manag Sci. 71(6): 808–823. https://doi.org/10.1002/ps.3957.

Bové J. 2006. Huanglongbing: A destructive, newly-emerging, century-old disease of citrus. J Plant Pathol. 85(4):7–37. https://doi.org/10.4454/jpp.v88i1.828.

Chen XD, Gill TA, Pelz-Stelinski KS, Stelinski LL. 2017. Risk assessment of various insecticides used for management of Asian citrus psyllid, Diaphorina citri in Florida citrus, against honeybee, Apis mellifera. Ecotoxicology. 26(3):351–359. https://doi.org/10.1007/s10646-017-1768-5.

Christiano RSC, Reilly CC, Miller WP, Scherm H. 2010. Oxytetracycline dynamics on peach leaves in relation to temperature, sunlight, and simulated rain. Plant Dis. 94(10):1213–1218. https://doi.org/10.1094/PDIS-04-10-0282.

Costinis AC. 1980. The wounding effects of Mauget and creative sales injections. J Arboric. 6(8):204–208.

da Graça J, Douhan GW, Halbert SE, Keremane ML, Lee RF, Vidalakis G, Zhao H. 2016. Huanglongbing: An overview of a complex pathosystem ravaging the world's citrus. J Integr Plant Biol. 58(4):373–387. https://doi.org/10.1111/jipb.12437.

Doccola JJ, Smitley DR, Davis TW, Aiken JJ, Wild PM. 2011. Tree wound responses following systemic insecticide trunk injection treatments in green ash (Fraxinus Pennsylvanica Marsh.) as determined by destructive autopsy. Arboric Urban For. 37(1):6–12. https://doi.org/10.48044/jauf.2011.002.

Eyles A, Davies NW, Mohammed C. 2003. Novel detection of formylated phloroglucinol compounds (FPCs) in the wound wood of Eucalyptus globulus and E. nitens. J Chem Ecol. 29(4):881–898. https://doi.org/10.1023/A:1022979632281.

Ferrarezi RS, Jani AD, Thomas James H, Gil C, Ritenour M, Wright A. 2020. Sweet orange orchard architecture design, fertilizer, and irrigation management strategies under huanglongbing-endemic conditions in the Indian River citrus district. HortScience. 55(12):2028–2036. https://doi.org/10.21273/HORTSCI15390-20.

Gaire S, Albrecht U, Batuman O, Qureshi J, Zekri M, Alferez F. 2022. Individual protective covers (IPCs) to prevent Asian citrus psyllid and Candidatus Liberibacter asiaticus from establishing in newly planted citrus trees. Crop Prot. 152:105862. https://doi.org/10.1016/j.cropro.2021.105862.

Gottwald TR, da Graça JV, Bassanezi RB. 2007. Citrus huanglongbing: The pathogen and its impact. Plant Health Prog. 8(1). https://doi.org/10.1094/php-2007-0906-01-rv.

Graham J, Gottwald T, Setamou M. 2020. Status of huanglongbing (HLB) outbreaks in Florida, California and Texas. Trop Plant Pathol. 45(3): 265–278. https://doi.org/10.1007/s40858-020-00335-y.

Gurr GM, Johnson AC, Ash GJ, Wilson BAL, Ero MM, Pilotti CA, Dewhurst CF, You MS. 2016. Coconut lethal yellowing diseases: A phytoplasma threat to palms of global economic and social significance. Front Plant Sci. 7:1521. https://doi.org/10.3389/fpls.2016.01521.

Halbert SE, Manjunath KL. 2004. Asian citrus psyllids (Sternorrhyncha: Psyllidae) and greening disease of citrus: A literature review and assessment of risk in Florida. Fla Entomol. 87(3):330–353. https://doi.org/10.1653/0015-4040(2004)087[0330:ACPSPA]2.0.CO;2.

Hall DG, Richardson ML, Ammar ED, Halbert SE. 2013. Asian citrus psyllid, Diaphorina citri, vector of citrus huanglongbing disease. Entomol Exp Appl. 146(2):207–223. https://doi.org/10.1111/eea.12025.

Hijaz F, Nehela Y, Batuman O, Killiny N. 2021. Detection of oxytetracycline in citrus phloem and xylem saps using europium-based method. Antibiotics (Basel). 10(9):1036. https://doi.org/10.3390/antibiotics10091036.

Hu J, Jiang J, Wang N. 2018. Control of citrus huanglongbing via trunk injection of plant defense activators and antibiotics. Phytopathology. 108(2):186–195. https://doi.org/10.1094/PHYTO-05-17-0175-R.

Hu J, Wang N. 2016. Evaluation of the spatiotemporal dynamics of oxytetracycline and its control effect against citrus huanglongbing via trunk injection. Phytopathology. 106(12):1495–1503. https://doi.org/10.1094/PHYTO-02-16-0114-R.

Hunt P, Dabek AJ, Schuilin M. 1974. Remission of symptoms following tetracycline treatment of lethal yellowing-infected coconut palms. Phytopathology. 64(3):307–312. https://doi.org/10.1094/phyto-64-307.

Killiny N, Hijaz F, Gonzalez-Blanco P, Jones SE, Pierre MO, Vincent CI. 2020. Effect of adjuvants on oxytetracycline uptake upon foliar application in citrus. Antibiotics (Basel). 9(10):677. https://doi.org/10.3390/antibiotics9100677.

Kleier DA. 1988. Phloem mobility of xenobiotics I. mathematical model unifying the weak acid and intermediate permeability theories. Plant Physiol. 86:803–810. https://doi.org/10.1104/pp.86.3.803.

Kozlowski TT, Winget CH. 1963. Patterns of water movement in forest trees. Bot Gaz. 124(4): 301–311. https://doi.org/10.1086/336210.

Li J, Pang Z, Duan S, Lee D, Kolbasov VG, Wang N. 2019. The in Planta effective concentration of oxytetracycline against 'Candidatus Liberibacter asiaticus' for suppression of citrus huanglongbing. Phytopathology. 109(12):2046–2054. https://doi.org/10.1094/PHYTO-06-19-0198-R.

Li W, Hartung JS, Levy L. 2006. Quantitative real-time PCR for detection and identification of Candidatus Liberibacter species associated with citrus huanglongbing. J Microbiol Methods. 66(1):104–115. https://doi.org/10.1016/j.mimet.2005.10.018.

Luley CJ. 2015. Biology and assessment of callus and woundwood. Arborist News. 24(2):12–21.

Ma W, Pang Z, Huang X, Xu J, Pandey SS, Li J, Achor DS, Vasconcelos FNC, Hendrich C, Huang Y, Wang W, Lee D, Stanton D, Wang N. 2022. Citrus huanglongbing is a pathogen-triggered immune disease that can be mitigated with antioxidants and gibberellin. Nat Commun. 13(1). https://doi.org/10.1038/S41467-022-28189-9.

Martínez-Vilalta J, Mencuccini M, Alvarez X, Camacho J, Loepfe L, Piñol J. 2012. Spatial distribution and packing of xylem conduits. Am J Bot. 99(7):1–8. https://doi.org/10.3732/ajb.1100384.

McVay J, Sun X, Jones D, Urbina H, Aldeek F, Cook JM, Jeyaprakash A, Hodges G, Smith T. 2019. Limited persistence of residues and metabolites in fruit and juice following penicillin trunk infusion in citrus affected by huanglongbing. Crop Prot. 125:104753. https://doi.org/10.1016/j.cropro.2019.03.001.

Miranda MP, Yamamoto PT, Garcia RB, Lopes JPA, Lopes JRS. 2016. Thiamethoxam and imidacloprid drench applications on sweet orange nursery trees disrupt the feeding and settling behaviour of Diaphorina citri (Hemiptera: Liviidae). Pest Manag Sci. 72(9):1785–1793. https://doi.org/10.1002/ps.4213.

Morris H, Brodersen C, Schwarze FWMR, Jansen S. 2016. The parenchyma of secondary xylem and its critical role in tree defense against fungal decay in relation to the CODIT model. Front Plant Sci. 7:1665. https://doi.org/10.3389/fpls.2016.01665.

Morris H, Hietala AM, Jansen S, Ribera J, Rosner S, Salmeia KA, Schwarze FWMR. 2020. Using the CODIT model to explain secondary metabolites of xylem in defence systems of temperate trees against decay fungi. Ann Bot. 125(5):701–720. https://doi.org/10.1093/aob/mcz138.

Mota-Sanchez D, Cregg BM, McCullough DG, Poland TM, Hollingworth RM. 2009. Distribution of trunk-injected 14C-imidacloprid in ash trees and effects on emerald ash borer (Coleoptera: Buprestidae) adults. Crop Prot. 28(8): 655–661. https://doi.org/10.1016/j.cropro.2009.03.012.

Pegg KG. 1990. Trunk injection methodology. Australas Plant Pathol. 19(4):142–143.

Peterson CA. 1989. Physicochemical factors governing the transport of xenobiotic chemicals in plants: Movement into roots and partitioning between xylem and phloem. Acta Hortic. 239: 43–54. https://doi.org/10.17660/actahortic.1989.239.2.

Qureshi JA, Kostyk BC, Stansly PA. 2014. Insecticidal suppression of Asian citrus psyllid Diaphorina citri (Hemiptera: Liviidae) vector of huanglongbing pathogens. PLoS One. 9:e112331. https://doi.org/10.1371/JOURNAL.PONE.0112331.

Riederer M. 2004. Uptake and transport of xenobiotics, p 131–150. In: Hock B, Elstner EF (eds). Plant Toxicology (4th ed). Marcel Dekker, New York.

Roach WA. 1939. Plant injection as a physiological method. Ann Bot. 3(1):155–226. https://doi.org/10.1093/oxfordjournals.aob.a085050.

Sánchez Zamora MA, Fernández Escobar R. 2000. Injector-size and the time of application affects uptake of tree trunk-injected solutions. Scientia Hortic. 84(1–2):163–177. https://doi.org/10.1016/S0304-4238(99)00095-3.

Shigo AL, Marx HG. 1977. Compartmentalization of decay in trees. USDA Forest Service Agency Information Bulletin 405.

Singh S, Livingston T, Tang L, Vashisth T. 2022. Effects of exogenous gibberellic acid in huanglongbing-affected sweet orange trees under Florida conditions—II. Fruit production and tree health. HortScience. 57(3):353–359. https://doi.org/10.21273/HORTSCI16277-21.

Smith KT. 2015. Compartmentalization, resource allocation, and wood quality. Curr For Rep. 1(1):8–15. https://doi.org/10.1007/s40725-014-0002-4.

Soto N, Humphries AR, Mou DF, Helmick EE, Glover JP, Bahder BW. 2020. Effect of oxytetracycline-hydrochloride on phytoplasma titer and symptom progression of the 16SrIV-D phytoplasma in cabbage palms from Florida. Plant Dis. 104(9):2330–2337. https://doi.org/10.1094/PDIS-01-20-0029-RE.

Stansly P, Qureshi J, Arevalo J. 2009. Why, when and how to monitor and manage Asian citrus psyllid. Citrus Industry Magazine. 90(3):24–25.

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/). https://creativecommons.org/licenses/by-nc-nd/4.0/

Stennes MA, French DW. 1987. Distribution and retention of thiabendazole hypophosphite and carbendazim phosphate injected into mature American elms. Phytopathology. 77(5):707–712. https://doi.org/10.1094/phyto-77-707.

Tanis SR, Cregg BM, Mota-Sanchez D, McCullough DG, Poland TM. 2012. Spatial and temporal distribution of trunk-injected 14C-imidacloprid in *Fraxinus* trees. Pest Manag Sci. 68(4):529–536. https://doi.org/10.1002/ps.2281.

Tanis SR, McCullough DG. 2016. Evaluation of xylem discoloration in ash trees associated with macroinjections of a systemic insecticide. Arboric Urban For. 42(6):389–399. https://doi.org/10.48044/jauf.2016.033.

Tiwari S, Mann RS, Rogers ME, Stelinski LL. 2011. Insecticide resistance in field populations of Asian citrus psyllid in Florida. Pest Manag Sci. 67(10):1258–1268. https://doi.org/10.1002/PS.2181.

Tsen EWJ, Sitzia T, Webber BL. 2016. To core, or not to core: The impact of coring on tree health and a best-practice framework for collecting dendrochronological information from living trees. Biol Rev Camb Philos Soc. 91(4):899–924. https://doi.org/10.1111/brv.12200.

Van Vuuren SP. 1977. The determination of optimal concentration and pH of tetracycline hydrochloride for trunk injection of greening-infected citrus trees. Phytophylactica. 9:77–81.

VanWoerkom AH, Aćimović SG, Sundin GW, Cregg BM, Mota-Sanchez D, Vandervoort C, Wise JC. 2014. Trunk injection: An alternative technique for pesticide delivery in apples. Crop Prot. 65:173–185. https://doi.org/10.1016/j.cropro.2014.05.017.

Wise JC, VanWoerkom AH, Aćimović SG, Sundin GW, Cregg BM, Vandervoort C. 2014. Trunk injection: A discriminating delivering system for horticulture crop IPM. Entomol Ornithol Herpetol. 3(2). https://doi.org/10.4172/2161-0983.1000126.

Zanne AE, Sweeney K, Sharma M, Orians CM. 2006. Patterns and consequences of differential vascular sectoriality in 18 temperate tree and shrub species. Funct Ecol. 20(2):200–206. https://doi.org/10.1111/j.1365-2435.2006.01101.x.

Zhang M, Yang C, Powell CA, Avery PB, Wang J, Huang Y, Duan Y. 2019. Field evaluation of integrated management for mitigating citrus huanglongbing in Florida. Front Plant Sci. 9:1890. https://doi.org/10.3389/fpls.2018.01890.

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/), https://creativecommons.org/licenses/by-nc-nd/4.0/



Supplemental Fig. 1. Tangential, radial, and axial compartmentalization zones. Use of ImageJ for determination of the area of the tangential and radial compartmentalization zones (**A**) and the area of the axial compartmentalization zone (**B**).

Supplemental Fig. 3. Fruit diameter at harvest in 2021, 14 months after injection of imidacloprid, oxytetracycline, or water using high, medium, or low pressure.



Supplemental Fig. 2. (**A**) Wound closure 4 months after injection in June (left) or 4 months after injection in October (right) of imidacloprid using medium pressure. (**B**) Extensive external damage after 4 months caused by injection of oxytetracycline using high pressure through a plastic plug (left), medium pressure (middle), and low pressure (right).

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/).

Supplemental Table 1. Leaf cycle threshold values after injection of imidacloprid, oxytetracycline, or water using using high, medium, or low pressure.

| | Jun 2020 (Pre-I1[i]) | Oct 2020 (Pre-I2[ii]) | Feb 2021 (4 MAI2[iii]) | Jun 2021 (8 MAI2) | Oct 2021 (12 MAI2) |
|---|---|---|---|---|---|
| Compound | | | | | |
| Oxytetracycline | 22.9 a | 29.1 a | 30.4 a | 29.3 a | 22.6 a |
| Imidacloprid | 22.9 a | 23.1 b | 23.3 b | 22.8 b | 21.8 a |
| Water | 23.0 a | 22.6 b | 23.2 b | 22.3 b | 21.3 a |
| $P$ value | 0.100 | <0.0001 | <0.0001 | <0.0001 | 0.083 |
| Injection pressure | | | | | |
| High | 23.6 a | 27.2 a | 27.2 a | 26 a | 21.7 a |
| Medium | 22.4 a | 24.8 ab | 26.5 a | 26 a | 22.6 a |
| Low | 22.9 a | 22.9 b | 23.2 a | 22.4 a | 21.2 a |
| $P$ value | 0.965 | <0.0001 | <0.0001 | <0.0001 | 0.027 |
| Compound × injection pressure | | | | | |
| Oxytetracycline × high | 23.8 a | 35.7 a | 34.4 a | 32.8 a | 21.9 b |
| Oxytetracycline × medium | 22.4 a | 28.9 b | 33.5 a | 32.8 a | 25.0 a |
| Oxytetracycline × low | 22.6 a | 22.8 c | 23.4 b | 22.4 b | 20.8 b |
| Imidacloprid × high | 23.4 a | 23.3 c | 23.8 b | 22.6 b | 22.1 ab |
| Imidacloprid × medium | 22.5 a | 23.1 c | 23.1 b | 22.7 b | 21.8 b |
| Imidacloprid × low | 22.9 a | 23.0 c | 23.0 b | 23.2 b | 21.4 b |
| Water × high | 23.7 a | 22.6 c | 23.5 b | 22.6 b | 21.3 b |
| Water × medium | 22.3 a | 22.3 c | 22.8 b | 22.4 b | 21.1 b |
| Water × low | 23.2 a | 22.9 c | 23.2 b | 21.8 b | 21.4 b |
| No injection | 23.3 a | 23.5 c | 23.7 b | 22.5 b | 21.4 b |
| $P$ value | 0.943 | <0.0001 | <0.0001 | <0.0001 | 0.006 |

Different letters within columns indicate significant differences according to Tukey's honest significant difference test ($P < 0.05$).
[i] Pre-I1 = before injection 1.
[ii] Pre-I2 = before injection 2.
[iii] MAI2 = months after injection 2.

Downloaded from https://journals.ashs.org at 2025-08-26 via Open Access. This is an open access article distributed under the CC BY-NC-ND license (https://creativecommons.org/licenses/by-nc-nd/4.0/), https://creativecommons.org/licenses/by-nc-nd/4.0/

# EXHIBIT B-11

**SAFETY DATA SHEET**

# 1. PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **Product Identity**: | Mycoject Ultra® Antibiotic |
| **Synonym**: | None |
| **Product Use**: | Systemic antibiotic for tree injection only |
| **EPA Registration No.**: | 7946-32 and 7946-33 |
| **Product Type**: | Liquid |
| **Company Name**: | J. J. MAUGET COMPANY |
| **Company Address**: | 129 Growth Center Dr NE #A |
| | Floyd, VA 24091 |
| **Tel**: | 626-444-1057 |
| **Emergency Contact**: | INFOTRAC 1-800-535-5053 |
| | 911 |

# 2. HAZARDS IDENTIFICATION



***Classification***:
Reproductive Toxicity: GHS Category 1B
Eye Irritation: GHS Category 2B
Aquatic Toxicity (Acute): GHS Category 3
Flammable Liquid: GHS Category 4
Skin corrosion/irritation: GHS Category 3
Respiratory Toxicity (Acute): GHS Category 3

## Signal Word
DANGER

## Hazard Statements:
H227 – Combustible liquid.
H316 - Causes mild skin irritation.
H320 – Causes eye irritation.
H335 – May cause respiratory irritation.
H360 – May damage fertility or the unborn child.
H402 – Harmful to aquatic life.

## Precautionary Statements - Prevention:
P203 – Obtain, read, and follow all safety instructions before use
P210 – Keep away from heat, hot surfaces, sparks, open flames, and other ignition sources. No smoking
P261 – Avoid breathing dust or spray
P264 – Wash hands thoroughly after handling
P271 – Use only outdoors or in a well-ventilated area
P273 – Avoid release to the environment
P280 – Wear protective gloves/protective clothing/eye protection/face protection.

## Precautionary Statements - Response:
P304+P340 – IF INHALED: Remove person to fresh air and keep comfortable for breathing
P318 – IF exposed or concerned, get medical advice
P319 – Get medical help if you feel unwell
P332+P337+P317 – If skin irritation occurs or eye irritation persists: Get medical help
P305+P351+P338 – IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing

## Precautionary Statements - Storage:
P403+P233 – Store in a well-ventilated place, Keep container tightly closed
P405 – Store locked up

## Precautionary Statements - Disposal:
P501 - Dispose of contents/container in accordance with local, state, and federal regulations

## Emergency Overview

May cause irritation to the eyes, skin, and respiratory tract. Maybe harmful if swallowed, inhaled, or absorbed through the skin. Combustible liquid and vapor. Hygroscopic.

*HMIS Rating*:
Health – 2 Flammability – 1 Physical Hazard – 0 PPE – User supplied
NOTE: HMIS ratings use a numbering scale that ranges from 0 - 4 to indicate the degree of hazard. A value of zero means the chemical presents no hazard while a value of four indicates a high hazard. These ratings are based on the inherent properties of this chemical under expected conditions of normal use and are not intended to be used in emergency situations. PPE is determined by the user based on their needs and conditions.

## 3.  COMPOSITION/INFORMATION ON INGREDIENTS

|  | CAS No. | OSHA PEL | ACGIH TLV | Weight % |
|---|---|---|---|---|
| Oxytetracycline Hydrochloride | 2058-46-0 | N/A | N/A | 4.3 |
| Tetrahydrofurfuryl alcohol (THFA) | 97-99-4 | N/A | N/A | Trade Secret |

**Ingredients not listed are considered a trade secret and are withheld under 29 CFR 1910.1200(i)**

## 4.  FIRST AID MEASURES

**INGESTION:**   Call a poison control center or doctor immediately for treatment advice.  Have person rinse mouth with water.  Do not induce vomiting unless told to do so by a poison control center or doctor.  Do not give anything by mouth to an unconscious person.

**SKIN CONTACT:**   Take off contaminated clothing.  Rinse skin immediately with plenty of soap and water for 15 – 20 minutes.  Call a poison control center or doctor for treatment advice.

**EYE CONTACT:**   Hold eye open and rinse slowly and gently with water for 15-20 minutes.  Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.  Call a poison control center or doctor for treatment advice.

**INHALATION:**   Move person to fresh air.  If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth, if possible.  Call a poison control center or doctor for treatment advice.

**Most important symptoms and effects**

Symptoms   Irritating to eyes, skin, and respiratory system. Ingestion may cause gastrointestinal irritation, nausea, vomiting, and diarrhea.
**Chronic Effects:** Animal studies indicate ingestion may be harmful to fertility.

**NOTE TO PHYSICIAN:** There is no specific antidote available.  Treat patient symptomatically.

## 5.  FIRE FIGHTING MEASURES

**EXTINGUISHING MEDIA:**  Water spray, carbon dioxide, dry chemical, or foam

**FLASH POINT:**  >98$^{o}$C (>208$^{o}$F)

**FLAMMABILITY LIMITS:** UEL = N/A, LEL = N/A

**SPECIAL EXPOSURE HAZARDS:** As in any fire, use self-contained breathing apparatus, and full protective clothing.  Use water spray to cool nearby containers and structures exposed to fire.

**PRODUCTS OF COMBUSTION AND DECOMPOSITION:** See Section 10 – Stability and Reactivity

## 6.  ACCIDENTAL RELEASE MEASURES

**Personal Precautions:** See Section 8 – Exposure Controls/Personal Protection

**Environmental Precautions:** Do not allow material to enter streams, sewers, or other waterways.  Use for tree micro-injection only as post-bloom application.

**Spill or leak procedures:**  Small Spills – Clean up spills immediately, observing precautions in Section 8.  Absorb spill with absorbent material such as pet litter.  After removal, flush contaminated area thoroughly with water containing a strong detergent. Sweep up and place in a chemical container. Seal the container and dispose of in accordance with all State and

Federal regulations.  Large Spills – Keep out of streams and domestic water supplies.  Dike area to prevent contamination of local water sources.

## 7.  HANDLING AND STORAGE

Store capsules in an upright position in a closed container.  Store in a cool, dry place out of the reach of children.  Do not contaminate water, food or feed by storage or disposal of capsules.  Do not reuse micro-injection capsules or bottles.  Dispose of in accordance with all State and Federal regulations.  Wash thoroughly with soap and water after handling and before eating, drinking, or using tobacco.

## 8.  EXPOSURE CONTROLS/PERSONAL PROTECTION

**Respiratory:**    Not normally needed.
**Eye:**    Wear protective eyewear (e.g., goggles or full-face shield)
**Ventilation:**    Use where adequate ventilation is available.

**Other Protective Devices and Procedures:**  Wear chemical resistant gloves, such as barrier laminate or butyl rubber ≥ 14 mils, neoprene rubber, or viton.  Wear long-sleeved shirt and long pants, shoes plus socks.
**General Hygiene Considerations:**  Personal hygiene is an important work practice. Exposure control measures and the following general measures should be taken when working with or handling this material: 1) do not store, use and/or consume foods, beverages, tobacco products, or cosmetics in areas where this material is stored; 2) wash hands and face carefully before eating, drinking, using tobacco, applying cosmetics or using the toilet.

## 9.  PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Appearance**: | Brown liquid |
| **Odor:** | Slight solvent |
| **pH:** | 3.18 @ 25° C |
| **Boiling Point**: | Not determined |
| **Melting Point**: | Not determined |
| **Flash Point** | < 98°C, < 208°F |
| **Evaporation Rate**: | Not determined |
| **Flammability (Solid, Gas**): | Liquid-not applicable |
| **Upper Flammability Limits**: | Not determined |
| **Lower Flammability Limit**: | Not determined |
| **Vapor Pressure**: | Not determined |
| **Vapor Density**: | Not determined |
| **Viscosity**: | 4.67 (cSt) @ 22ºC |
| **Density**: | 1.09 g/mL |
| **Specific Gravity**: | Not determined |
| **Solubility in Water**: | Not determined |
| **Solubility in other solvents:** | Not determined |
| **Partition Coefficient**: | Not determined |
| **Auto-ignition Temperature**: | Not determined |
| **Decomposition Temperature**: | Not determined |
| **Kinematic Viscosity**: | Not determined |
| **Dynamic Viscosity**: | Not Determined |
| **Explosive Properties**: | Not Determined |
| **Oxidizing Properties**: | Not Determined |

## 10. STABILITY AND REACTIVITY

**Stability:**  Stable up to 3 months under normal use and storage conditions

**Conditions to avoid:**  Avoid storage at temperatures in excess of 85ºF for prolonged periods of time.

**Incompatibility:**  Strong oxidizing agents

**Hazardous decomposition products:**  Thermal decomposition products may include, but are not limited to, carbon monoxide and carbon dioxide.

**Hazardous polymerization:**  Will not occur

## 11. TOXICOLOGICAL INFORMATION

**Toxicological Data:**    Data from laboratory studies on this product are summarized below:

| | |
|---|---|
| **Acute oral LD50**: | 3,129 mg/kg in female rats |
| **Acute dermal LD50:** | Male and female rats > 5,000 mg/kg |
| **Primary eye irritation**: | Moderately irritating |

**Primary skin irritation:**     Slightly irritating

**Repeated Dose Oral Toxicity (THFA only) NOAEL**: 35 mg/kg male and female rats (RTECS: LU2450000)

## 12. ECOLOGICAL INFORMATION

Fish Toxicity (Technical):
96-hour LC50, Rainbow Trout           116 ppm
96-hour LC50, Bluegill Sunfish        95 ppm

Invertebrate Toxicity (Technical):    102 ppm
48-hour LC50, *Daphnia magna*

## 13. DISPOSAL CONSIDERATIONS

If this product as supplied becomes a waste, it does not meet the criteria of a hazardous waste as defined under the Resource Conservation and Recovery Act (RCRA) 40 CFR Part 261.  For disposal of wastes generated during use or if the material as supplied becomes a waste, dispose as directed on the label.  Do not reuse container.

Observe all federal, state, and local laws concerning health and environment.

## 14. TRANSPORT INFORMATION

Technical Shipping Name: Oxytetracycline Hydrochloride
Freight Class Bulk: Antibiotic, NOI (NMFC N/A)
Freight Class Package: Antibiotic, NOI (NMFC N/A)

Product Label: Mycoject Ultra®

DOT Classification
PROPER SHIPPING NAME:          Antibiotic, Liquid, Non-regulated
HAZARD CLASS or DIVISION:      Not regulated
PACKING GROUP:                 N/A

ICAO/IATA
PROPER SHIPPING NAME:          Antibiotic, Liquid, Non-regulated
HAZARD CLASS or DIVISION:      Not regulated
IDENTIFICATION NUMBER:         N/A

B/L Freight Classification
Pesticides, Liquid, Non-regulated

IMO
PROPER SHIPPING NAME:          Antibiotic, Liquid, Non-regulated
HAZARD CLASS or DIVISION:      Not regulated
PACKING GROUP:                 N/A

For further information relative to spills resulting from transportation incidents, refer to the latest Department of Transportation (DOT) Emergency Response Guidebook for Hazardous Materials Incidents.

## 15. REGULATORY INFORMATION

OSHA:          This product is considered hazardous under the criteria of the OSHA Hazard Communication Standard 29 CFR Part 1910.1200.

TSCA:          The product is exempt from TSCA regulation under FIFRA Section 3(2)(B)(ii) when used as a pesticide.

CERCLA:        Reportable Quantity not applicable.

RCRA:          It is the responsibility of the product user to determine at the time of disposal, whether a material containing the product or derived from the product should be classified as a hazardous waste.

**EPA Pesticide Registration Number**                    7946-32 and 7946-33
**EPA Statement**

This chemical is a pesticide product registered by the Environmental Protection Agency and is subject to certain labeling requirements under federal pesticide law. These requirements differ from the classification criteria and hazard information required for safety data sheets, and for workplace labels of non-pesticide chemicals. The hazard information required on the pesticide label is reproduced below. The pesticide label also includes other important information, including directions for use.

Following is the hazard information as required on the pesticide label:

Caution

Hazards to Humans and Domestic Animals:

Harmful if swallowed. Causes moderate eye irritation. Avoid contact with skin, eyes, or clothing. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, or using tobacco. Wear goggles, face shield, or safety glasses, long-sleeved shirt, long pants, socks, shoes, and chemical-resistant gloves.

Personal Protective Equipment:

Some materials that are chemical-resistant to this product are listed below.

Applicators and Other Handlers Must Wear:
-   Long-sleeved shirt and long pants
-   Shoes plus socks
-   Chemical resistant gloves, such as polyethylene or butyl rubber or neoprene rubber or viton
-   Protective eyewear such as goggles, face shield, or safety glasses

User Safety Requirements

Follow manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables exist, use detergent and hot water. Keep and wash PPE separately from other laundry.

User Safety Recommendations:

Users should:
-   Wash hands before eating, drinking, chewing gum, using tobacco, or using the toilet.
-   Remove clothing/PPE immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.
-   Remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

Environmental Hazards:

Do not apply directly to water, or to areas where surface water is present or to intertidal areas below the mean high-water mark. Do not contaminate water when disposing of equipment washwaters or rinsate.

Physical or Chemical Hazards:

Do not use or store near heat or open flame.

California Addendum (Proposition 65) Safe Drinking Water and Toxic Enforcement Act of 1986.

This product contains no chemicals known to the State of California to cause cancer.

This product contains no chemical, known to the State of California to cause birth defects or other reproductive harm.

# 16. OTHER INFORMATION

SDS Issue Date: November 2021

The information and recommendations contained herein are based upon data believed to be correct.  However, no guarantee or warranty of any kind, expressed or implied, is made with respect to the information contained herein.